06-1460

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 SEP -5 PM 5:43
NANCY MAYER-WHITTINGTON
CLERK

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

1:06-cv-1460

**COMPLETE THIS SECTION ON DELIVERY**

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

AUG 30 2006

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0011 3693 2879

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen L. Johnson
Administrator, U.S. Environmental Protection Agency
401 M Street, S.W.
Washington, D.C. 20460

1:06-cv-1460

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
J Campbell   8/28

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0011 3693 2886

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C. 20530

1:06-cv-1460

**COMPLETE THIS SECTION ON DELIVERY**

B. Date of Delivery

C. Signature
X _____ AUG 2 8 2006   ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0011 3693 2893

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789