UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS,<br><br>    Plaintiff<br><br>    v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, U.S. Environmental Protection Agency,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1460 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please **enter the appearance** of Assistant United States Attorney Beverly M. Russell as counsel for defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, in the above-captioned matter.

Respectfully submitted,


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W. - Room E-4915
Washington, D.C.  20530
Phone:  (202) 307-0492
Facsimile: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this <u>3rd day of October, 2006</u>, a true and correct copy of the above and foregoing Notice of Attorney Appearance was made by the Court's Electronic Case Filing System to:

David H. Shapirio
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005
dhshapiro@swickandshapiro.com

            /s/ Beverly M. Russell
            _____
            Beverly M. Russell
            Assistant United States Attorney