UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **REBECCA L. WOODS,**           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> **STEPHEN L. JOHNSON,**           ) <br>   Administrator, Environmental ) <br>   Protection Agency,           ) <br> ) <br> Defendant.           ) <br> ) | Civil Action No. 06-1460 HHK |

**JOINT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE THEIR LOCAL RULE 16.3 REPORT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties, through their respective undersigned attorneys, respectfully move for a one-day enlargement of time, to and including, Monday, December 4, 2007, in which to file their joint report pursuant to Local Rule 16.3 Report. Pursuant to the Court's November 17, 2006 Order for Initial Scheduling Conference, the current deadline was Friday, December 1, 2007. No previous extensions have been sought by or granted to the parties for this purpose.

In support of this motion, the parties note that their counsel inadvertently did not have the deadline for submission of the Local Rule 16.3 Report calendared, although they did confer on Friday, December 1, 2006 with regard to the substance contained in the joint report. In addition, counsel for

plaintiff was engaged away from his office in a deposition during the entirety of Friday, December 1, 2006, and was thus not able to draft or edit a joint report by the end of that date. Therefore, the parties needed until Monday, December 4, 2006 – and enlargement of one business day – in which to file their joint report.

    A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,

_____  
DAVID H. SHAPIRO  
D.C. BAR No. 961326  
SWICK & SHAPIRO, P.C.  
1225 Eye Street, N.W.  
Suite 1290  
Washington, DC  20005  
Tel. 202-842-0300  

_____  
JEFFREY A. TAYLOR  
D.C. BAR No. 498610  
United States Attorney  

_____  
RUDOLPH CONTRERAS  
D.C. BAR No. 434122  
Assistant U.S. Attorney  

_____  
BEVERLY M. RUSSELL  
D.C. Bar No. 454257  
Assistant U.S. Attorney  
Civil Division  
U.S. Attorney's Office for the  
  District of Columbia  
555 4th Street, N.W.  
Rm. E-4915  
Washington, DC  20530  
Tel. 202-307-0492