UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA L. WOODS,**             ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
|     v.                            ) | Civil Action No. 06-1460 HHK |
|                                   ) | |
| **STEPHEN L. JOHNSON,**           ) | |
|   Administrator, Environmental    ) | |
|   Protection Agency,              ) | |
|                                   ) | |
|         Defendant.                ) | |
|                                   ) | |

### ORDER

UPON CONSIDERATION Of the parties' joint motion for enlargement of time of one business day in which to file their Local Rule 16.3 Report, it is by the Court this ___ day of December, 2006, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have to and including December 4, 2007 to file their joint Local Rule 16.3 Report.

_____
UNITED STATES DISTRICT JUDGE

Send copies to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC  20005
email - dhshapiro@swickandshapiro.com

    and

Beverly M. Russell
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Rm. E-4915
Washington, DC  20530
email - Beverly.Russell@usdoj.gov