UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **REBECCA L. WOODS,** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 06-1460 HHK |
|  | ) |
| **STEPHEN L. JOHNSON,** | ) |
| Administrator, Environmental | ) |
| Protection Agency, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

UPON CONSIDERATION OF the parties' Joint Report Pursuant to Local Rule 16.3 and the entire record herein, it is by this Court this ___ day of December, 2006, hereby

ORDERED that the Parties shall abide by the deadlines set forth below:

    Discovery Ends on April 5, 2007

    Experts Designated By February 9, 2007

    Rebuttal Experts Designated By March 2, 2007

    Dispositive Motions Due By May 21, 2007

    Opposition to Dispositve Motions Due By June 20, 2007

    Reply Memoranda Due By July 5, 2007

_____
UNITED STATES DISTRICT JUDGE

```
Send copies to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC  20005
email - dhshapiro@swickandshapiro.com

     and

Beverly M. Russell
U.S. Attorney's Office for the
     District of Columbia
555 Fourth Street, N.W.
Rm. E-4915
Washington, DC  20530
email - Beverly.Russell@usdoj.gov
```