```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **REBECCA L. WOODS,**        ) | |
|                              ) | |
|           Plaintiff,         ) | |
|                              ) | |
|     V.                       ) | Civil Action No. 06-1460 HHK |
|                              ) | |
| **STEPHEN L. JOHNSON,**      ) | |
|   Administrator, Environmental ) | |
|   Protection Agency,         ) | |
|                              ) | |
|           Defendant.         ) | |
|                              ) | |

### JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD

The parties, by and through their below-named counsel of record, hereby jointly move for an enlargement of the period in which to seek discovery to and including Friday, August 3, 2007.

The enlargement of the period for discovery sought herein is necessitated by the schedules of counsel for the respective parties which, until now, have made it impossible to schedule the few depositions needed to complete discovery in this civil action, and will continue to make it impossible to begin to do so until mid to late June 2007 - ten to twelve weeks from now. During this period, defense counsel is currently over burdened with briefs due in other case in this Court and in the Court of Appeals as weel as previously scheduled discovery matters in other cases. For his part, in addition to commitments to take discovery in other cases and appellate and trial court briefs to be prepared, plaintiff's counsel is set to try four cases in this

Court between now and the latter part of June: *Bryant v. Leavitt*, Civil Action No. 05-250 GK before Judge Kessler, scheduled to start on April 16, 2007 (one-week long jury trial); *Czekalski v. Mineta*, Civil Action No. 02-1403 DAR before Magistrate Judge Robinson, schedule to start on May 7, 2007 (two-week long jury trial); *Simpson v. Leavitt*, 03-1122 PLF before Judge Friedman, scheduled to start on June 4, 2007 (three-day long bench trial); *Adams v. Mineta*, 04-856 RBW before Judge Walton, scheduled to start on June 13, 2007 (one-week long jury trial). Thus, the few depositions needed to complete discovery here can only occur after the third week of June. Accordingly, the parties jointly seek a continuance of the discovery period through the last week in July (the week ending on Friday, August 3, 2007).

## Conclusion

For the foregoing reasons, the parties respectfully urge this Court to grant this joint motion and enlarge the discovery period through August 3, 2007.

Respectfully Submitted,


_____/S/_____
DAVID H. SHAPIRO
D.C. BAR No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC  20005
Tel. 202-842-0300

Attorney for Plaintiff

_____/S/_____
JEFFREY A. TAYLOR
D.C. BAR No. 498610
United States Attorney


_____/S/_____
RUDOLPH CONTRERAS
D.C. BAR No. 434122
Assistant U.S. Attorney

-3-

                            /S/  
BEVERLY M. RUSSELL  
D.C. Bar No. 454257  
Assistant U.S. Attorney  
Civil Division  
U.S. Attorney's Office for the  
      District of Columbia  
555 4th Street, N.W.  
Rm. E-4915  
Washington, DC  20530  
Tel. 202-307-0492  

Attorneys for Defendant