```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **REBECCA L. WOODS,**            ) | |
|                                  ) | |
|     **Plaintiff,**   ) | |
|                                  ) | |
|     e:                ) | **Civil Action No. 06-1460 HHK** |
|                                  ) | |
| **STEPHEN L. JOHNSON,**          ) | |
|   Administrator, Environmental ) | |
|   Protection Agency,   ) | |
|                                  ) | |
|     **Defendant.**   ) | |
|                                  ) | |

### Order

UPON CONSIDERATION OF Joint Motion for Enlargement of Discovery Period, it is by this Court this ___ day of April 2007;

ORDERED that the Joint Motion for Enlargement of Discovery Period is hereby GRANTED.

ENTERED: April _____, 2007

_____
United States District Judge

```
Send copies to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., #1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com

        and

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Rm. E-4915
Washington, DC 20530
email - Beverly.Russell@usdoj.gov
```