UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA L. WOODS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Civil Action No. 06-1460 HHK |
| | ) |
| **STEPHEN L. JOHNSON,** | ) |
| Administrator, Environmental | ) |
| Protection Agency, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD**

The parties, by and through their below-named counsel of record, hereby jointly move for an enlargement of the period in which to seek discovery to and including Friday, September 28, 2007. Discovery is currently scheduled to end Friday, August 3, 2007

The enlargement of the period for discovery sought herein is necessitated because one of the deponents is currently on medical leave. As a result, she will not be available to be deposed until after discovery is scheduled to end. Additionally, counsel for the defendant is currently inundated with preparation for a trial scheduled for the middle of August. Accordingly, the parties jointly seek an enlargement of the discovery period through September 28, 2007.

For the foregoing reasons, the parties respectfully urge this Court to grant this joint motion and enlarge the discovery period through September 28, 2007.

Respectfully Submitted,

| | |
|---|---|
| /S/ | /S/ |
| DAVID H. SHAPIRO | JEFFREY A. TAYLOR |
| D.C. BAR No. 961326 | D.C. BAR No. 498610 |
| SWICK & SHAPIRO, P.C. | United States Attorney |
| 1225 Eye Street, N.W. | /S/ |
| Suite 1290 | RUDOLPH CONTRERAS |
| Washington, DC  20005 | D.C. BAR No. 434122 |
| Tel. 202-842-0300 | Assistant U.S. Attorney |

                                                    /S/
                                        BEVERLY M. RUSSELL
D.C. Bar No. 454257
Assistant U.S. Attorney
Civil Division
U.S. Attorney's Office for the
District of Columbia
555 4th Street, N.W.
Rm. E-4915
Washington, DC  20530
Tel. 202-307-0492

Attorneys for Defendant