UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA L. WOODS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1460 HHK |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
|  Administrator, Environmental ) | |
|  Protection Agency, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

UPON CONSIDERATION Of the parties joint motion for enlargement of the period in which to seek discovery to and including Friday, September 28, 2007, it is by the Court this ___ day of July, 2007, hereby

**ORDERED** that said motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that the Parties shall have to and including September 28, 2007 to conclude the discovery period.

---

UNITED STATES DISTRICT JUDGE

Send copies to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC  20005
email - dhshapiro@swickandshapiro.com

   and

Beverly M. Russell
U.S. Attorney's Office for the
  District of Columbia
555 Fourth Street, N.W.
Rm. E-4915
Washington, DC  20530
email - Beverly.Russell@usdoj.gov