1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3
- - - - - - - - - - - - - - x
4
REBECCA WOODS                    :
5
                Plaintiff        :
6
vs.                              :    Civil Action No.:
                                      06-1460
7
STEPHEN L. JOHNSON,              :
U.S. ENVIRONMENTAL PROTECTION
8
AGENCY                           :
9
                Defendant        :
10
- - - - - - - - - - - - - - x
11

12
                              Washington, D.C.
13
                              Thursday, October 4, 2007
14

15

16
Deposition of:
17
                    REBECCA WOODS
18
the Deponent, called for examination by counsel for the
19
Defendant, pursuant to notice and agreement as to time
20
and place, at 501 3rd Street, Washington, D.C., before
21
Sean Williams, a Notary Public in and for the District of
22
Columbia.
23

24

25

1  APPEARANCES:

2        On Behalf of the Plaintiff:
      DAVID H. SHAPIRO, ESQUIRE
3     Swick & Shapiro, P.C.
      1225 Eye Street, N.W.
4     Suite 1290
      Washington, D.C.  20005
5     (202) 842-0300

6

7        On Behalf of the Defendant:
      BEVERLY RUSSELL, ESQUIRE
      Assistant United States Attorney
8     501 3rd Street, N.W.
      Washington, D.C.  20530
9     (202) 307-0492

10       On Behalf of the EPA:
      PAUL WINICK, ESQUIRE
11    1200 Pennsylvania Avenue, N.W.
      Washington, D.C.  20004
12    (202) 564-5687

13

14

15                    I N D E X

16  WITNESS              EXAMINATION              PAGE

17  Rebecca Woods      Direct - Ms. Russell         3

18

19

20                  E X H I B I T S

21  EXHIBIT NUMBER          DESCRIPTION          PAGE

22      1          Complaint                    11

23      2          E-mail dated May 6, 2003     90

24

25

1

2                      P R O C E E D I N G S

3          MS. WOODS:  Good morning.  My name is

4  Beverly Russell and I'm an Assistant U.S. Attorney.  I

5  represent the EPA Administrator in the matter of Woods

6  versus Johnson.  It's Civil Action Number 06-1460 before

7  the U.S. District Court for the District of Columbia.

8  The purpose of this deposition is to ask you a series of

9  questions about the issues involved in this lawsuit.

10          Just to start off with, I want to go over some

11  of the ground rules for the deposition just to make sure

12  that you understand.  In responding to questions that I

13  ask you'll be under oath, so you understand that you're

14  obligated to respond truthfully and accurately to the

15  best of your knowledge and recollection.  Do you

16  understand that?

17          A.    I do.

18          Q.    Now have you taken any medication or engaged in

19  any activity that might impact your ability to tell the

20  truth today?

21          A.    No.

22          Q.    If you do not hear a question that I ask, if my

23  voice becomes too soft, please let me know and I will

24  repeat the question.  Do you understand that?

25          A.    I do.

           Q.    If you don't understand a question that I ask,

1   please let me know and I will rephrase it.  Do you

2   understand that?

3        A.   I do.

4        Q.   Do you understand that if you respond to a

5   question the assumption is that your understood the

6   question?

7        A.   Okay.

8        Q.   Okay.  If you wish to take a break, please let

9   me know and we can take a break.  Do you understand that?

10       A.   I do.

11       Q.   Now the only caveat to that is if there's a

12  question pending I request that you answer that question.

13  Then we'll go ahead and take a break.  Do you understand?

14       A.   Yes.

15       Q.   Can you please state your name for the record?

16       A.   Rebecca Lynn Woods.

17       Q.   And are you currently employed?

18       A.   Yes, I am.

19       Q.   And who is your current employer?

20       A.   The U.S. Environmental Protection Agency.

21       Q.   And where is that located or specifically where

22  is your place of employment with the Environmental

23  Protection Agency?

24       A.   1200 Pennsylvania Avenue, Northwest,

25  Washington, D.C.

         Q.   And what is your title?

1      A.   Environmental Protection Specialist.

2      Q.   And how long have you worked for the EPA?

3      A.   I've worked for EPA since 1976, so I guess

4  that's 31 years.

5      Q.   And what is the name of your current office or

6  division?

7      A.   I'm in the National Chemicals Program Division

8  within OPPT, which is the Office of Pollution Prevention

9  and Toxics.

10     Q.   And who is your current supervisor?

11     A.   Lynn Vendinello.

12     Q.   Can you spell that, please?

13     A.   Yes, V-E-N-D-I-N-E-L-L-O.

14     Q.   And how long has Ms. Vendinello been your

15  supervisor?

16     A.   Since February of this year.

17     Q.   So February 2007?

18     A.   Yes.

19     Q.   And can you tell me what was the reason you

20  transferred to her supervision?  Did you apply for a

21  position or was there a reorganization?

22     A.   The previous Branch Chief left.  This was a new

23  hire. Lynn was a new hire --

24     Q.   Okay.

25     A.   -- into the branch.

       Q.   Okay.  And who was your previous supervisor?

1       A.    David -- well, let's see, before Lynn there

2  were some Acting Branch Chiefs, a split position, Sarah

3  McGuirk and Sheila Cantavan (phonetic sp.).

4       Q.    And what are your current duties?

5       A.    I handle -- I just finished up a project

6  regarding PCBs that our branch was responsible for, and I

7  have just been given some new duties handling new

8  chemical activities, different -- when I say new I mean

9  different chemical activities than PCBs.

10      Q.    And can you describe the project that you just

11 completed on PCBs?

12      A.    Yes.  This was a PCB disposal activity and I

13 handled the financial assurance element of that -- of the

14 disposal requirements.

15      Q.    Was there a final product as a result of this

16 project?

17      A.    There were numerous products.  The activity

18 transferred to another office, so there were numerous

19 products involved, not just one.

20      Q.    And did you graduate from high school?

21      A.    Yes, I did.

22      Q.    Which high school did you attend?

23      A.    George Washington High School in Alexandria,

24 Virginia.

25      Q.    And when did you graduate?

        A.    1967.

1          Q.    And did you attend college?

2          A.    Yes, I have.

3          Q.    And did you graduate from school?

4          A.    I have an associates degree.

5          Q.    Okay.  And where did you receive your

6     associates degree from?

7          A.    From Northern Virginia Community College in

8     Alexandria.

9          Q.    Did you have a particular major --

10         A.    The --

11         Q.    -- specialization?

12         A.    The associates degree was in liberal arts.

13         Q.    Have you attended any other colleges?

14         A.    Yes, I have.

15         Q.    And where?

16         A.    George Mason University, excuse me, Fairfax.

17         Q.    Okay.  Just taking a step back, when did you

18    receive your associates degree from Northern Virginia

19    Community College?

20         A.    I think it was -- I can't be certain of the

21    year.  I believe it was 1993.

22         Q.    And when did you start?

23         A.    When did I start college or what?

24         Q.    I'm sorry.  When did you start at Northern

25    Virginia Community College?

           A.    There have been classes I took at Northern

1    Virginia Community College over many years, since

2    probably the '70s.

3        Q.    Okay.  And when did you start studies at George

4    Mason University?

5        A.    Within the last five years.

6        Q.    But you don't have a degree from George Mason?

7        A.    Not at this time.

8        Q.    And what type of courses have you taken at

9    George Mason?

10       A.    A science course.

11       Q.    What science course, if you recall?

12       A.    I don't recall the name of it.  I also took a

13   required English course.

14       Q.    Okay.  Any other courses?

15       A.    I took some basic -- there were some basic

16   courses in -- for pursuing a degree.  I guess it was -- I

17   can't remember the name of the program.  There were other

18   basic courses I took there.

19       Q.    Okay.  Do you know how many courses you've

20   taken from George Mason?

21       A.    Three or four.

22       Q.    And besides for Northern Virginia Community

23   College and George Mason have you attended any other

24   colleges?

25       A.    Yes, I have.

         Q.    And what are those?

1        A.    Towson State University.

2        Q.    And when did you attend Towson?

3        A.    Sometime in the 1970s.

4        Q.    And did you receive a degree from Towson?

5        A.    No.

6        Q.    What did you study at Towson?

7        A.    Math.

8        Q.    How many courses did you take?

9        A.    One.

10       Q.    Any other colleges besides those that you've

11   mentioned?

12       A.    Yes.

13       Q.    And what is that college or those colleges?

14       A.    Radford College in Radford, Virginia and

15   Northern Virginia Community College in Annandale, as well

16   as Alexandria.

17       Q.    Any others?

18       A.    No.

19       Q.    And when did you attend Radford?

20       A.    Back in the late '60s.  It would have been

21   after high school.

22       Q.    And did you receive a degree from Radford?

23       A.    No.

24       Q.    What did you study at Radford?

25       A.    I was pursuing a bachelor of science.

         Q.    Okay.  How many courses did you take?

1      A.    I can't recall.

2      Q.    Was there any particular course emphasis, any

3  particular subject area, that you were focused on?

4      A.    Well, there were some science courses, as well

5  as general studies courses.

6      Q.    What type of science courses did you take at

7  Radford?

8      A.    Biology.

9      Q.    Anything else to your recollection?

10      A.    To my recollection I think that was it.

11      Q.    Okay.  How about Northern Virginia Community

12  College, did you receive a degree from Northern Virginia

13  Community College in Annandale?

14      A.    No.

15      Q.    And when did you study at Northern Virginia

16  Community College, Annandale?

17      A.    It was either late '60s or early '70s.  I can't

18  recall.

19      Q.    And what courses did you take?

20      A.    I believe it was a course in sociology.

21      Q.    Any other courses?

22      A.    Not that I can recall at this time.

23      Q.    Have you ever taken any courses in

24  environmental science?

25      A.    Not that I can specifically recall.

       Q.    What about chemistry?

1      A.   Yes.

2      Q.   And where did you take that?

3      A.   Northern Virginia Community College.

4      Q.   And what course was that specifically if you

5  can recall?

6      A.   It was chemistry.

7      Q.   Chemistry?  Was it an introductory class or did

8  it have a specific emphasis?

9      A.   I would call it general chemistry.

10     Q.   Okay.  Any other chemistry courses?

11     A.   Not that I can recall.

12     Q.   And did you take that at Annandale or

13 Alexandria?

14     A.   Alexandria.

15     Q.   And when did you take that course?

16     A.   I can't recall if that was in the '70s or the

17 '80s --

18     Q.   Okay.

19     A.   -- or the '90s, frankly.

20     Q.   Ms. Woods, I'm going to show you a document

21 that I'm going to have marked as Exhibit 1.  Let me know

22 if you recognize it.

23                              (Whereupon, the document that

24                               was referred to as Exhibit

25                               Number 1 was marked for

                                 identification.)

1              BY MS. RUSSELL:

2        Q.    Why don't you give me that one?  Turn to the

3    next one, as well.

4        A.    Yes, I do recognize this document.

5        Q.    And based upon your review does it appear to be

6    the complaint that you filed against Mr. Johnson alleging

7    employment discrimination and retaliation?

8        A.    Yes, it does.

9        Q.    And you've had the opportunity before today to

10   review this complaint?

11       A.    Yes, I have.

12       Q.    And based upon your review today, as well as

13   before, does the complaint accurately represent --

14             MR. SHAPIRO:  I object.  She hasn't read the

15   complaint today.

16             MS. RUSSELL:  Okay.

17             MR. SHAPIRO:  If you're asking her to read the

18   complaint -- if you want her to read it today to say if

19   accurately represents, that's fine, but she hasn't had an

20   opportunity to do it.

21             MS. RUSSELL:  Okay.

22             BY MS. RUSSELL:

23       Q.    All right.  Then what we'll do instead is we'll

24   just go through the complaint and I'll ask you questions

25   about it and you can clarify certain of the allegations

     raised in the complaint.  Before we do that, I believe

1   you stated that you graduated from high school in 1967.

2       A.   That's correct.

3       Q.   And were you employed after high school?  Were

4   you employed right after high school?

5       A.   Yes.

6       Q.   Okay.  And for whom did you work?

7       A.   If my memory -- I'm relying on my memory.  It

8   would have been the Department of Navy.

9       Q.   Okay.  And do you recall when you started

10  working for the Department of Navy?

11      A.   It would have been right after high school

12  graduation.

13      Q.   Okay.  And what was your position with the

14  Department of Navy?

15      A.   It was clerical.

16      Q.   And do you recall where the -- where was the

17  facility located where you worked?

18      A.   Navy Yard.

19      Q.   Okay.  Washington, D.C.?

20      A.   Yes.

21      Q.   And were you on a GS scale?

22      A.   I'm sure I would have been.

23      Q.   Okay.  Do you recall what grade level you

24  started?

25      A.   I don't.

        Q.   All right.  And how long did you work for the

1   Department of Navy?

2       A.   I believe it would have been a summer job

3   before starting school.

4       Q.   Okay.  And what was your next position after

5   working for the Department of Navy?

6       A.   It would have been after school -- after

7   attending school for awhile and I would have --

8       Q.   When you say after attending school, what

9   school are you referencing?

10      A.   Radford.

11      Q.   Okay.

12      A.   And then so the next position would have been

13  again with the Department of Navy if I recall.

14      Q.   And what time frame?

15      A.   Late '60s.

16      Q.   And what did you do for the Department of Navy

17  after Radford?

18      A.   It would have been a clerical position.

19      Q.   Again at the Navy Yard?

20      A.   I believe it was in -- I want to say Falls

21  Church or Annandale, Virginia.

22      Q.   And do you recall what particular organization

23  that you worked for?

24      A.   I don't.

25      Q.   All right.  And how long did you hold this

    position, specifically the one after you attended

1  Radford?

2       A.   Several months.

3       Q.   Okay.  And why did you leave the position?

4       A.   To return to school.

5       Q.   And which school was that?

6       A.   Radford.

7       Q.   Okay.  What was your next job?

8       A.   I believe it was in Baltimore, Maryland.

9       Q.   And for whom did you work in Baltimore?

10      A.   Baltimore Biological Lab.

11      Q.   When did you start?

12      A.   Around 1970 -- early '70s.

13      Q.   And what was your position at the Baltimore

14  Biological Lab?

15      A.   Entry level, was clerical.

16      Q.   Okay.  And how long did you work for the lab?

17      A.   You know, I just can't recall.  It would have

18  been over a year certainly, maybe --

19      Q.   And why did you leave the position?

20      A.   To have a child.

21      Q.   What was your next position?

22      A.   I'm just trying to recall.  It would have been

23  with a place called Backyard Boats.

