Ex. 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

COPY   2007 OCT 24 PM 2: 49

- - - - - - - - - - - - - - - - - -X

REBECCA L. WOODS,                   :

    Plaintiff                   :

  v.                               : Civil Action No.

                               : 06-1460 (HHK)

STEPHEN L. JOHNSON, Administrator, :

Environmental Protection Agency,   :

    Defendant.                   :

- - - - - - - - - - - - - - - - - -X

                Washington, D.C.

                Thursday, August 30, 2007

Deposition of

                GERALD STUBBS

a witness of lawful age, taken on behalf of the

Plaintiff, in the above-entitled action, before

KENYAN C. HOPCHAS, Notary Public in and for the

District of Columbia, in the offices of

Swick & Shapiro, 1225 Eye Street, N.W., Suite 1290,

Washington, D.C., commencing at 1:05 p.m.

          Diversified Reporting Services, Inc.

                (202) 467-9200

APPEARANCES:

   On behalf of the Plaintiff:

      DAVID H. SHAPIRO, ESQ.

      SARAH RIGER, ESQ.

      Swick & Shapiro, P.C.

      1225 Eye Street, N.W., Suite 1290

      Washington, D.C.  20005

      (202) 842-0300

   On behalf of the Defendant:

      BEVERLY RUSSELL, ESQ.

      U.S. Attorneys Office for
       the District of Columbia

      555 4th Street, N.W.

      Washington, D.C.  20530

      (202) 307-0492

      PAUL WINICK, ESQ.

      U.S. Environmental Protection Agency

      1201 Pennsylvania Avenue, N.W.

      Washington, D.C.  20004

   ALSO PRESENT:

      REBECCA WOODS, Plaintiff

Page 4

1        P R O C E E D I N G S

2   Whereupon,

3                GERALD STUBBS

4   was called as a witness and, having been first duly

5   sworn, was examined and testified as follows:

6            EXAMINATION BY COUNSEL FOR PLAINTIFF

7            BY MR. SHAPIRO:

8       Q    Good afternoon.  Could you state your name,
9   please, sir?

10      A    Gerald Bruce Stubbs.

11      Q    Your current residential address?

12      A    ████████████████████████████████████████
13   ██████████████████████
14   ████████████████
15      A    ████████████████
16   ████████████████
17   ████████████████
18   ██████████████████████████████
19   ██████████████

20      Q    And your telephone number there?

21   ████████████████████████

22      Q    Is that a cell phone?

1  Q   When did you start, what year?

2  A   I started in 1976, March of 1976; not quite

3  30 years.

4  Q   When you retired, your last position?

5  A   I was the chief of the Western Branch in

6  Toxics and Pesticides Enforcement Division.

7  Q   The division was?

8  A   Toxics and Pesticides Enforcement Division.

9  Q   Who was the head of the division?

10  A   Ann Pontius was the division director at

11  the time I retired.

12  Q   There were two branches in that division?

13  A   Yes.

14  Q   Eastern and Western?

15  A   Yes.

16  Q   They did the exact same kind of work;

17  correct?

18  A   Similar work, different parts of the

19  statute.

20  Q   Different parts of the statute or the same

21  statute, different western and eastern --

22  A   In other words, there were three statutes,

1  TSCA, FIFRA, and EPCRA.

2     Q   **TSCA?**

3     A   Uh-huh.  FIFRA.  FIFRA was the Federal

4  pesticide one.  And EPCRA.  Under those, there was a

5  division of labor of some of the enforceable

6  provisions of some of those statutes.

7         In TSCA, I had the PCB program.  Carl

8  Eichenwald had the asbestos program and the lead

9  program.

10    Q   **You had PCP?**

11    A   PCBs, and I had the CORE TSCA program.  It

12 was an acronym for Section 5 provisions of TSCA,

13 which were like registration requirements.

14    Q   **East had what?**

15    A   East, for TSCA, East had lead and asbestos.

16    Q   **Does that mean that people in the East did**

17 **not do CORE matters or PCB or when they did, they**

18 **were supervised by you?**

19    A   It means that often times there was cross

20 fertilization of workers.  On occasion, somebody from

21 Carl's branch might work on a CORE TSCA issue.

22    Q   **And if they did, they would report to you?**