Woods v. Johnson,
Civil Action No. 06-1460(HHK),
EX. 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

- - - - - - - - - - - - - - - - - - x
                                    :
REBECCA WOODS,                      :
                                    :
         Complainant,               : EEOC No.:
                                    : 100-2005-00418X
    v.                              :
                                    : Agency No.:
MICHAEL LEAVITT, Administrator,     : 2004-0042-HQ
Environmental Protection Agency,    :
                                    :
         Agency.                    :
                                    :
- - - - - - - - - - - - - - - - - - x

                         Washington, D.C.

                         Tuesday, November 22, 2005

Deposition of

                CARL JOHN EICHENWALD

a witness of lawful age, taken on behalf of the plaintiff in the above-entitled action, before Andrew N. Schachter, Notary Public in and for the District of Columbia, in the offices of Swick & Shapiro, P.C., 1225 Eye Street, N.W., Suite 1290, Washington, D.C. 2005, commencing at 1:12 p.m.

APPEARANCES:

   On Behalf of the Complainant:

      DAVID SHAPIRO, ESQ.
      Swick & Shapiro, P.C.
      1225 Eye Street, N.W., Suite 1290
      Washington, D.C. 20005
      (202) 842-0300

   On Behalf of the Agency:

      PAUL M. WINICK, ESQ.
      Employment Law Practice Group
      Finance and Operations Law Office
      Office of the General Counsel
      U.S. Environmental Protection Agency
      1200 Pennsylvania Avenue, N.W.
      Mail Code 2377A
      Washington, D.C. 20004
      (202) 654-5687

   Also Present:

      Rebecca Woods, Complainant

4

|    |   |                                                         |
|----|---|---------------------------------------------------------|
| 1  |   | P R O C E E D I N G S                                   |
| 2  | Whereupon,                                                  |
| 3  |   | CARL JOHN EICHENWALD                                    |
| 4  | was called as a witness and, having been first duly         |
| 5  | sworn, was examined and testified as follows:               |
| 6  |   | EXAMINATION                                             |
| 7  |   | BY MR. SHAPIRO:                                         |
| 8  | Q | Could you state your full name, please, sir?           |
| 9  | A | My name is Carl John Eichenwald.                       |
| 10 | Q | And your current residential address?                  |
| 11 | A | ███████████████████████████████████████                |
| 12 | ███████████████████████████████████████                    |
| 13 | Q | And your home phone?                                   |
| 14 | A | ███████████████████                                    |
| 15 | Q | Any plans to move?                                     |
| 16 | A | No.                                                    |
| 17 | Q | Okay. What's the highest degree, highest               |
| 18 | level degree that you have?                                 |
| 19 | A | I have a J.D.                                          |
| 20 | Q | And where is that from?                                |
| 21 | A | It's from Rutgers State University of New              |
| 22 | Jersey.                                                     |

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

1   branches is complicated in a bureaucracy.

2   Q   All right. So the branches do different
3   things?

4   A   They do different parts of three different
5   statutes.

6   Q   All right. What does the eastern branch do?

7   A   The eastern branch is responsible for what is
8   called core FIFRA, which is defined negatively.

9   Q   FIFRA is?

10  A   The Federal Insecticide, Fungicide, and
11  Rodenticide Act.

12  Q   Okay. So they do core FIFRA, which you said
13  is defined negatively.

14  A   That is correct.

15  Q   What do you mean?

16  A   It is all FIFRA activities except for the
17  enforcement for antimicrobial pesticides --

18  Q   Except enforcement for --

19  A   Antimicrobial pesticides, and enforcement of
20  the worker protection standard.

21  Q   Okay. So core FIFRA is what your eastern
22  branch does. What else?

```
 1      A    We are also responsible for one portion of the
 2   Toxic Substances Control Act.
 3      Q    What portion is that?
 4      A    For asbestos.
 5      Q    Asbestos?  So it's Toxic Substances --
 6      A    Toxic Substances Control Act.
 7      Q    TSCA?
 8      A    Yes.
 9      Q    Okay.  And the part that you're responsible
10   for in your unit is?
11      A    Asbestos.
12      Q    Okay.  And what else does the eastern branch
13   do?
14      A    We are also responsible for enforcement of the
15   Emergency Planning and Community Right to Know Act.
16      Q    Enforcement of Emergency Planning and
17   Community Right to Know?
18      A    Uh-huh.
19      Q    That's EPCRA?
20      A    EPCRA.  And one portion, section 103, of
21   CERCLA.
22      Q    That's C --
```