24      Q.   And where was that located?

25      A.   Alexandria.

        Q.   What was your position there?

```
 1        A.    Office manager.

 2        Q.    And when did you start?

 3        A.    I don't know, '74 or 5.

 4        Q.    And how long did you work for Backyard Boats?

 5        A.    Until July of 1976.

 6        Q.    And why did you leave?

 7        A.    I had an opportunity for a position with EPA.

 8        Q.    How did that opportunity come about?

 9        A.    Through my interviewing and --

10        Q.    Let's back up --

11        A.    -- accepting -- yes, I applied and interviewed

12  and accepted a position with the EPA.

13        Q.    Okay.  And do you recall the position that you

14  applied for?

15        A.    At the time it was clerical.

16        Q.    Do you recall the grade?

17        A.    I believe it was a GS-4.

18        Q.    In what office did you start?

19        A.    It was an office within the Office of

20  Enforcement.  It was the Office of Noise Enforcement.

21        Q.    Who was your supervisor?

22        A.    Tim Dyer (phonetic sp.).  Yeah, Tim Dyer was my

23  immediate supervisor.

24        Q.    Do you recall what your formal title was?

25        A.    I don't.

          Q.    Do you know specifically when you started at
```

1  EPA, what month?

2      A.   I believe it was July.

3      Q.   Of '76?

4      A.   Um-hum.

5      Q.   All right.  And what were your duties for that

6  first position with EPA?  I know you said clerical, but

7  what were your specific duties?

8      A.   It's hard to recall specific duties from that

9  long ago.

10     Q.   And how long were you in the position at the

11 GS-4 Office of Noise Enforcement, how long were you in

12 that position?

13     A.   Possibly a year, year-and-a-half --

14     Q.   And --

15     A.   -- to the best of my recollection.

16     Q.   That's fine.  What was your next position at

17 the EPA?

18     A.   The next position was with the EPA field office

19 for Region 3.

20     Q.   What is Region 3?

21     A.   That's one of EPA's ten regions.  Region 3 is

22 headquartered in Philadelphia.

23     Q.   But did you actually move to Philadelphia?

24     A.   No.  The field office was located in Crystal

25 City in Arlington, Virginia.

       Q.   And what was your position at the EPA field

1  office in Region 3?

2      A.   It was clerical.

3      Q.   And when did you start that position?

4      A.   After I left the Noise Enforcement Division.   I

5  don't have the year.   I can't recall the year.

6      Q.   Let's see -- and what were your duties?

7      A.   You know, they were clerical.   It was

8  specifically typing.   I know I handled travel.   I know I

9  handled office -- as I was the only clerical staff in the

10 office, then I was managing the office from the incoming

11 and outgoing.

12     Q.   And who was your supervisor?

13     A.   I had more than one supervisor.   Warren Carter

14 was one, and I can't remember the other gentleman's name.

15     Q.   What was the function of the EPA field office,

16 Region 3?

17     A.   It was to provide a -- let me see, an immediate

18 location for activities going on in the Washington

19 metropolitan area and be able to relate that information

20 to the people in Philadelphia.

21     Q.   And how many -- do you recall how many

22 employees in the field office, just an approximate at

23 that time?

24     A.   Three at any one time.

25     Q.   So that would be you, Mr. Carter or the

   supervisor and someone else?

1      A.   Yes.

2      Q.   Okay.  And what would be the -- well, what --

3 position, if you recall?

4      A.   I don't recall specifically.

5      Q.   And so what was your next position after

6 working in the EPA field office?

7      A.   I believe I then -- I believe to the best of my

8 recollection I moved into the Office of General Counsel

9 as --

10     Q.   And how did that -- oh, sorry, go ahead.  As?

11     A.   Clerical.

12     Q.   Okay.  And how did that come about?

13     A.   It was a position I would have applied for.

14     Q.   And what year was that?

15     A.   Probably '77 or '78.

16     Q.   What were your duties?

17     A.   Clerical.

18     Q.   Okay.  And who was your supervisor?

19     A.   Jerome Ostrov, O-S-T-R-O-V.

20     Q.   And what grade level?

21     A.   I believe I was -- it's hard to recall.  I

22 would say a 5.

23     Q.   And how long were you in the Office of General

24 Counsel?

25     A.   Possibly a year-and-a-half.  It's hard to

recall specifically, or a year.

1     Q.    And where was it located?  Was that in Crystal

2  City, as well?

3     A.    No.   That was at our Waterside location.

4     Q.    In Washington, D.C.?

5     A.    Right.

6     Q.    And what was your next position at EPA?

7     A.    I believe if my memory serves me it was an

8  Information Management Assistant or a Technical --

9  Information Management person.  It's hard.

10    Q.    And what year was that?

11    A.    1978.

12    Q.    And how did that come about?

13    A.    This was a program I applied to within EPA, the

14 Upward Mobility Program.

15    Q.    And can you describe that program?

16    A.    This was an opportunity for people to move into

17 a more professional level position, enhance their careers

18 within the Agency.

19    Q.    And did you complete the program prior to

20 getting the Information Management Assistant position or

21 was it concurrent?

22    A.    It was a concurrent --

23    Q.    So it was concurrent --

24    A.    Right.

25    Q.    And do you recall what the program entailed,

what you had to do?

1    A.    To some degree.  I had to take courses.  I had

2  to take some -- continue my college education for a

3  certain amount of time, and -- which would ultimately --

4  and there were certainly on the job probably training

5  requirements, if I recall.

6    Q.    And what were your duties as an Information

7  Management Assistant?

8    A.    I was responsible for doing -- performing

9  bibliographic searches for the Office of Pesticide

10  Programs or other offices that made such a request.  I

11  handled to some degree some facet of a publication called

12  Pesticide Abstract.

13    Q.    I'm sorry.   Pesticide Abstract?

14    A.    Right.

15    Q.    Okay.

16    A.    And other duties as assigned, as best I can

17  recall.

18    Q.    Can you describe the type of work you did on

19  the Pesticide Abstract?

20    A.    It was a review of -- it was performing some

21  editorial work for the write-ups in that document.

22    Q.    And who would do the write-ups?

23    A.    I can't recall whether they were specifically

24  from the Office of Pesticide Programs or an outside

25  contractor.

    Q.    And how long were you in the position of

22

1  Information Management Assistant?

2      A.   To the best of my recollection I would say two

3  or three, possibly four years.

4      Q.   And who was your supervisor?

5      A.   Paul Fuschini, F-U-S-C-H-I-N-I.

6      Q.   And what was -- I don't know if I asked you

7  this, but what was your grade when you were an

8  Information Management Assistant, what did you start out

9  as?

10     A.   I can't recall if I started out as a 5 and

11  moved into a 6 or began as a 6.

12     Q.   Okay.  And what was your next position -- well,

13  were you promoted beyond a GS-6 as an Information

14  Management Assistant?

15     A.   Yes.

16     Q.   Okay.  Up to what grade level?

17     A.   I believe it was into the -- I went in that

18  office up to the 7, becoming an Information Management

19  Specialist.

20     Q.   And what were your duties as an Information

21  Management Specialist?

22     A.   They were to continue the types of activities I

23  had conducted -- I had performed previously, but in an

24  enhanced manner, as well as provide -- participate in --

25  there were division functions where there was

presentations or provide written material for

23

1    presentations.

2        Q.    So did you do the presentations?

3        A.    If I recall correctly, I was part of a panel,

4    presented information --

5        Q.    What type of --

6        A.    -- in a --

7        Q.    Sorry about that.

8        A.    -- in a -- this would have been a briefing --

9    like a briefing for incoming new management in the

10   office.

11       Q.    And what was the purpose of the presentation?

12   I mean what was your role in the presentation?

13       A.    It would have been explaining what our office

14   functions were and how we could be of service to new

15   management and to the Agency as a whole.

16       Q.    Do you recall any other duties your performed

17   as an Information Management Specialist?

18       A.    I can't recall.

19       Q.    Okay.    And what was your position after the

20   Information Management Specialist position?

21       A.    I'm not sure of the question.

22       Q.    Okay.    How long were you an Information

23   Management Specialist?

24       A.    Through -- when was I -- I was in that -- I

25   retained that position title into the 1980s.

         Q.    Okay.    And were you promoted beyond a GS-7

1    level as an Information Management Specialist?

2        A.    Yes.

3        Q.    Okay.   And what was the highest level you were

4    promoted to as an Information Management Specialist?

5        A.    12.

6        Q.    Did you compete for the promotions from the GS-

7    7 to the GS-12 level?

8        A.    No.   They were career ladder.

9        Q.    And can you just describe your duties as a GS-

10   12 Information Management Specialist?

11       A.    My duties encompassed development of -- was it

12   development of?   Yeah -- well, development -- helping the

13   office I was in develop a data base to track new chemical

14   activities, and I was also responsible for working on a

15   publication, an Agency publication that would -- that

16   involved a new chemical process.

17       Q.    What was your role in developing the data base?

18       A.    It was providing input on the specific data

19   elements that were -- that had been offered to us in a

20   package and how they worked and what worked and what

21   changes were needed, and --

22       Q.    So was your role in data collection or --

23       A.    I would say data collection, yeah.

24       Q.    Did you do any programming?

25       A.    No.

         Q.    Did you do any analysis of the data?

1    A.    Yes.

2    Q.    And what type of analysis?

3    A.    Technical analysis, statistical analysis.

4    Q.    What type of technical analysis?

5    A.    Again, that would be looking at what the data

6    base offered and whether we were able to provide

7    appropriate information.

8    Q.    How about statistical analysis?

9    A.    Determining -- actually tracking a series of

10   different kinds of numbers pertaining to the actions that

11   were developed in the office.

12   Q.    When you say actions in the office, what do you

13   mean?  Can you provide an example?

14   A.    New chemical reviews.

15   Q.    You also noted that you worked for an Agency

16   publication.  What publication was that?

17   A.    It was something called -- it was new

18   chemicals.  It had to do with a pre-manufacture notice.

19   I can't remember the exact title, Pre-manufacture Notice

20   Something or other.  We called it the Purple Book.

21   Q.    And what did you do as far as the publication?

22   A.    I helped compile narrative and statistical

23   information for the publication and made sure that it

24   went through the publication process.

25   Q.    Did you do any writing for the publication?

     A.    Yes.

1      Q.    And what type of writing?

2      A.    It would have been a summary of particular

3  kinds of actions that were taken, as well as explaining

4  the statistical aspect of it.

5      Q.    Any other type of writing besides for the

6  summary and explaining the statistical aspects?

7      A.    No, not that I can recall.

8      Q.    Did you do any type of writing that required

9  scientific research?

10     A.    Not that I can recall.

11     Q.    And so what was your next position after the

12  Information Management Specialist position?

13     A.    I became an Environmental Protection

14  Specialist.

15     Q.    And when was that?

16     A.    I believe it was in 1987.

17     Q.    How did that come about?

18     A.    I applied for a position.

19     Q.    Which organization?

20     A.    This would have been the Chemical Control

21  Division with OPPT.

22     Q.    And OPPT stands for?

23     A.    I believe it's Office of Pollution Prevention

24  and Toxics, the acronym.

25     Q.    And who was your supervisor?

       A.    Edward Brooks.

1    Q.    What grade did you start out?

2    A.    I'm sorry.

3    Q.    What grade was that?

4    A.    Oh, for the -- if you're asking about the EPS

5    --

6    Q.    Yes.

7    A.    -- that was a 13.

8          MS. RUSSELL:  Do you mind if we take a break?

9          MR. SHAPIRO:  Not at all.

10                        (OFF THE RECORD)

11                        (ON THE RECORD)

12         BY MS. RUSSELL:

13    Q.    Ms. Woods, we were discussing the Environmental

14   Protection Specialist position that you started in 1987,

15   and I believe you stated that Mr. Edward Brooks was your

16   supervisor.

17    A.    Yes.

18    Q.    Okay.  And that was in the Chemical Control

19   Division.  Can you clarify the name of that division?  Is

20   it the Chemical Control Division?

21    A.    It is the Chemical Control Division.

22    Q.    Okay.  And you started as a GS-13, that's

23   correct -- is that correct?

24    A.    Started?  I'm not --

25    Q.    When you started the position of Environmental

     Protection Specialist, you started as a GS-13?

1      A.    That is correct.

2      Q.    And what were your duties?

3      A.    My duties at that time were -- there were

4  projects the office was working on that I assisted my

5  supervisor with, and there were information gathering

6  activities and contractual activities.

7      Q.    Now what type of projects did you work on when

8  you assisted the supervisor?

9      A.    This was -- Chemical Control Division involved

10  the regulation of chemicals, so there were specific

11  chemicals that would come up for either, as I recall, a

12  particular review or activity the office was looking at,

13  and it was development of a plan to address the chemical

14  concerns.

15      Q.    And what did you do?

16      A.    It would be things like gathering information.

17      Q.    What type of information?

18      A.    It would be chemical -- I want to say chemical

19  documents or documents regarding a chemical, and it was

20  planning meetings with a large work group.  There were

21  just so many meetings.  That's all I can think of.

22  Preparing documentation for that meeting based on results

23  from another meeting.  There were other activities

24  certainly.  As I said, information gathering either on a

25  project or other related activities within the office.

        Q.    And what was the responsibility of the Chemical

1    Control Division?

2        A.    It was a chemical regulation activity.  There

3    were branches within the Division such as the New

4    Chemicals Review Branch, the Existing Chemicals Review

5    Branch.

6        Q.    And that's what they were called?

7        A.    Yeah.

8        Q.    Okay.

9        A.    And there was probably a third branch which I

10   can't remember at this time, and --

11       Q.    Were you in a particular branch?

12       A.    -- just the three branches.  I had been in a

13   branch previously, previously to working under Mr.

14   Brooks.

15       Q.    Okay.  So you worked directly for Mr. Brooks --

16       A.    Yes.

17       Q.    -- when you were an Environmental Protection

18   Specialist, so you weren't in the New Chemicals Review

19   Branch or the Existing Chemicals Review Branch when you

20   were working for Mr. Brooks?

21       A.    No.

22       Q.    Okay.  And how long did you work in the

23   Chemical Control Division?

24       A.    I worked in the Division, I would have to say,

25   approximately five years.

         Q.    Okay.  And during that entire time did you work

1  for Mr. Brooks?

2      A.   No.

3      Q.   And who was your supervisor after Mr. Brooks?

4      A.   The Division Director, John Malone.  I reported

5  directly to him.

6      Q.   And how did that come about?

7      A.   The Director made some shifts in the functions

8  of the office and I reported to him as a Special

9  Assistant.

10     Q.   Okay.  And when did you start working for Mr.

11 Malone as his Special Assistant?

12     A.   I can't remember the exact year.  It was before

13 1989.

14     Q.   And what were your functions as the Special

15 Assistant?

16     A.   I handled intramural and extramural budgeting

17 activity, responded to requests for information that came

18 in both within and outside of the office, and then

19 handled -- well, I guess that's extramural, extramural

20 activities.

21     Q.   When you say intramural and extramural

22 budgeting activities, what do you mean by that?

23     A.   These are terms for financial activities,

24 intramural being the immediate basic expenditures of the

25 office, whether it's allocations for supplies or

   personnel or --

1     Q.   Okay.  And what about extramural?

2     A.   And extramural would be contract funds.

3     Q.   Okay.  Anything else you did as a Special

4 Assistant to Mr. Malone?

5     A.   That's all I recall at this time.

6     Q.   And during the period that you worked for Mr.

7 Malone, did you request a promotion to a GS-14?

8     A.   I don't recall.

9     Q.   And can you recall when you started working for

10 Mr. Malone and when you stopped working for him?  What

11 was the period that you worked for Mr. Malone?

12     A.   I can't recall the starting date.  I know the

13 end date was 1989, the latter part of 1989.

14     Q.   Okay.  And who was your supervisor?

15     A.   Gerald Stubbs.

16     Q.   And how did that come about?

17     A.   I applied for a position in the Office of

18 Compliance Monitoring.

19     Q.   Was that at the GS-13 level?

20     A.   Yes.

21     Q.   And when did you -- and that was as the

22 Environmental Protection Specialist?

23     A.   Yes.

24     Q.   And so you started working for Mr. Stubbs in

25 1989, latter part of 1989?

      A.   Yes.

1      Q.    And what did you do in the Office of

2  Compliance Monitoring, what were your functions?

3      A.    I was a case officer.

4      Q.    Okay.  Now what did you do as a case officer.

5      A.    I was responsible for development of cases

6  under TSCA.  I would have been -- TSCA and FIFRA

7  (phonetic sp.) is what I handled, and --

8      Q.    Now when you say case development, what do you

9  mean?

10     A.    This is gathering the evidence and other

11  information to determine whether there has been a

12  violation of the regulations and developing the

13  corresponding legal documents to issue a complaint.

14     Q.    And were you trained to do this, did someone

15  train you?

16     A.    There was -- yes.  There was an in-office

17  learning session, as well as outside attendance of

18  courses to acquire the information necessary to do this.

19     Q.    And do you recall who was responsible for the

20  in-office learning sessions?

21     A.    Well, that was a series of people, people I

22  relied upon for their experience.  John Foley was one.

23     Q.    Okay.  Do you recall his grade?

24     A.    I believe he -- I can't say.  I don't -- I know

25  he was in a management type position, so I can't really

   say what his specific grade was.

1       Q.    Okay.  Anyone else?

2       A.    A senior case officer who helped me -- helped

3   train me or provided me with information, gave me

4   guidance and who --

5       Q.    Do you remember her name?

6       A.    Mary McDonald.

7       Q.    Okay.  Do you recall what grade she was?

8       A.    I don't know.

9       Q.    Anyone else?

10      A.    And then my Branch Chief, Jerry Stubbs.

11      Q.    Now you said you were responsible for

12   developing cases for TSCA and FIFRA.

13           MR. SHAPIRO:  I think she said under TSCA.

14           MS. RUSSELL:  Under TSCA.  I'm sorry about

15   that.

16           BY MS. RUSSELL:

17      Q.    Did the work involve any writing or any type of

18   research?

19      A.    Yes.  We had to write the -- we had to prepare

20   the document, the legal document, that would be a

21   complaint, as well as provide clear justification for the

22   case, as well as then there were memos and other

23   supporting documentation.

24      Q.    Did you work with an attorney in developing the

25   complaints, the legal documents?

         A.    Yes.

1        Q.    Did you draft the complaints or did the

2    attorneys do it?

3        A.    If I recall, we drafted the complaints in the

4    office.

5        Q.    When you say we?

6        A.    Meaning we working in the Case Support Branch.

7        Q.    Okay.  And were there attorneys working on the

8    cases?

9        A.    Not at that time, no.

10       Q.    So working the Office of Compliance Monitoring

11   you actually drafted complaints, legal complaints?

12       A.    Yes.

13       Q.    Do you recall, for example, for what cases?

14             MR. SHAPIRO:  You want her to name the names of

15   the --

16             MS. RUSSELL:  Not the formal cases, but --

17             MR. SHAPIRO:  Well, she said under TSCA and

18   under FIFRA.

19             MS. RUSSELL:  Right.

20             MR. SHAPIRO:  Do you want to know like Smith

21   versus Jones, you know, EPA versus Dow Chemical Company

22   re a certain chemical?  Is that what you mean by the name

23   of the case?

24             BY MS. RUSSELL:

25       Q.    Well, how do you identify a complaint?  I mean

     are there titles?

1        A.    Well, there is certainly a company name

2   associated with each complaint.

3        Q.    Okay.  Can you describe the format of the

4   complaints that you drafted?

5        A.    They were generally several pages laying out

6   the regulatory requirements, the statute under which they

7   were developed, what the alleged violation was.  There

8   was penalty calculations associated with the violations

9   and information for the respondent on how they could

10  respond to the complaint that was being issued to them.

11       Q.    So were the complaints filed -- what happened

12  to the complaints?

13       A.    They would be filed with the hearing clerk

14  before issuance.

15       Q.    Do you know whether the complaints were

16  reviewed by an attorney?

17       A.    We worked with our attorney and they would most

18  certainly have been looked at by the attorney.

19       Q.    And how long did you work for Edward Stubbs in

20  the Office of Compliance Monitoring?

21       A.    From 1989 to 1994, sometime in 1994.

22       Q.    And how would you describe Mr. Stubbs as a

23  supervisor?  Do you understand the question?

24       A.    Not really.  I'm not sure what you're -- a

25  specific --

         Q.    How did you view Mr. Stubbs as a supervisor?

1   Did you view him favorably?

2       A.    In making that determination, whether

3   unfavorably or favorably, I would say favorably.

4       Q.    Did you ever discuss being promoted with Mr.

5   Stubbs?

6           MR. SHAPIRO:    Now we're talking about the

7   period in the Office of Compliance?

8           MS. RUSSELL:    I'm talking about the period in

9   the Office of Compliance Monitoring?

10          MR. SHAPIRO:    Yeah.    That's '89 to '94.

11          MS. RUSSELL:    Right.

12          BY MS. RUSSELL:

13      Q.    Did you ever discuss during that period being

14  promoted to a GS-14 with Mr. Stubbs?

15      A.    To the best of my recollection I would say I

16  did.

17      Q.    Okay.    Do you know how many times?

18      A.    No.

19      Q.    Do you know when?

20      A.    No.

21      Q.    And can you recollect what his response was?

22      A.    It was a situation where there were -- I knew

23  that there were no promotion positions within the Office

24  of Compliance Monitoring at that time, and I guess that

25  was probably the gist of the conversation.

        Q.    Okay.    Can you recall -- do you recall what Mr.

37

1  Stubbs' grade level was --

2      A.   I'm --

3      Q.   -- during the period that you worked in the

4  Office of Compliance Monitoring?

5      A.   To the best of my knowledge Mr. Stubbs was a 14

6  when I came into the Office of Compliance Monitoring.

7      Q.   Okay.  And to the best of your knowledge what

8  level was he in '94?

9      A.   A 15.

10     Q.   Okay.  Do you know when he was promoted?

11     A.   I don't recall the exact year.

12     Q.   And do you recall the grade levels of the other

13  employees in the office?

14     A.   I didn't know what all the grade levels of the

15  other employees were.

16     Q.   Do you recall whether there were any other GS-

17  14s during the period you were in the Office of

18  Compliance Monitoring?

19     A.   To my knowledge, no.

20     Q.   So you worked in the Office of Compliance

21  Monitoring up to '94.  Where did you work after that?

22     A.   The Office of Compliance Monitoring was

23  absorbed by the Office of Enforcement and Compliance

24  Assurance in a reorganization.

25     Q.   And did Mr. Stubbs continue to be your

supervisor?

38

1      A.    Yes.

2      Q.    And what were your duties after the

3  reorganization?

4      A.    They essentially remained the same as a Case

5  Development Officer, and then there was some shifting of

6  activities within the office because of the new

7  reorganization.

8      Q.    Did that impact your duties at all?

9      A.    In the way we were pinpointing cases for

10  selection of issuance it changed.

11      Q.    Okay.

12      A.    Yeah.  I guess essentially I would say no, but

13  there was a shift in how things operated within the new

14  organization.

15      Q.    And how long -- and do you recall -- who was

16  the other staff member in the office after the

17  reorganization, if you recall?

18          MR. SHAPIRO:  In which office?

19          MS. RUSSELL:  I guess it's the Office of --

20          BY MS. RUSSELL:

21      Q.    After you worked for the Office of Compliance

22  Monitoring there was a reorganization.  What was the name

23  of the office again that you worked in?

24      A.    It was the Toxics and Pesticides Enforcement

25  Division within the Office of Enforcement and Compliance

    Assurance.

39

1    Q.   Okay.  Do you recall the employees in that

2  office?

3    A.   I recall most of them.

4         MR. SHAPIRO:  Which office are we talking

5  about, Pesticides?

6         MS. RUSSEL:  Yes, the Toxics and Pesticides

7  Division.

8         WITNESS:  I recall many of them, but it's a

9  long list.

10        MS. RUSSELL:  Oh, okay.  Do you recall how many

11 GS-14s?

12        MR. SHAPIRO:  When, right in --

13        MS. RUSSELL:  In the Toxics and Pesticides

14 Enforcement Division when you started.

15        MR. SHAPIRO:  In 2004?

16        MS. RUSSELL:  I think she started in 1994.

17        MR. SHAPIRO:  I'm sorry, 1994.

18        MS. RUSSELL:  Right.

19        MR. SHAPIRO:  So when she started you want to

20 know whether there were 14s?

21        MS. RUSSELL:  Right.

22        WITNESS:  Yes, I believe there were in that

23 attorneys mixed with our office were some -- were 14s.

24        BY MS. RUSSELL:

25    Q.   Okay.  Do you recall any non-attorney GS-14s?

     A.   No.

1      Q.    And can you describe what are the functions of

2    the Toxics and Pesticides Enforcement Division, the

3    office where you started in 1994?

4      A.    Again, this is enforcement of the regulatory

5    requirements of the Toxic Substances Control Act, the

6    pesticides statute and the Emergency Planning and

7    Community Right-to-Know Act.

8      Q.    Now you mentioned Toxics and Pesticide

9    Enforcement Division.  Were there branches under the

10   division?

11     A.    It's hard for me to recall.  There were teams

12   that were developed to some degree.  I can't remember.

13   The dynamics changed so often within the first few years

14   that I can't recall if we started out in branches and

15   then went to the teams or started out in teams and went

16   to branches.

17     Q.    Do you recall whether you were on a team or a

18   branch after the division was formed?

19     A.    Well, I guess in looking back at it we probably

20   did have that fundamental branch separation between

21   western and eastern.

22     Q.    Okay.  And which branch did you start off in?

23     A.    In the Western Branch.

24     Q.    And Mr. Stubbs was your supervisor?

25     A.    Right, right.

       Q.    And what were the functions of the two

41

1  branches?

2       A.   They were essentially identical.  They were

3  made up of the same groups of people, case officers and

4  attorneys, but they did work in different statutory

5  areas.

6       Q.   Okay.  And what statutory area did the Western

7  Branch work on?

8       A.   I know that there were some parts of FIFRA,

9  some parts of TSCA that the Western Branch worked on.

10      Q.   Okay.

11      A.   And possibly some EPCRA, the emergency

12  planning, as well, were placed under the Western Branch.

13      Q.   Okay.  What about the Eastern Branch?

14      A.   It would have been the same type of thing.

15  There would have been FIFRA and probably some sections of

16  TSCA and some EPCRA.

17           REPORTER:  I'm sorry.  What was that?

18           MR. SHAPIRO:  These are all acronyms.  She'll

19  get them.  Do you want to stop and get them now?

20           REPORTER:  Just the one.

21           MS. RUSSELL:  Yeah, let's go ahead.

22           BY MS. RUSSELL:

23      Q.   What does FIFRA stand for?

24      A.   The Federal Insecticide, Fungicide and

25  Rodenticide Act, Federal Insecticide, Fungicide and

   Rodenticide Act.

```
 1         Q.   And FIFRA?

 2              MR. SHAPIRO:  That was FIFRA.

 3              BY MS. RUSSELL:

 4         Q.   Oh, I'm sorry.  TSCA?

 5         A.   Toxic Substances -- Toxic Substances Control

 6  Act.

 7         Q.   And EPCRA?

 8         A.   Emergency Planning and Community Right-to-Know

 9  Act.

10         Q.   And did you work on all three acts when you

11  were in -- when you started out in the Western Branch in

12  1994?

13         A.   When I started out, no.

14         Q.   Okay.  What did you work on when you started

15  out?

16         A.   TSCA and FIFRA.

17         Q.   And were there certain aspects of both statutes

18  that you worked on?

19         A.   I'm not sure of your question.

20         Q.   Were there -- what specific areas of TSCA did

21  you work on?  Was there a specific focus?

22         A.   There was, TSCA imports and exports under

23  12(b), adverse effects under 8(e).  I'm sure I had -- I

24  was trying to remember whether my TSCA Section 5 and 13

25  was under OCM or under the new reorganization, but yes,

    there were specific sections.
```

1    Q.    Now what about FIFRA?

2    A.    FIFRA, 6(a)(2).

3    Q.    At?

4    A.    That's adverse effects reports, certainly

5    exposure to FIFRA Section 3, Section 7.

6    Q.    Section 3, Section 7.  What is Section 3?

7    A.    Registration.  Section 7 had to do with

8    production.

9    Q.    Production of what?

10    A.    Pesticide production by companies.

11    Q.    Okay.

12    A.    As well as other sections as things came up or

13    something that crossed -- a regional question.  All sorts

14    of things might come up.

15    Q.    Okay.  Now were you still doing case management

16    -- after starting work in the Toxics and Pesticides

17    Enforcement Division, were you still doing case

18    management?

19    A.    Case development.

20    Q.    Case development.

21    A.    Um-hum.

22    Q.    Okay.  Did your -- ever change at all as far as

23    the case management was concerned?

24    A.    I think I'll ask you to rephrase the question.

25    Q.    Sure.  Did your duties with regard to case

management change in any way from the time you worked in

1  the Office of Compliance Monitoring until after the

2  reorganization?  Did the case management functions

3  chance?

4          MR. SHAPIRO:  You're not talking about the law?

5  She just --

6          MS. RUSSELL:  No, no.  I'm talking about her

7  duties.

8          MR. SHAPIRO:  Can she describe what they do?

9          BY MS. RUSSELL:

10     Q.   Right, your duties?

11     A.   I'm sure due to changes in policies and

12  procedures they would have changed.

13     Q.   Well, let me ask you this.  How would you

14  describe your duties -- working in the Toxics and

15  Pesticides Enforcement Division, how would you describe

16  your duties?

17     A.   It would be -- there was case development.

18     Q.   Okay.

19     A.   There was team participation.

20     Q.   And what was that?

21     A.   Where the office broke up into the employees --

22  the branches broke up into teams based on either subject

23  matter or -- I think initially there were something like

24  three and -- three or four grand teams.  All I can speak

25  to is myself as a member of the -- either a team member

   or a team leader at some point.

45

1     Q.   And can you describe the -- you say team

2  participation.  What were the subject matters?

3     A.   They usually followed the regulatory sections

4  such as TSCA, which included asbestos.  TSCA would have

5  included PCBs.  TSCA would have included imports and

6  exports.  FIFRA could have included like production and

7  registration and adverse effects, as could have TSCA, and

8  then EPCRA.

9     Q.   Okay.  What was your role when participating on

10  a team?

11     A.   As a team participant, it was either doing

12  particular -- I would guess we would attend meetings and

13  try and set goals for the teams, and -- for what we hoped

14  to accomplish and how it would be accomplished.

15     Q.   Okay.  Did you ever serve as a team leader?

16     A.   I did.

17     Q.   Okay.  And during what period, and again I'm

18  talking about after you started working in the Toxics and

19  Pesticides Enforcement Division?

20     A.   After the reorganization?

21     Q.   Right.

22     A.   I did serve on a -- serve as a team leader on

23  the Adverse Effects Team.

24     Q.   And would was the purpose of that team?

25     A.   Again, to develop -- to establish goals for --

to address adverse effects violations.

1    Q.    By who?

2    A.    By companies, if that's what you meant?

3    Q.    Yes.    What is meant by an adverse effect?

4    A.    This would be an injury to human health or the

5    environment caused by a chemical or pesticide.

6    Q.    And what was your function as the team leader?

7    A.    To meet with the group and establishing goals

8    for the team, and then reporting to management on a

9    regular basis what the team was doing.

10    Q.    What was the time frame when you served as a

11    team leader for the Adverse Effects Team?

12    A.    I can't recall specific dates except that it

13    was early on in the reorganization --

14    Q.    Okay.

15    A.    -- in the first two or three years.

16    Q.    Okay.    And how long was the Adverse Effects

17    Team in existence?

18    A.    I would say over a year.

19    Q.    And who assigned you as the team leader?

20    A.    I was nominated by my peers.

21    Q.    Okay.    All right.    And who was on the Adverse

22    Effects Team?

23    A.    I don't remember the names.    Jim Chen, I think

24    was his name.    Someone named Barbara who's gone.    I

25    believe Tony Ellis was on the team with me.

Q.    Okay.

1      A.    Possibly Brian Dyer.  I can't recall.  I

2   really can't recall who specifically was on the team.

3      Q.    Okay.  Do you recall what Mr. Chen's grade

4   level was?

5      A.    I don't know what his grade level was.

6      Q.    Can you tell me what were some of the

7   accomplishments of the Adverse Effects Team in your

8   assessment?

9      A.    I know we were looking at ways to -- different

10   ways of tackling the reporting requirements under the --

11   and possibly following up with some regional information.

12   It was a new program.  We were trying to make assessments

13   on how to approach --

14      Q.    What do you consider the accomplishments of the

15   team?

16      A.    I know that we put a paper together -- I put a

17   paper together or some notes to Mr. Stubbs and our --

18   probably our biggest accomplishment was working with the

19   Office of Pesticide Program on this effort, as well as --

20      Q.    Which effort?

21      A.    On the adverse effects reporting requirements,

22   as well as eventually issuing cases under this.

23      Q.    Do you recall how many cases?

24      A.    I don't recall.

25      Q.    And you say the Adverse Effects Team was in

    existence for about a year, is that accurate?

48

1    A.    I know I was -- I would say it was a year, and

2  then there was a shift in the organization again and --

3    Q.    Okay.

4    A.    -- evolving in different ways, different

5  approaches, to these activities.

6    Q.    Okay.  Prior to that next reorganization,

7  during the period that you served as the -- I guess the

8  team leader of the Adverse Effects Team, do you recall

9  asking Mr. Stubbs about the possibility of a promotion?

10    A.    It's possible, but I can't recall specifically.

11    Q.    Okay.  Now you mentioned that there was

12  subsequent reorganization.  Can you describe the results

13  of that?

14    A.    When I say reorganization, it was informal.

15    Q.    Okay.

16    A.    I mean informal within the Division.

17    Q.    Okay.

18    A.    The managers would decide that they were going

19  to break the employees up into different ways.

20    Q.    Okay.  And how -- what were those ways?

21    A.    Eventually we got to the one on one team

22  dynamic of an attorney and a case officer working

23  together as a team rather than large groups.

24    Q.    Okay.  All right then.  So after that came

25  about where you had the attorney and the staff employee

   working as a team, did Mr. Stubbs continue to be your

1   supervisor?

2        A.   Yes, he did.

3        Q.   Okay.  And when did that take effect when they

4   started the team -- the attorney/staff team concept?

5        A.   I can't give you a date.  I don't recall.

6        Q.   What about a year?

7        A.   I can't say specifically what year, whether it

8   was months or years after all this --

9        Q.   Okay.

10       A.   -- after the major reorganization.

11       Q.   In '94.  So you can't say whether it was a year

12   or two years after that?

13       A.   You know, I could guess at two years, roughly

14   two years, two or three years.  I can't say for certain.

15       Q.   Okay.  And after the reorganization how long

16   did you work for Mr. Stubbs, the reorganization in 1994,

17   how long did you work for Mr. Stubbs?

18       A.   I think until about the year 2000.

19       Q.   Okay.  And were you also assigned to the

20   Western Branch working for Mr. Stubbs?

21       A.   Working for Mr. Stubbs was the Western Branch.

22       Q.   Okay.  Did you -- during the entire period that

23   you worked for Mr. Stubbs, did you ever inquire as to the

24   possibility of getting a promotion?

25       A.   I would have to say I'm certain I did talk to

     him about promotion opportunities.

1    Q.    Okay.  Do you recall any of his responses when

2  you raised the issue?

3    A.    I know that there was a closed session.  It was

4  like the door closed.  There were no -- either no

5  promotion positions or it was always a funding issue.

6    Q.    Okay.  And so this is -- we're talking about

7  the period '94 to --

8    A.    Within 2000.

9    Q.    Okay.

10    REPORTER:  Sorry.  Could you repeat that?  I

11  didn't hear your answer?

12    WITNESS:  I'm sorry.  The year 2000.

13    BY MS. RUSSELL:

14    Q.    Okay.  And was there a reorganization in 2000?

15    A.    I don't know that it was formal.  It might have

16  been informal.

17    Q.    Okay.  So did you continue to work in the

18  Western Branch in 2000 or did you change branches in '98?

19    A.    I believe that was the year I changed branches.

20    Q.    Okay.  And you started working in the Eastern

21  Branch?

22    A.    Yes.

23    Q.    Okay.  And a Mr. Carroll Eichenwald (phonetic

24  sp.) was your supervisor?

25    A.    Carl.

    Q.    I'm sorry, Carl.

1      A.   Yes.

2      Q.   Did your duties change when you were reassigned

3  to the Eastern Branch?

4      A.   They changed as far as the statute to which I

5  was applying my activities changed hands.

6      Q.   Okay.

7      A.   And, let's see, I guess they changed on paper.

8      Q.   When you say your activities changed hands,

9  what do you mean by that?

10     A.   I was working on -- I had begun work under the

11 Emergency Planning and Community Right-to-Know Act while

12 working under Mr. Stubbs, but the work under that statute

13 was or had been assigned to the Eastern Branch, and I

14 believe that's when the managers decided to align

15 statutes with -- specific statutes with the branches.

16     Q.   Do you know how long Mr. Eichenwald had been

17 with the EPA prior to you starting to work for him?

18     A.   I do not know.

19     Q.   Okay.  Do you know what his grade level was

20 that you started to work for him?

21     A.   I do not know specifically.  I can speculate

22 that he was -- because he was an attorney and had been

23 assigned as a manager that he was a 15.

24     Q.   Now Mr. Stubbs, was he an attorney

25     A.   No.

       Q.   Do you know what his title was?

1          A.    His title was Branch Chief.

2          Q.    Okay.  Mr. Eichenwald, was that his title, as

3    well?

4          A.    Yes.

5          Q.    And who was in the Eastern Branch when you

6    started, do you recall?

7          A.    I can provide some names.  I don't know

8    everyone that was in there --

9          Q.    Okay.

10         A.    -- at this time.  That was seven years ago.

11         Q.    Okay.  What are the names that you recollect?

12         A.    Thomas Marvin was an attorney.

13         Q.    Do you know what his grade level was?

14         A.    I don't know specifically.  I believe he was a

15   13.

16         Q.    Okay.  Who else?

17         A.    Dean Ziegel (phonetic sp.).

18         Q.    And grade level?

19         A.    He was an attorney and my guess would have been

20   a 13.

21         Q.    Who else?

22         A.    James Handley (phonetic sp.) was an attorney.

23   I don't know whether he was a 13 or a 14.

24         Q.    And who else?

25         A.    Brian Dyer, Mary McDonald.  I believe there was

     another attorney who left, Claude Walker.

1      Q.   Okay.

2      A.   I think Shana Greenburg, although I'm not a

3  hundred percent certain.   I believe she was part of the

4  Eastern Branch, as well.

5      Q.   Okay.

6      A.   And some of these people may have shifted

7  either at 2000 or shortly thereafter as part of this

8  realignment.

9      Q.   Okay.  Do you recall what grade level Brian

10  Dyer was in 2000 when you started in the Eastern Branch?

11      A.   I don't know for sure what his grade level was.

12      Q.   Okay.  Do you know how long he had been working

13  for the EPA?

14      A.   Yes.  He came into EPA sometime in the '90s.   I

15  can't give you specific years, but he entered in the

16  '90s.

17      Q.   Do you know how long he had been working for

18  Mr. Eichenwald beginning in 2000?

19      A.   No.

20      Q.   Okay.  Now when you started working for Mr.

21  Eichenwald in 2000, had you worked for him before?   Had

22  you worked under his supervision before?

23      A.   No.

24      Q.   Had you worked on any projects with Mr.

25  Eichenwald before 2000?

       A.   No.

1             MR. SHAPIRO:  Counselor, when you find a

2  convenient point to stop, let me know.  If it's not, keep

3  going by all means, but --

4             MS. RUSSELL:  Yeah, this is a convenient point.

5  Do you want to take a break?

6             MR. SHAPIRO:  Yes.

7             MS. RUSSELL:  All right.  That's fine.

8             MR. SHAPIRO:  Take 15?

9             MS. RUSSELL:  Yeah, that's good.

10                    (OFF THE RECORD)

11                    (ON THE RECORD)

12             BY MS. RUSSELL:

13     Q.  I was asking about Mr. Dyer, and at the time

14  that you started working in the Eastern Branch, Mr. Dyer

15  was also in that branch, is that correct?

16     A.  Yes.

17     Q.  And you may have answered this already, but do

18  you know how long he had been working for Mr. Eichenwald

19  prior to the time that you started working there?

20     A.  I do not.

21     Q.  Okay.  What can you tell me about Mr. -- what,

22  if anything, can you tell me about Mr. Dyer's educational

23  background?

24     A.  I'm not certain.  I can't recall what his

25  educational background entailed.  He may have had his

    masters.

1      Q.   And are you familiar with the type of work he

2   did prior to 2000, that is prior to the time that you

3   both started working for Mr. Eichenwald?  Do you know

4   what type of assignments he had prior to 2000?

5      A.   I do not.

6      Q.   Do you know if he started working for Mr.

7   Eichenwald when he started with the EPA?

8      A.   I'm sorry.  Can you repeat the question?

9      Q.   Sure, sure.  Do you know whether Mr. Eichenwald

10   was Mr. Dyer's first supervisor when Mr. Dyer started

11   working for the EPA?

12      A.   No, he was not.

13      Q.   Okay.  Do you know when Mr. Dyer started to

14   work for Mr. Eichenwald?

15      A.   I don't know specifically.

16      Q.   Do you know the name of the first supervisor he

17   had, Mr. Dyer?

18      A.   I would say Gerald Stubbs.

19      Q.   Okay.  So did you and Mr. Dyer work for Mr.

20   Stubbs at the same time at some point?

21      A.   Yes.

22      Q.   Okay.  And for what period?

23      A.   It was during the time that the office we were

24   together in was the Office of Compliance Monitoring.

25      Q.   Okay.  And so what -- can you give me an

    approximate in terms of years?

1        A.    It would have been in the early 1990s.

2        Q.    Okay.  And do you know what grade Mr. Dyer

3   started at when he was working for Mr. Stubbs?

4        A.    I can't recall for certain.  I believe it may

5   have been around a GS-7.

6        Q.    And do you know what position he held?

7        A.    If my memory is correct, I believe an EPS,

8   Environmental Protection Specialist.

9        Q.    And while working for Mr. Stubbs are you

10  familiar with the type of work he did, what type of

11  assignments he completed?

12       A.    Yes, I do have some knowledge.

13       Q.    Of the type of work he did?

14       A.    He would have worked on the same team I was on

15  handling TSCA case development.  I don't recall if he

16  worked on any FIFRA at that time.  I recall his

17  background was in asbestos, and so that would have been

18  under TSCA, and I believe it was the same -- it was TSCA

19  related cases, case work.

20       Q.    Anything else?

21       A.    That's all I recall at this time.

22       Q.    Do you know whether Mr. Stubbs served as the

23  rating or evaluating official for Mr. Dyer?

24       A.    He would have served as the rating or

25  evaluating official for Mr. Dyer.

         Q.    Do you know what types of ratings Mr. Dyer

1   received from Mr. Stubbs?

2       A.   I do not.

3       Q.   Do you know or have any indication as to how

4   Mr. Stubbs viewed Mr. Dyer as a employee?

5       A.   This is -- I would have to say from my

6   recollection that he regarded Mr. Dyer very favorably,

7   held him in high regard.

8            (Cell phone rings)

9            MR. SHAPIRO:  Sorry.  Go off the record for a

10  moment.

11                    (OFF THE RECORD)

12                    (ON THE RECORD)

13           BY MS. RUSSELL:

14      Q.   Now do you recall -- when he started working

15  for Mr. Eichenwald in 2000, do you recall what Mr. Dyer's

16  grade level was?

17      A.   I did not know what Mr. Dyer's grade level was.

18      Q.   Do you know whether Mr. Eichenwald had served

19  as Mr. Dyer's rating official prior to 2000?

20      A.   To my knowledge, unless he was working for Mr.

21  Eichenwald, Mr. Eichenwald would not have provided a

22  rating.

23      Q.   Before 2000?

24      A.   I guess the answer is I can't -- I don't know.

25  I don't know.

         Q.   Did you and Mr. Dyer start working for Mr.

1  Eichenwald about the same time?

2      A.   I don't know when Mr. Dyer began working for

3  Mr. Eichenwald.

4      Q.   Do you recall whether he was working for Mr.

5  Eichenwald when you started working for Mr. Eichenwald?

6      A.   It's possible, but I don't know for sure when

7  Mr. Dyer began work for Mr. Eichenwald.

8      Q.   Do you know how Mr. Dyer came to be employed

9  with the Environmental Protection Agency?

10      A.   Yes.

11      Q.   And can you tell me about that?

12      A.   He came into EPA and interviewed with our

13  office and was selected for government employment.

14      Q.   Okay.  Do you know who interviewed him?

15      A.   Yes.

16      Q.   Who was that?

17      A.   I provided a preliminary interview with Mr.

18  Dyer and it was followed by an additional interview by

19  Mr. Stubbs.

20      Q.   Okay.  Who made the ultimate selection to hire

21  Mr. Dyer?

22      A.   It would have been Mr. Stubbs.

23      Q.   And you said you did a preliminary interview.

24  What do you mean by that?

25      A.   I was helping Mr. Stubbs in the recruitment of

    new employees in the office --

1    Q.   Okay.

2    A.   -- and had gone through some job fair activity.

3 There were, you know, discussions with potential

4 employees, people -- prospective, I guess is what I

5 wanted to say, prospective employees.

6    Q.   Okay.  So tell me about the interview that you

7 had with Mr. Dyer.  Do you recall?

8    A.   It was so long ago I don't recall.  I don't

9 recall what was said.

10    Q.   Did you work on any projects with Mr. Dyer?

11    A.   Yes.

12    Q.   And what projects were those?

13    A.   There was a development of what we called

14 enforcement case review process, development of standard

15 operating procedures, which was an activity involving

16 regional representatives, Agency representatives, in the

17 Office of Pesticides, and that was a work group effort.

18    Q.   Okay.  And do you recall what his specific role

19 was?

20    A.   His role was a work group member.

21    Q.   And what did he do as a work group member?

22    A.   I can't remember specific tasks as to what each

23 person was assigned to do.

24    Q.   Okay.  And was it during the period that you

25 were both working for Mr. Stubbs?

     A.   Yes.

1     Q.   And when you served as a team leader, was Mr.

2  Dyer on that particular team, the Adverse Effects Team?

3     A.   On the Adverse Effects Team, I believe Brian

4  was a member, but I can't say for sure.

5     Q.   Okay.  Did you serve as -- did you evaluate or

6  serve as the rater for members of the Adverse Effects

7  Team?

8     A.   No.

9     Q.   And was that Mr. Stubbs?

10     A.   Yes, or -- let me just clarify that the Adverse

11  Effects Team may have been made up from members of both

12  Eastern and Western --

13     Q.   Okay.

14     A.   -- personnel, so their respective Branch Chiefs

15  would have been their raters.

16     Q.   Okay.  Did you ever serve in a supervisory

17  capacity after -- well, after 1994?

18     A.   No.

19     Q.   At some point did you ever -- after 2000 when

20  you started to work for Mr. Eichenwald, did you ever

21  approach him about possibly getting a promotion?

22     A.   Yes.

23     Q.   Do you know what time frame that was?

24     A.   I would say probably within the first year that

25  I began working for Mr. Eichenwald.

     Q.   And was he familiar with your work -- had he

1    reviewed your work prior to 2000 when you started

2    working -- prior to 2000 had he reviewed your work?

3        A.    No.

4        Q.    And so when you approached him after you

5    started, I guess -- you said a year?

6        A.    I guess.

7        Q.    Okay.

8        A.    Yes, I did speak with him about it.

9        Q.    Okay.  And tell me about that conversation.

10       A.    I told him of my interest in being promoted to

11   the Grade 14 and I wondered -- I would guess I wondered

12   if there was any possibility of openings coming up in the

13   next -- you know, in the near future.

14       Q.    Okay.  When you approached him, were there any

15   Grade 14s in the Eastern Branch at that time?

16       A.    Probably.

17       Q.    And who were those individuals besides for the

18   attorneys?

19       A.    I don't know the specific grade levels of all

20   the employees.

21       Q.    Okay.  Well, between the time that you started

22   in the Eastern Branch and the time you had the

23   conversation with Mr. Eichenwald, do you recall whether

24   anyone had been promoted to the 14 level in the Eastern

25   Branch?

        A.    I'm not aware.  I don't know of any.

1    Q.    So, I'm sorry, when you spoke to Mr.

2 Eichenwald about being promoted, what was his response?

3    A.    It was a conversation.  It was cryptic but

4 interactive, and he -- I can't recall his exact words.  I

5 don't believe he was aware of any openings coming up.

6 And I believe that he made some remarks about he didn't

7 need -- he didn't -- when I wanted an opportunity and I

8 expressed an opportunity to provide my qualifications for

9 any promotion, he made a comment about he didn't need a

10 beauty pageant type scenario to determine people's

11 qualifications.

12    Q.    And did he explain what he meant by that?

13    A.    He did not.

14    Q.    Did you ask?

15    A.    I did not.

16    Q.    Did you have any subsequent conversations with

17 Mr. Eichenwald about the possibility of being promoted to

18 a GS-14?

19    A.    I did.

20    Q.    Okay.  And when was that?

21    A.    I believe it was in 2003.

22    Q.    All right.  And tell me about that

23 conversation.

24    A.    There hadn't been any word on any openings.  I

25 was wondering if there was any potential for any openings

coming our way.  There were rumors of buyouts coming into

1    the Agency, which sometimes opened up positions.  And he

2    said he was not aware or hadn't heard.  He said something

3    about if there is a buyout or with a buyout, I can't

4    recall his precise words, there's always an opportunity

5    that something might come our way.

6        Q.    Okay.  Now between 2001 when you had the

7    initial conversation and 2003, the more recent

8    conversation, was anyone promoted to a GS-14 by Mr.

9    Eichenwald in the Eastern Branch?

10        A.    To my knowledge, I don't think so.

11            MR. SHAPIRO:  When you say anyone, you mean a

12    lawyer?

13            MS. RUSSELL:  I meant a non-lawyer.  Let me

14    just clarify.

15            MR. SHAPIRO:  Scientists?  Does it include

16    scientists?

17            MS. RUSSELL:  Including -- yes.

18            BY MS. RUSSELL:

19        Q.    You know, besides for the attorneys were there

20    any employees promoted to the GS-14 before 2001 and 2003

21    working for Mr. Eichenwald in the Eastern Branch?

22        A.    To my knowledge, no.

23        Q.    Do you know whether anyone was actually hired

24    into a GS-14 position during that period, 2001 to 2003?

25        A.    Not that I'm aware of, no.

            Q.    Now between 2001 and 2003 what type of

1    assignments -- do you recall what type of assignments

2    you were working on?

3        A.    I was working predominantly under the EPCR

4    Program, EPCR 313, handling case review, case

5    development.  It was predominantly program area.  There

6    may have been specific -- oh -- no, I can't remember.  I

7    can't remember if asbestos was before that or after or

8    continued.  It was -- I did continue in the capacity of

9    the -- as a contact for the Asbestos Program even under

10   Mr. Eichenwald.

11       Q.    Okay.  When you say contact for the Asbestos

12   Program, what do you mean by that?

13       A.    I had served as the case development officer

14   for the Asbestos or the AHER (phonetic sp.) Program.

15       Q.    And what is AHER?

16       A.    It's an acronym.  It's Asbestos Hazardous --

17   It's not emergency response.  I can't remember what the

18   acronym is.

19            MR. SHAPIRO:  Emergency Remediation maybe?

20            WITNESS:  Something to that effect.  I'm sorry,

21   I can't recall.  But it had to do with the Asbestos

22   Program.  I had served as the case development officer on

23   a team with an attorney for some time, I think since the

24   reorganization in '94, and the attorney left.  The

25   attorney who had worked in the Eastern Branch left and I

     was the only remaining asbestos contact in the office.

65

1       BY MS. RUSSELL:

2       Q.    Now you said you were working on EPCR 3.

3       A.    EPCR 313.

4       Q.    313, and for the asbestos contact.  When you

5  say you were working in EPCR 313, is that case

6  development?

7       A.    As a case development officer, yes.

8       Q.    Now were you doing case development on

9  asbestos, as well?

10      A.    I had been.  We just weren't doing any cases at

11 that time, but it was mostly program management activity

12 at that point.  It wasn't actually -- I would have been a

13 case officer if we had cases in front of us.

14      Q.    Okay.  Now do you know what Mr. Dyer was

15 working on between 2000 and 2003?

16      A.    I was not familiar with Mr. Dyer's

17 responsibilities or activities.

18      Q.    Are you familiar with the type of ratings he

19 received during that period, 2000 to 2003?

20      A.    No.

21      Q.    Do you know whether Mr. Dyer has a scientific

22 background?

23      A.    I believe he does.  I can't give you specifics

24 of the --

25      Q.    So after the conversation with Mr. Eichenwald

   in 2003 with regard to the possibility of a promotion,

1  did you have any other conversations with him about the

2  possibility of a promotion to a GS-14?

3      A.    There was just the one conversation I had with

4  Mr. Eichenwald.

5      Q.    Was anyone in the Eastern Branch subsequently

6  promoted to a GS-14 after 2003?

7      A.    Yes.

8      Q.    And who was that or who were those individuals?

9      A.    Brian Dyer.

10     Q.    Anyone else?

11     A.    Not within the Eastern Branch that I'm aware

12  of.

13     Q.    Okay.   What about in the Western Branch?

14     A.    Yes.

15     Q.    And who was that?

16     A.    Tony Ellis.

17     Q.    Do you have any information on how those --

18  when those promotions came about?

19     A.    I don't know specifically.   I would guess

20  somewhere between December 2003 and February 2004 when I

21  was informed that they had occurred.

22     Q.    Do you have any information as to how those

23  promotions came about?

24     A.    I don't know how they were selected other than

25  what I may have read in documents pertaining to this

    case.

67

1    Q. Do you have any personal knowledge as to how

2 they came about besides for what you've read in the case?

3    A. No.

4    Q. Do you know the reasons for -- do you know

5 whether -- do you know the bases or the basis for

6 promoting Mr. Dyer?

7     MR. SHAPIRO: You mean the stated basis, what

8 they told her or -- what management told her or what she

9 believes?

10     MS. RUSSELL: The stated bases.

11     BY MS. RUSSELL:

12    Q. Do you know the stated bases? Well, let me ask

13 you this. Did you ever speak to Mr. Eichenwald about the

14 promotion after learning of Mr. Dyer's promotion?

15    A. After learning that?

16    Q. Um-hum.

17    A. We really did not have a conversation after

18 that.

19    Q. Did you ever ask Mr. Eichenwald why Mr. Dyer

20 was promoted?

21    A. No.

22    Q. Did you ever talk to anyone as to reasons --

23 when I say anyone, I mean Mr. Eichenwald or anyone in the

24 Eastern Branch about possible reasons why Mr. Dyer was

25 promoted?

    A. No.

```
 1        Q.    What about Ms. Ellis, did you -- do you have

 2   any personal knowledge as to the reasons why he was

 3   promoted?

 4             MR. SHAPIRO:  Again you're talking about that

 5   which -- you're talking about what they said or --

 6             MS. RUSSELL:  What she --

 7             BY MS. RUSSELL:

 8        Q.    Did anyone ever tell you --

 9        A.    No.

10        Q.    -- why Mr. Ellis was promoted?

11        A.    No.

12        Q.    Did Mr. Stubbs ever tell you, for example, why

13   --

14        A.    No.

15        Q.    Did you ever speak to -- well, let me ask you

16   this.  Do you know an individual named Ann Pontius

17   (phonetic sp.)?

18        A.    Yes.

19        Q.    And do you know what her function was in

20   2003/2004?

21        A.    Yes.  She was our Director.

22        Q.    And was she the direct supervisor of Mr. Stubbs

23   and Mr. Eichenwald?

24        A.    Yes.

25        Q.    Do you have any personal knowledge as to her

     involvement in the promotion of Mr. Dyer and Mr. Ellis?
```

1     A.   Only again from what I've read, that as their

2  supervisor I believe she was the -- she would have

3  probably signed the papers for the promotions of these

4  two gentlemen.

5     Q.   Okay.  Do you know -- now Mr. Ellis, he worked

6  for Mr. Stubbs during this period, correct?

7     A.   That is correct.

8     Q.   Do you know how Mr. Stubbs rated or evaluated

9  Mr. Ellis's work between say 2000 and 2003?

10    A.   No.

11    Q.   Well, after Mr. Dyer and Mr. Ellis were

12  promoted, did you speak to Mr. Eichenwald about any

13  further possibilities of promotion?

14    A.   Not about further possibilities, no.

15    Q.   Okay.  What about Ms. Pontius, did you speak to

16  her?

17    A.   After I learned, no.

18    Q.   Did you speak to Mr. Eichenwald at all about --

19  did you express any concerns to Mr. Eichenwald about the

20  fact that you were not promoted?  I'm talking about

21  during the 2000 -- once you learned of Mr. Dyer's

22  promotion.

23    Q.   Concern is a vague term to me.

24    A.   Did you speak to Mr. Eichenwald about the fact

25  that you were not promoted?

       A.   Yes.

1     Q.   Okay.  And when was that?

2     A.   Well, during my performance appraisal and when

3 Mr. Eichenwald told me I was not being promoted.

4     Q.   Okay.  Now were those two different points?

5     A.   No.

6     Q.   Okay.  Okay.  So when did -- when were you

7 evaluated?

8     A.   February 2004.

9     Q.   And how did the issue of you not being

10 promoted, how did that come up, do you recall?

11     A.   Yes.  I went to Mr. Eichenwald's office for my

12 performance -- my annual performance appraisal, and

13 during the conversation he said I have news that you're

14 not going to like, and I said what is that and he said

15 two promotion positions came into the office and you're

16 not getting either one of them.

17     Q.   Okay.  Now had you heard through the grapevine

18 or otherwise about the promotions prior to the

19 performance evaluation?

20     A.   I had heard through the grapevine about the

21 possibility of one promotion --

22     Q.   With the a name --

23     A.   -- within days --

24     Q.   Okay.

25     A.   -- within days before that happened.

     Q.   Okay.  Was there a name attached?

1      A.   Yes.

2      Q.   Okay.  What was the name?

3      A.   Brian Dyer.

4      Q.   Okay.  So through the grapevine you had not

5  heard about Mr. Ellis's promotion?

6      A.   No.

7      Q.   And what was your response when Mr. Eichenwald

8  said that you were not going to get a promotion?

9      A.   I asked him why not.

10     Q.   And what was his response?

11     A.   He related that I had -- let's see, there were

12  two points he made.  He related he didn't like a work

13  product I had put together and that I "checked in too

14  much."

15     Q.   And did you ask him what he meant by -- well,

16  going back to he did not like a work product, what work

17  product was that, do you recall?

18     A.   This was an end of year accomplishments type

19  report of gathering statistics and narrative on a program

20  area, and on our program area storage we were assigned

21  and possibly some other program areas.  It was an

22  information gathering activity.

23     Q.   Okay.  And when did you provide that particular

24  work product to Mr. Eichenwald, do you recall what time

25  frame?

       A.   In September of -- in the early fall of that

 1  year.  I think it was September.

 2       Q.   Was it 2003?

 3       A.   2003.

 4       Q.   Okay.  Was that the first time you had done

 5  such a project for him?

 6       A.   That was the first time I'd done such a project

 7  for him, and -- yeah.

 8       Q.   Okay.  Do you recall his specific concerns

 9  about the work product?

10       A.   He did not relate specific concerns to me about

11  the product.

12       Q.   Okay.  Do you recall asking him what the

13  specific concerns were?

14       A.   No.

15       Q.   Now getting back to the second point, that you

16  checked in too much, did you ask what he meant by that or

17  did he explain what he meant by that?

18       A.   No, he did not explain.

19       Q.   Did you ask?

20       A.   Not at that time.

21       Q.   Did you ask subsequently?

22       A.   No.

23       Q.   Did you have any subsequent conversations after

24  the February 2004 appraisal with Mr. Eichenwald about the

25  reasons why you were not promoted?

         A.   No, we did not have a subsequent conversation

1   about reasons as to why I was not promoted.

2        Q.   Now you mentioned that you served as the

3   preliminary interviewer for Mr. Dyer.  Did you have any

4   role at all in Mr. Ellis's promotion -- I mean hiring

5   with the EPA?

6        A.   No.

7        Q.   Do you know when he started with the EPA?

8        A.   No, I do not.

9        Q.   Do you know anything about his educational

10  background?

11       A.   No.

12       Q.   Did you work with Mr. Ellis?

13       A.   I did.

14       Q.   You did.  On what type of projects?

15       A.   Is there a particular time frame?

16       Q.   Yeah.  I guess that would be helpful, wouldn't

17  it?  I guess after the reorganization in '94 did you have

18  the opportunity to work with Mr. Ellis?

19       A.   Yes, I did.

20       Q.   Okay.  And do you know when he started with the

21  EPA?

22       A.   I do not know.

23       Q.   And what types of projects did you work on?

24       A.   We worked on major case initiatives under TSCA

25  pertaining to TSCA 12(b) and TSCA (8)(e).

         Q.   And what did Mr. Ellis do during this time?

1    A.   Let's see, was I reporting to Carl at that

2  time?  I know that he did some of the cases, and in some

3  situations there were others who did some of the cases

4  like -- not just me, but other people in the division, so

5  we all did some case information.  And I know that he

6  worked with an attorney in each situation, and I know

7  that he talked to Jerry Stubbs about the activities.

8    Q.   Did Mr. Ellis ever work for Mr. Eichenwald at

9  any point?

10    A.   I would say no.

11    Q.   I may have asked you this and I apologize if I

12  have, but do you have any personal knowledge as to any of

13  the ratings that Mr. Ellis received during his --

14    A.   I do not.  I don't.

15    Q.   And so what period did you work for Mr.

16  Eichenwald?  I know you started in 2000.

17    A.   I would have worked for Mr. Eichenwald from

18  2000 to the time I entered my present position in the

19  National Program Chemicals Division, when I left --

20  either on a detail or --

21    Q.   Now with EPA do you typically receive an annual

22  performance appraisal?

23    A.   Yes.

24    Q.   Have you ever appealed a performance appraisal?

25    A.   No.

    Q.   Have you ever challenged a performance

1  appraisal, informally even to your supervisor?

2     A.   No.  I would say no, not even informally.

3     Q.   Have you ever expressed concern about your

4  performance appraisal to a supervisor?

5     A.   No.  I never felt I had a concern.

6     Q.   Okay.  How would you describe Mr. Eichenwald's

7  management style?

8         MR. SHAPIRO:  We'll object as vague.

9         MS. RUSSELL:  Okay.

10        BY MS. RUSSELL:

11    Q.   How did you personally view Mr. Eichenwald as a

12 manager, favorably, unfavorably, something else?

13    A.   Something else.  You know, again, that's

14 difficult.  It's, I think, highly subjective, difficult

15 to answer.  I did not -- I guess I tried to keep my own

16 -- about my work and what I was doing and didn't rely on

17 his -- I just did the best I knew how.  That's all I can

18 say is I did the best I knew how.

19    Q.   Did you have any concerns about how Mr.

20 Eichenwald treated you?

21    A.   I did.

22    Q.   Tell me about that or those.

23    A.   I did have concerns that I tried hard not to

24 try and put major negative impacts on because I had to go

25 to work every day and sit in the office, and I wanted it

   to be a positive experience.

1    Q.    Yeah, but did Mr. Eichenwald ever treat you in

2    a manner that you viewed negatively, any circumstances

3    that you can recall?

4    A.    Yes.

5    Q.    Okay.  Tell me about those.

6    A.    On more than one occasion he made a comment

7    that my training and work ethic or whatever was from a

8    different era.

9    Q.    Did he say that to you?

10    A.    Yes, he did.

11    Q.    And do you recall when he made those comments

12    or made that comment?

13    A.    I don't remember specific dates, if that's what

14    you're looking for, somewhere in that time frame.

15    Q.    Do you recall the context of the conversation

16    when he said that?

17    A.    It had to do with if I went down to his office

18    -- when going down to his office and telling him about a

19    specific work activity, program activity, and he said

20    that -- and that was when he had said to me that you and

21    someone else in the branch check in a lot.

22    Q.    Okay.

23    MS. RUSSELL:  Did you want anything David?

24    MR. SHAPIRO:  What?

25    MS. RUSSELL:  Did you want anything?

MR. SHAPIRO:  I have no idea.

1              BY MS. RUSSELL:

2      Q.    Did you ask him what he meant by the different

3   era remark?

4      A.    I didn't.

5      Q.    And do you know what other employee he was

6   referring to when he said you and another employee?

7      A.    Yes.

8      Q.    And who was that?

9      A.    Because he specifically mentioned the name --

10      Q.    Who?

11      A.    -- and that was Mary McDonald.

12      Q.    Okay.  Did he ever explain what he meant by

13   that?

14      A.    I didn't ask him for an explanation.

15      Q.    Did he volunteer one?

16      A.    No.

17      Q.    Any other circumstances where you believe Mr.

18   Eichenwald did not treat you or you had concerns about

19   Mr. Eichenwald's treatment of you?

20      A.    There were, you know, situations where I didn't

21   feel he was very respectful in that he would set up

22   meetings and then I would go to his office and he wasn't

23   there.

24      Q.    Do you know if that happened to others?

25      A.    I think it's possible.  It's highly possible.

       Q.    And then what about any other circumstance?

1    A.    There was a situation where he -- when working

2    on a project that had to do with environmental justice

3    concerns and the demographics surrounding environmental

4    justice activities, one of them being age, there was a

5    comment said at that time in a group setting, but he just

6    whispered it to me, about and you're the youngest person

7    in the room, ha, ha, ha, ha.

8    Q.    And what did -- did you ask him what he meant?

9    A.    I did not specifically, but it was clear that

10   at that time I was the oldest -- from looking around the

11   room, I was the oldest in there.

12   Q.    And did he explain why he said that?

13   A.    No.

14   Q.    And you didn't ask?

15   A.    No.    We were in the middle of a meeting.    I

16   just went on.

17   Q.    Okay.    Did you follow up with him after the

18   meeting?

19   A.    No, I did not.

20   Q.    Did he follow up with you after the meeting --

21   A.    No.

22   Q.    -- as to what he meant?    Any other

23   circumstances where you believe that he treated you

24   negatively?

25   A.    As I mentioned before, in reference to the

     wanting an opportunity to provide information on my

1    experience and qualifications for any promotion

2    potential, and he said it on more than one occasion

3    because we had two conversations about promotions, was

4    that he didn't think it was necessary to have a beauty

5    pageant.

6        Q.    Do you know if he used that term with

7    others?

8        A.    I do not know.

9        Q.    And did he ever provide an explanation as to

10   what he meant by beauty pageant?

11       A.    He said beauty pageant and parading around,

12   something to that effect.

13       Q.    Did he ever explain what he meant?

14       A.    Other than that being a forum to provide

15   qualifications and experience, no.

16       Q.    Okay.  Did you ever ask him what do you mean?

17       A.    I did not specifically -- I do not recall

18   specifically asking him what he meant by that.

19       Q.    Any other circumstances where he treated you in

20   what you consider a negative manner?

21       A.    Yes.  There was a delay in obtaining the

22   opportunity to work from home on a specific day of the

23   week.

24       Q.    Was that the Flexi-Place Program?

25       A.    Yes.

         Q.    Okay.  I'll ask you about that in just a few,

1    but did you ever personally observe Mr. Eichenwald treat

2    other employees in what you would consider a rude or a

3    negative manner?

4        A.    Yes.

5        Q.    And tell me about those circumstances.

6        A.    I observed him speaking in what I would have

7    termed a hostile manner to an incoming employee, an

8    incoming female employee.

9        Q.    And who was that?

10       A.    Stephanie Brown.

11       Q.    Okay.  And tell me about -- do you recall what

12    the circumstances were?

13       A.    No, I don't.  It was -- she was new and she was

14    sitting in the job -- she was sitting in a meeting Carl

15    and I were having about program activity, and it could

16    have been -- they were arguing a point, but I thought his

17    manner was noticeably hostile towards this person.

18       Q.    Okay.  Was she arguing back or responding?

19       A.    She was responding, but not in a hostile

20    manner.

21       Q.    Okay.  Why do you say that his manner was

22    hostile?

23       A.    His mannerisms, his facial expressions, his

24    tone.

25       Q.    Do you recall the topic of the conversation or

the discussion?

1     A.   No, I do not.

2     Q.   Okay.  Did Ms. Brown ever speak to you about

3 the incident?

4     A.   No.

5     Q.   Did Mr. Eichenwald ever speak to you about the

6 incident?

7     A.   No.

8     Q.   Any other circumstances where you believe or

9 perceived him to be negative toward any employee in the

10 office aside from Ms. Brown and the incident that you

11 mentioned?

12     A.   Again, it was pertaining to Ms. Brown, a

13 negative incident, but it was not in direct interaction

14 with Ms. Brown and Mr. Eichenwald.  It was Mr.

15 Eichenwald's discussion to a group of us regarding an

16 assignment we had been given, and we'd been given initial

17 instructions from Ms. Brown.

18     Q.   Okay.  And what was Ms. Brown's position?

19     A.   Associate Director.

20     Q.   Was she Mr. Eichenwald's supervisor?

21     A.   No.

22     Q.   Okay.  Correct me if I'm wrong, but she was Ann

23 Conti's deputy or associate?

24     A.   Associate --

25     Q.   Okay.

      A.   -- Director.

82

1      Q.    All right.  And she was not Mr. Stubbs'

2   supervisor either?

3      A.    No, no.

4      Q.    Did she have any supervisory responsibility?

5      A.    To my knowledge, no.

6      Q.    Okay.  And so what was the second incident?

7      A.    Oh, we had been given an assignment for an

8   activity and a group of us were meeting with our Branch

9   Chief, Mr. Eichenwald, and he took the paper

10  instructions.  He said something to the effect that you

11  have all received B's and he tore them up or tossed them

12  into the wastebasket intact, one or the other, as if

13  there was no -- that we were to just ignore what we'd

14  been given from her.

15     Q.    Okay.

16     A.    He didn't say that.  He just said -- that I

17  recall.

18     Q.    Do you know if Ms. Brown was present?

19     A.    She was not.

20     Q.    Do you know if anyone ever followed up with

21  him, Mr. Eichenwald, and said anything about the

22  incident?

23     A.    No.

24     Q.    Did you ask Mr. Eichenwald about that incident?

25     A.    No.

       Q.    Did any of the other employees -- well, do you

1    recall who else was present during that incident?

2        A.    I would say there were probably four other

3    people present.

4        Q.    Who were those individuals?

5        A.    I'm trying to remember.  I'm not sure I can

6    recall.  I think Virginia Phillips, Alana Saltzbart

7    (phonetic sp.).  These are people on Mr. Eichenwald's --

8    in the branch, within the branch.  Shana Greenburg.  Who

9    else?

10       Q.    Was Mr. Dyer present?

11       A.    No.

12       Q.    What about Mr. Ellis?

13       A.    No.

14       Q.    Okay.  Any other incidents where you believe

15   that Mr. Eichenwald acted disrespectfully to an employee?

16       A.    No, not that I can recall at this time.

17       Q.    Has any other employee expressed any type of

18   concern about Mr. Eichenwald's behavior to you?

19       A.    Yes.

20       Q.    Who?

21       A.    A woman I worked with.

22       Q.    And who was that?

23       A.    Cathy Clark.

24       Q.    And what was her concern?

25       A.    That Mr. Eichenwald was being insensitive to a

     request I had made to him.

1      Q.    And what request was that?

2      A.    In the location of my office, directly out in

3  the bay area, there were two doors leading out into the

4  corridor and over time everyone -- I should just say

5  everyone.  We all had -- one of the doors usually

6  remained locked, and so we all in the habit of opening

7  the other door.  And during some project boxes were

8  either delivered or created by employees, and they were

9  set in such a way so they blocked this door that we all

10  used, and Carl came into the office and I said something

11  about do you think -- because I couldn't physically move

12  the boxes, I said do you think we can arrange to get

13  these boxes moved so we can have access to the door, and

14  his comment -- he turned around and looked and then

15  turned back to me and said use the other door.  And Ms.

16  Clark overheard the conversation and came out and made a

17  comment about -- that Carl was extremely insensitive and

18  -- something to that effect.

19      Q.    Did she explain why she thought that was an

20  insensitive remark?

21      A.    Did she explain?  I can't recall the exact

22  conversation.  It was just a --

23      Q.    did any other employees express concerns about

24  Mr. Eichenwald's conduct or behavior to you besides for

25  Ms. Clark?

       A.    Yes.

1    Q.    And who was that?

2    A.    Mr. Dyer.

3    Q.    Okay.  And what was his concern?

4    A.    It followed a discussion we had -- he and I had

5   had about an employee that had been hired as a summer

6   intern or something to that effect who was -- who would

7   dress in such a manner as to make it difficult to

8   distinguish the gender of this person.

9    Q.    Can you explain?

10    A.    I believe that most people thought this person

11   who had some characteristics that might be attributed to

12   females with long hair and polished nails.  I think we --

13   there were those of us in the branch who thought this

14   person was a male, and it was Mr. -- and then I

15   experienced this person in the ladies room one day when I

16   went in there.

17    Q.    Well, what was Mr. Dyer's concern about Mr.

18   Eichenwald?

19    A.    He had seen this person enter a ladies room, as

20   well.

21    Q.    Who had seen them?

22    A.    Mr. Dyer had seen this person enter the ladies

23   room, as well.

24    Q.    And what was Mr. Eichenwald --

25    A.    And he -- so he went -- he told me -- Mr. Dyer

     told me that he had been down to talk to Mr. -- had said

1    something to Mr. Eichenwald about this, and Mr.

2    Eichenwald said that -- and this is what I recall of the

3    conversation with Mr. Dyer, that Mr. Eichenwald said

4    something to the effect that he wasn't going to take

5    steps or do anything about it unless a female in the

6    branch or in the division complained.

7        Q.   Okay.  And do you know what Mr. Dyer -- was Mr.

8    Dyer concerned about that?  Did he express some concern

9    to you about what he saw?

10       A.   He seemed concerned at the time.  I mean we

11   were both concerned, trying to figure out what -- how to

12   handle this situation because it seemed out of place.  It

13   was a very unusual situation.  And other than Mr. Dyer

14   saying he told me that he wouldn't take any action unless

15   a female complained about this, we may have made some

16   comments back and forth about how it should be handled,

17   he and I, so that --

18       Q.   Did you ever follow up with Mr. Eichenwald

19   about this person?

20       A.   I did not.

21       Q.   Do you know if any other female followed up?

22       A.   I do not know.

23       Q.   Do you know whether this person also used the

24   male restroom or the men's room?

25       A.   I do not know.

         Q.   Okay.  Do you know Mr. Dyer had any concerns

87

1    about Mr. -- what were Mr. Dyer's concerns about Mr.

2    Eichenwald's response if he explained those to you?

3         A.    I think his concern was possibly for -- well,

4    I'm speculating here.

5         Q.    Did he express any concerns to you about Mr.

6    Eichenwald?

7         A.    Not verbal, no, not that I can recall.

8         Q.    Did he express any concern that he believed

9    that Mr. Eichenwald's response was wrong or inappropriate

10   to you?

11        A.    I can only say that I had the sense, without

12   being able to recall Mr. Dyer's exact words, there was a

13   problem, that there was a concern that we needed to do

14   something about this behavior of this employee, that

15   nobody -- that Mr. Eichenwald was not going to take

16   steps.

17        Q.    Okay.  But you don't know whether any female

18   expressed any concerns to Mr. Eichenwald?

19        A.    No.

20        Q.    Did anyone express any concerns?

21        A.    No.  I did not discuss it with anyone else --

22        Q.    Okay.

23        A.    -- with anyone else in the division.

24        Q.    Any other instances where you believe that Mr.

25   Eichenwald disrespected or treated any other employee in

     a negative manner besides those incidents that you've

1    reported?

2        A.    What I have heard of in this case, and I

3    believe I had heard through the grapevine, I don't have

4    any specifics, that Mr. Eichenwald had had an exchange

5    with Ms. Brown.

6        Q.    Okay.  Do you know the nature of the exchange?

7        A.    I do not other than what I've heard in this

8    case or as a result of the case.

9        Q.    Have any other employees expressed concern to

10   you about Mr. Eichenwald besides for the incident with

11   Mr. Dyer?

12       A.    There -- specific concerns regarding Mr.

13   Eichenwald.  I would say not that I can recall.

14       Q.    Do you believe that Mr. Dyer did not deserve

15   the promotion to the GS-14?

16       A.    Could you rephrase the question?

17       Q.    Sure.  Do you believe that -- is it your

18   opinion that Mr. Dyer was undeserving of a promotion?

19       A.    No.

20       Q.    Okay.  Can you tell me how Mr. Eichenwald

21   arranged meetings?  Were they informal?  Did he have --

22       A.    I'm sorry.

23       Q.    What was his process for arranging or

24   scheduling meetings, do you know?

25       A.    It was a pretty informal process.  There may

     have been an e-mail.  There may have been stopping by the

1   office or I would initiate a plan to meet.

2       Q.   Do you believe that you were excluded from

3   meetings that you should have attended?

4       A.   I do.

5       Q.   Okay.   Tell me what is the basis for your

6   belief?

7       A.   I was working on EPCRA, an EPCRA project, with

8   my attorney and I was told that Mr. Eichenwald had

9   meetings with this attorney that I had not either been

10  invited to or -- well, I simply hadn't been invited to,

11  and he would meet with the attorney and not include me in

12  the meeting.

13      Q.   And how many meetings?

14      A.   If I were to provide a number -- I can't

15  provide a number.   I can't tell you if it was 10 or 20.

16  I don't know exactly all the meetings that he had with

17  his attorney that I was not included in.

18      Q.   Okay.   And who was the attorney?

19      A.   Tom Marvin.

20      Q.   And what grade was Mr. Marvin?

21      A.   I do not know for sure.   I think he was a 13.

22      Q.   And did you ever find out what the topic or the

23  purpose of the meetings were?

24      A.   I did.   Mr. Marvin would come tell me that he'd

25  met with Carl and talk about the project activity.

        Q.   Okay.   Do you know if it was Mr. Eichenwald who

1   called the meeting or was it Mr. Marvin?

2       A.    I don't know.  I don't know specifically who.

3   I do recall that sometimes Mr. Eichenwald -- Mr. Marvin

4   told me that sometimes Mr. Eichenwald would stop by his

5   office and they would just meet on something.

6       Q.    Did Mr. Marvin indicate that -- express any

7   concerns that you should have been at those meetings when

8   he would talk to you about them?

9       A.    Yes.  There was a time when -- on more than one

10  occasion when Mr. Marvin asked me if I was aware of a

11  meeting that was coming up and sometimes it involved

12  people outside of our immediate office, and I said I

13  hadn't been informed and he indicated that he thought as

14  much, which I read as being you've been excluded.

15      Q.    Okay.  Did you ever talk to Mr. Eichenwald

16  about his scheduling of meetings and his determinations

17  as to who should be invited?

18      A.    I can't recall.  I may have.  I simply can't

19  recall.  The nature of the office is very busy.

20      Q.    Okay.  Do you recall any specific time when you

21  actually confronted Mr. Eichenwald about being excluded

22  from meetings?

23      A.    I can't recall a specific time.

24      Q.    Okay.

25          MS. RUSSELL:  Would you mark this as Exhibit 2?

               (Whereupon, the document that

91

1              was referred to as Exhibit

2              Number 2 was marked for

3              identification.)

4         BY MS. RUSSELL:

5         Q.    Just review it.  It's short.

6         A.    Okay.

7         Q.    Have you seen this before?

8         A.    Yes.

9         Q.    And do you recall when this was -- I guess the

10   time when it was initially sent?

11        A.    I do recall.

12        Q.    You do.  Okay.  Do you recall -- I'll just go

13   ahead and describe it.  It's an e-mail, and correct me if

14   I'm wrong, it's an e-mail and it appears to be from Carl

15   Eichenwald to certain individuals within EPA.  It's dated

16   May 6th, 2003, 10:30 a.m., and the subject is Bring Out

17   the Dead and the text states my branch collapses without

18   me. Tom, Dean and Brian are out today.  Did you receive

19   this e-mail?

20        A.    Yes.  I'm in the list, too.

21        Q.    Okay.  And do you recall -- did you ever talk

22   to Mr. Eichenwald about this e-mail after he sent it out?

23        A.    I don't recall.

24        Q.    Okay.

25        A.    I don't recall any conversation.  He was on a

     different floor.

1     Q.   Did you ever have any conversations with him

2  about what he meant by bring out the dead?

3     A.   I can't recall.

4     Q.   Do you recall what issues he was dealing with

5  around this period, May 6th, 2003?

6     A.   What issues?

7     Q.   Yeah, you know, what his -- what primary issues

8  he was dealing with around this time?

9     A.   I can't recall.

10    Q.   Okay.  And just for clarification, do you know

11  the individuals he's referencing here, Tom, Dean and

12  Brian?  I assume Brian is Brian Dyer.

13    A.   Yes.   Those would be people in his branch.

14    Q.   Okay.  And Tom is?

15    A.   Tom Marvin.

16    Q.   Okay.  And that's the attorney?

17    A.   Yes.

18    Q.   And Dean is?

19    A.   Dean J. Bauman (phonetic sp.).  He's an

20  attorney.

21    Q.   Okay.  Do you recall what Tom, Dean and Brian

22  were working on around this period?

23    A.   I don't know what Dean and Brian were doing.

24  Tom, Marvin and I worked on EPCRA 313 together on a daily

25  or almost daily basis, so --

      Q.   Do you know if anyone asked Mr. Eichenwald

1    about this e-mail, what he meant?

2        A.    No.   I can't -- I don't recall.   I think

3    someone said something about it being a joke, like a

4    Monty Python or something.

5        Q.    But, again, you yourself, you never talked to

6    Mr. Eichenwald about it?

7        A.    I don't recall talking to him about it, no.

8        Q.    Do you believe that the manner in which

9    Mr. Dyer and Mr. Ellis received their promotions was done

10   contrary to EPA promotion policies?

11           MR. SHAPIRO:   Objection.   It's irrelevant what

12   she believes.   Go ahead, you answer the question.

13           WITNESS:   Would you repeat the question,

14   please?

15           BY MS. RUSSELL:

16       Q.    Sure.   Do you believe the manner in which Mr.

17   Dyer and Mr. Ellis were promoted was done contrary or

18   inconsistently with EPA promotion policies or

19   regulations?

20       A.    I would say yes.

21       Q.    And why is that?

22       A.    Because these were not career ladder positions.

23   They were the type of positions -- they were merit

24   promotions.   I think that's the right term.   They should

25   have been openly competed.   I feel very strongly about

     that.

94

1    Q.    Okay.  Do you believe that merit -- do you

2  believe that competition is the only means of promoting

3  individuals?

4          MR. SHAPIRO:  Objection.  This is irrelevant,

5  what she believes.

6          MS. RUSSELL:  You can still answer.

7          MR. SHAPIRO:  You can answer the question if

8  you can.

9          WITNESS:  Do I believe -- can you repeat the

10  question?

11          BY MS. RUSSELL:

12    Q.    Yeah, that competition is the only means to

13  promote an individual?

14    A.    Do I believe?  I don't know all the ways

15  someone can be promoted.  I'm sure that there are other

16  ways, but I think that under the circumstances they

17  should have followed the federal guidelines for

18  promotions which I understood to have been openly

19  competed.

20    Q.    Okay.  Are you certain that wasn't consistent

21  with federal guidelines?

22    A.    I am fairly sure that this was outside the

23  guidelines.

24    Q.    And in what way?

25    A.    Because I've read the federal guidelines.

      Q.    Did it require mandatory competition?

1        A.    I think in this situation, yes.

2        Q.    In what situation?

3        A.    In a situation going outside of the career

4   ladder into a higher caliber grade level, and from what I

5   read of the regulations.  Now I'm not the expert, so I

6   possibly can't provide additional ways things can be

7   done.  I know it happens from time to time.  That doesn't

8   make it right.

9        Q.    Did you ever express any concern to Ms. Pontius

10  about the manner in which these promotions were -- I'm

11  now talking about the promotions of Mr. Dyer and Mr.

12  Ellis, came about?

13       MR. SHAPIRO:  You mean other than the EEO

14  complaint?

15       MS. RUSSELL:  Yes, yes.

16       BY MS. RUSSELL:

17       Q.    Did you ever express concern to her about the

18  promotions of Mr. Dyer and Mr. Ellis or the manner in

19  which those promotions came about?

20       A.    No.  I did not talk to Ms. Pontius about the

21  manner in which these positions were filled.

22       Q.    Did you ever speak to anyone in your Human

23  Resources office about your concerns about the manner in

24  which the promotions were done?

25       A.    Not that I can recall.

         Q.    Did you ever speak to anyone at OPM about the

1  manner -- Office of Personnel Management?

2      A.   No.

3      Q.   Did you ever file a report with the Office of

4  Special Counsel with any other organization that you

5  thought that the promotions were contrary to federal

6  promotion guidelines?

7      A.   No.

8      Q.   Now you mentioned the Flexi-Place Program

9  earlier.  You had requested flexi-place for a certain

10  day?

11     A.   Yes.

12     Q.   And that was a Thursday?

13     A.   Yes.

14     Q.   And you requested it from Mr. Eichenwald?

15     A.   Yes.

16     Q.   And tell me about what happened there.

17     A.   I had filled out a form that allowed episodic

18  flexi-place at some point, so this was an amendment to

19  that form to pinpoint a specific day, and I designated

20  Thursdays.  And when I asked Mr. Eichenwald, I believe,

21  through e-mail on more than one occasion what the status

22  of my application was, I got no response from Mr.

23  Eichenwald.

24     Q.   So what did you do next or what happened next?

25     A.   I'm trying to remember what happened next.

This went on for some time and it was finally granted,

```
 1  but it was after I had talked with my attorney about
 2  it --
 3          Q.   Okay.
 4          A.   -- because nothing was happening and --
 5          Q.   Did Mr. Eichenwald --
 6          A.   -- it was inappropriate.
 7          Q.   Did you speak to Mr. Eichenwald personally?
 8          A.   Through e-mail.
 9          Q.   Did you speak to him personally?
10          A.   I don't recall if I spoke to him personally.
11          Q.   And what was his response -- did he respond via
12  e-mail?
13          A.   No, he did not.  He never provided a written
14  response to my recollection.
15          Q.   Did he ever explain what the reasons were for
16  him --
17          A.   No, he did not.
18               REPORTER:  Counselor?
19               MS. RUSSELL:  Yes.
20               REPORTER:  I've got to switch tapes.
21               MS. RUSSELL:  Oh, sure.
22                        (OFF THE RECORD)
23                        (ON THE RECORD)
24               BY MS. RUSSELL:
25          Q.   So you subsequently did get the flexi-place?
            A.   I did.
```

1      Q.    Okay.  Now how does that work, if you could

2    explain how that works?

3      A.    That is the Agency's program.  It's probably a

4    government-wide program where people have the opportunity

5    to work from home as long as certain criteria are met,

6    and I think the Agency has a limit of two days are

7    allowed per pay period or per -- yeah, possibly a week.

8    I don't know.  I take it one day a week.  I am authorized

9    to take it one day a week, to work from home one day a

10   week and I often don't take it.

11     Q.    Was your salary impacted at all by what you

12   perceived as a delay in the approval of the flexi-place?

13     A.    Was my salary?

14     Q.    Yeah.  Did your salary go up or down?

15     A.    No.

16     Q.    Were your benefits impacted at all?

17     A.    No.

18           MR. SHAPIRO:  Excuse me.  Other than the

19   benefit --

20           MS. RUSSELL:  -- of flexi-place, right, of

21   course.

22           MR. SHAPIRO:  -- of flexi-place, yes.

23           WITNESS:  Other than the benefit of flexi-

24   place.

25           BY MS. RUSSELL:

       Q.    All right.  Do employees get cash awards for

1  starting flexi-place at the time that they --

2      A.    Not that I've ever heard of.

3      Q.    Okay.  And just for the record, when did you

4  request the flexi-place approximately?

5      A.    It would have been in 2004.

6      Q.    Okay.  And how long was it before it was

7  approved?

8      A.    It seems to me it took weeks, if not months.

9      Q.    Okay.  Did the delay in the flexi-place impact

10 step increases or quality step increases?

11     A.    No.

12     Q.    Did the delay impact your health benefits at

13 all?

14     A.    No.  The health benefits I receive from the

15 government?

16     Q.    Right.

17     A.    No.

18     Q.    Now correct me if I'm wrong, but in

19 approximately 2006 did you go on a detail in or around

20 2006?

21     A.    Yes.  I believe it was the fall of 2005.

22     Q.    Okay.  And to what organization?

23     A.    To the OPPT, the Office of Pollution Prevention

24 and Toxics.

25     Q.    And how did that come about?

       A.    I had been seeking a detail out of OECA because

1   I was no longer happy there and I had talked to my

2   Division Director about taking steps to find a detail,

3   suitable place to go, and she -- our office -- also our

4   division within OECA was undergoing a major

5   reorganization.   TPET was undergoing a major

6   reorganization and the Director was moving on and she had

7   information regarding a possible detail into OPPT in

8   exchange of positions, so that's how it happened.

9        Q.   Okay.  I'm sorry, when did you start the

10  detail?

11       A.   I believe it was the fall of 2005.

12       Q.   Okay.  And who was your supervisor around the

13  time of the detail?

14       A.   David Honeman (phonetic sp.).

15       Q.   What were your duties while on the detail?

16       A.   I was undertaking the financial assurance

17  aspect of the PCB stores and disposers, and I was also

18  given a project which had been -- which was incomplete

19  from a previous employee that involved the publication --

20  internal publication of a guidance document, as well as

21  other functions.

22       Q.   And how long was the detail?

23       A.   I believe it was initially to last 120 days or

24  180 days.  I'm not sure, 120, I think.

25       Q.   Was it extended.

1    A.    It was extended.

2    Q.    And so total time how long was the detail?

3    A.    The detail lasted over a year.  Yeah, it was

4 over a year.

5    Q.    During the period of the detail did

6 Mr. Eichenwald do anything that caused you concern as

7 continuation of the detail?

8    A.    Yes.

9    Q.    Tell me about that

10    A.    At the time of my first appraisal by my detail

11 Branch Chief, Mr. Honeman, he had had contact with Mr.

12 Eichenwald and told me that Mr. Eichenwald had told him I

13 had filed a complaint against him, being Mr. Eichenwald,

14 and it was just shocking.

15    Q.    And did that conversation impact at all the

16 detail being extended to the best of your knowledge?

17    A.    Apparently it did not because I was allowed to

18 have an extension on the detail, but at the time I didn't

19 know the detail was going to be extended.

20    Q.    Did you want the detail to be extended?

21    A.    Yes, I did, and I had grave concerns about the

22 possible loss of an extension, possible loss of any hope

23 for permanent appointment to this new office, as well as

24 my career possibilities within the Agency.

25    Q.    I'm sorry.  When did the detail end?

1      A.    The detail ended -- I believe it was December

2   -- I would have to say 2006.  It began in 2005.  I was

3   permanently selected for a position within the new

4   division.

5      Q.    Okay.

6      A.    I think it was December 2006 which would just

7   be last year.  I'd have to check my notes.

8      Q.    When you said the new division, that --

9      A.    National Program Chemicals Division within

10  OPPT.

11     Q.    So you never -- let me rephrase that.  You did

12  not return to the supervision -- to Mr. Eichenwald's

13  supervision after the detail was done?

14     A.    That is correct.

15     Q.    Okay.  Do you recall who did your 2005

16  performance appraisal, performance rating?

17     A.    I believe it was David Honeman who did the only

18  performance portion.

19     Q.    Okay.

20     A.    I think there was some question about whether

21  it would have to be Mr. Eichenwald for some portion and

22  Mr. Honeman for some portion --

23     Q.    Okay.

24     A.    -- but I got a written evaluation from Mr.

25  Honeman, but I think my actual paperwork is signed by Mr.

1 Eichenwald.

2       Q.    Do you know what input Mr. Eichenwald had into

3 your 2005 performance appraisal?

4       A.    The only thing I am aware of is his comment

5 that I had filed a case against him.

6       Q.    Okay.  And that was -- was that related to the

7 performance appraisal or to the detail?

8       A.    I think it was in a conversation about how the

9 performance appraisal was going to be conducted and who

10 was going to do it.

11       Q.    Do you know whether his comments affected Mr.

12 Honeman's appraisal of you?

13       A.    Other than -- well, I know Mr. Honeman

14 indicated that he was -- he indicated verbally that he

15 didn't have a problem with my work, but at that point I

16 had no idea whether the detail would be extended.

17       Q.    That was the -- of the detail?

18       A.    Absolutely.

19       Q.    And, of course -- I mean it was extended?

20       A.    It was.

21       Q.    And you received a permanent position in that

22 division?

23       A.    Eventually, yes, over a year later.

24       Q.    Okay.  Did you express any concerns to

25 Mr. Honeman or Mr. Eichenwald about your 2005 performance

1   rating, convey to them any concerns that you might have

2   had or did you have any concerns about your 2005

3   performance --

4           MR. SHAPIRO:   You mean after she got the

5   appraisal?

6           MS. RUSSELL:   Yes, after you got the appraisal.

7           MR. SHAPIRO:   Oh, after she got the appraisal.

8   Go head.

9           WITNESS:   Which was Mr. Honeman.

10          BY MS. RUSSELL:

11      Q.   Okay.

12      A.   So no, I did not have any concerns with that.

13      Q.   Did you ever express any concern to Mr.

14  Eichenwald about the types of assignments that you were

15  receiving?

16      A.   I don't recall the types of activities I was

17  receiving.  I had asked for additional duties in the area

18  of EPCRA, which he would not pass on to me.  He said

19  someone was coming in from another region, I believe, or

20  another office to handle that area of EPCRA, which never

21  happened.

22      Q.   So do you know who completed that portion of

23  EPCRA work that you were asking for?

24      A.   Other than just the single attorney, I'm not

25  aware of who handled it.

1     Q.    Okay.  Who was the attorney?

2     A.    Dean Ziegel.

3     Q.    And what time frame are we talking about?

4     A.    I can't tell you.  The case officer was going

5  to be out for an extended period of time, and I can't

6  remember what year, whether it was 2002, 2001.

7     Q.    Okay.  Did the case officer return to work?

8     A.    She eventually returned, yes.

9     Q.    Okay.  So during that period Mr. Ziegel just

10  handled it by himself?

11     A.    To my knowledge.  I don't know how it was

12  handled.

13     Q.    And do you know how long this other individual

14  was out?

15     A.    I think she was out for anywhere from 6 to 12

16  months.

17     Q.    Okay.  Any other times you can recall where you

18  expressed interest or concerns about the types of

19  assignments you were working on?

20     A.    I can't recall specific incidents.

21     Q.    Ms. Woods, I'll just go over my notes.

22     A.    Okay.

23     Q.    Let's just go off the record.

24                        (OFF THE RECORD)

25                        (ON THE RECORD)

1          MS. RUSSELL:  Ms. Woods, thank you.  I don't

2    have anything else.

3          MR. SHAPIRO:  We'll read and sign.

4      (Reading and signature not waived.)

5          (Whereupon, the proceeding was concluded at 4:30

6             p.m. on Thursday, October 4, 2007.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3       I, Sean Williams, a Shorthand Reporter and a Notary

4   Public, do hereby certify that the foregoing witness,

5   REBECCA WOODS, was duly sworn on the date indicated, and

6   that the foregoing is a true and accurate transcription

7   of my stenographic notes and is a true record of the

8   testimony given by the foregoing witness.  I further

9   certify that I am not employed by or related to any party

10  to this action by blood or marriage and that I am in no

11  way interested in the outcome of this matter.  In witness

12  whereof I have hereunto set my hand this 23rd day of

13  October, 2007.

14

15

16

17                      _____
                        SEAN WILLIAMS
18                      Notary Public in and for the
                        District of Columbia
19

20
    My Commission Expires:
21
    March 14, 2012
22

23

24

25