Woods v. Johnson,
Civil Action No. 06-1460(HHK)
Ex. 5



# HR Policy Bulletin

## Office of Human Resources and Organizational Services

**ACCRETION OF DUTIES 335-1**

| | |
|---|---|
| **Purpose:** | The purpose of this HR Policy Bulletin is to provide guidance on the use of "Accretion-of-Duties" promotions, and to provide examples of documents to be used in the approval of these promotions. |
| **Supersession:** | This HR Policy Bulletin supersedes:<br><br>☐ PMM-335-17, "Accretion of Duties", dated January 5, 1987; and<br><br>☐ Amendment to PMM 335-17, dated March 13, 1990 |
| **Relationship to Collective Bargaining Agreements:** | Where the policies and/or procedures contained in this HR Policy Bulletin conflict with the provisions of a Collective Bargaining Agreement (CBA), the provisions of the CBA must be applied so long as they do not violate law or government-wide regulations in effect on the date the CBA was approved. |
| **Background:** | The Agency's Merit Promotion Manual provides for promotion of an employee above the established promotion potential without competition when the employee's position is reconstituted at a higher grade because of an accretion of duties and responsibilities. |
| **Policy:** | An accretion-of-duties promotion can be supported when <u>all</u> of the following conditions are met:<br><br>☐ the employee continues to perform the same basic functions in the same organization, working for the same supervisor. (The duties of the former position are administratively absorbed into the new position, and the former position is abolished.)<br><br>☐ the additional duties and responsibilities assigned to or accrued by the incumbent do not adversely affect or impact the grade-controlling duties and responsibilities of other positions within the unit. |

| | |
|---|---|
| **Policy: (continued)** | ☐ the accretion is supported by an analysis of the position (which may involve an audit with the employee, the employee's supervisor or other fact-gathering method.) While evaluation statements are not *required*, they are strongly encouraged.<br><br>☐ the redescribed position has no known promotion potential beyond the grade of the proposed non-competitive promotion.<br><br>**Note:** Analysis of a position may involve a desk audit. While desk audits are not required, staff should exercise sound judgment in deciding when an audit may be required to gather additional information necessary to determine the appropriate title, series, and grade of the position. |
| **Guidance on Changing Series:** | It is unlikely, but not impossible, for an employee to change series in an accretion-of-duties promotion. When an accretion of this type does happen, care must be exercised to ensure that the duties of the old position are absorbed into the new position. |
| **Example #1: Permitted Series Change** | **Example:** An Office Automation Assistant, GS-326-5 might accrete to a Secretary (Office Automation), GS-318-6, with no promotion potential.<br><br>**Explanation:** In this example, the "office automation work" has "grown" or "evolved" into a secretarial position. The office automation work of the former position still continues to be a part of the new position and is not only absorbed into the secretarial position, but is also reflected in the title of the new position. |
| **Example #2: Prohibited Series Change** | **Example:** An Environmental Scientist, GS-1301-12, could not accrete into an Environmental Protection Specialist, GS-028-13 position.<br><br>**Explanation:** Positions in the 1301 occupational series have a positive education requirement, and perform scientific work. Positions in the 028 occupational series do not have such a positive education requirement and do not perform scientific work. Consequently the scientific duties of the old position could not have "grown" or "evolved" into the non-scientific "EPS duties" nor could they be administratively absorbed into the new position. |
| **Guidance on Changing from a One-Grade to a Two-Grade-Interval Series:** | It is very unlikely that an accretion from a one-grade-interval position to a two-grade-interval position would occur because of the inherent differences in the nature of the work. The maximum promotion potential for one-grade-interval positions is typically lower than that for the majority of two-grade-interval positions. |

Tab F-6 p. 2

| | |
|---|---|
| **Guidance on Accreting from an Inter-disciplinary Position:** | When an employee is in an interdisciplinary position (e.g., Environmental Scientist/Environmental Engineer) and is accreted, the position they are accreted into should only reflect the title and series of the work being performed by the person accreted. This is due to the fact that the basis for accreting the incumbent is based on the body of work they are performing; consequently there is no basis for supporting another occupational series. |
| **Prohibition Against Accreting to a Supervisory Position:** | An employee cannot accrete from a non-supervisory position to a supervisory position. The supervisory responsibilities of a position are separate and distinct from the non-supervisory responsibilities of a position and cannot be seen to have "grown" or "evolved" from them. Such positions should be advertised (or filled through some other mechanism such as reassignment). |
| **Prohibition Against Accreting to a Team Leader Position:** | An employee cannot accrete to a higher-graded position based solely on "team leader" duties. As is the case with the prohibition against accreting to a supervisory position, the team leader responsibilities of a position are separate and distinct from the non-team leader responsibilities and cannot be seen to have "grown" or "evolved" from them. This prohibition is also based on the fact that the "constructed grade" for a team leader position is quantifiable only in terms of "one grade over the base level of the team led" and not based on the duties themselves. Such positions should be advertised. |
| **Guidance on Accretions Based on the "Impact of the Person on the Position":** | The following excerpts are from the "*Introduction to Position Classification Standards*": <br><br>*The duties and responsibilities of a position may change over time. For the most part these changes result from reorganizations, new or revised organizational responsibilities or missions, and changes in the technology. Sometimes, however, the unique capabilities, experience or knowledge a particular employee brings to the job can also have an effect on the work performed and therefore on the classification of the position.* |

| | |
|---|---|
| **Guidance on Accretions Based on the "Impact of the Person on the Position":** (continued) | *Job changes resulting from the individual impact of an employee should be recorded to distinguish the position from descriptions of other positions.*<br><br>*When a position which has been affected by the impact of an individual has been vacated, it should normally revert to its original classification.* |
| **Where to Find Additional Information on "Impact of the Person on the Position":** | Information on how the "impact" of a person may affect a position is sometimes included as part of a classification standard (such as the GS-905 Attorney series) or in a guide (such as the "Interaction of the Research Situation and the Researcher" section of the "Research Grade Evaluation Guide"). Additional information can be found in our policy on incumbency allocations. |
| **Submission of Accretion Requests:** | Recommendations for effecting accretion-of-duties promotions will be submitted to the servicing Human Resources Office which has the authority to approve or disapprove such requests. |
| **Required Documentation:** | To insure consistency in documenting accretion-of-duties promotions, the following documents are required:<br><br>☐ the SF-52 request for promotion including the signatures of the appropriate program office officials;<br><br>☐ the position description reflecting the proposed position (with coversheet)<br><br>☐ a memorandum from the supervisor to the servicing Human Resources Officer documenting why an accretion of duties is appropriate. (At the discretion of the servicing Human Resources Officer, a questionnaire may be used for this purpose, provided that it is signed by the supervisor);<br><br>☐ **EITHER:** the coversheet of the new position description must have a note with language similar to the following: *"This position was classified through accretion of duties procedures and meets the requirements of EPA's Merit Promotion Plan".*<br>**OR:**<br>you may use a decision memorandum to document the approval of the accretion of duties (see Appendix #3 for a sample) or both. |
| **Location of Required Documentation:** | The supporting documentation (except for work samples, which can be quite voluminous) must be attached to the original position description of record, which must be kept on file. |

Tab E-6 p. 4

| | |
|---|---|
| **Supplemental Documentation:** | The following documentation, while not required, is strongly recommended:<br><br>☐ notes from desk or supervisory audits;<br><br>☐ evaluation statements (especially when the accretion results in a change of title and series);<br><br>☐ similar form of documentation (as determined at the local level by the servicing Human Resources Officer); |
| **Documentation Required for "Impact" Accretions:** | If the request for promotion via accretion of duties is based on "impact", the phrase *"Accretion based on impact of the person on the position"* must also be noted on the PD coversheet. |
| **Replacement for Accretion Files:** | The previous PMM required that a copy of the documentation required to support an accretion-of-duties promotion were to "be kept in a subject matter file for future review by OPM or the EPA PME staff." In support of the Agency's desire to move towards a "paperless office," this is no longer required. Appendix #1 of this bulletin contains a computer program that can produce a report of accretion-of-duties promotions from data already available in the EPAYS system. Appendix #2 contains instructions on running the accretion-of-duties report. Human Resources Officers and Human Resources Staff Directors can use this report (which includes organization codes) as a "pointer" to guide any inquiries or reviewers to where the original documentation is located in the PD books. HROs and HRSDs may also find this report useful as a way of identifying and analyzing local trends in accretion-of-duties promotions. |
| **Prohibition Against Using the Accretion Process Solely for Reasons of "Expediency":** | Advertising an action through Merit Promotion can take longer than processing an action as an accretion-of-duties. Because of this desire to reduce "process time", accretions are sometimes seen as a more desirable approach in the name of "customer service". OPM recognizes that the shorter time necessary to process an action *may make it appear* to be a more desirable approach. Customer service, while a noble goal, must take place within the framework of Merit Principles, the Agency's Merit Promotion Plan, and the conditions as stated in the "policy" portion of this document. |

| | |
|---|---|
| **Guidance on "Back-to-Back" Accretions:** | Promoting an individual more than once through an accretion of duties can sometimes create the appearance of a violation of merit principles. Human resource professionals can reduce the "perception problem" when reviewing an accretion request by reviewing established career ladders, asking questions about a position's career growth, and by advising program officials in situations where advertising a position may be more appropriate. Sometimes, as in the case of a position that has grown to require expertise at the regional level, it is not always possible to predict that the work of the same position will evolve further and require national expertise, and a second promotion via accretion of duties may be warranted. Such evolution typically takes longer than the requirement to have "a year of specialized experience" and may take two or three years. Such growth should be well documented in the promotion request. |
| **Appendices:** | There are three appendices attached to this policy bulletin:<br><br>☐ Appendix 1: FOCUS program to run accretion-of-duties reports<br><br>☐ Appendix 2: Instructions for running the accretion report<br><br>☐ Appendix 3: Sample accretion memo (specialist to HRO) |
| **Approving Signature:** | <br><br>_____    _____<br>David J. O'Connor, Director    Date<br>Office of Human Resources and Organizational Services<br><br>Attachments |

Tab _F-6_ p. _6_

**Appendix #1: Computer Program for Use in Tracking Accretions:**

This is the computer program to use to produce a report of accretion-of-duties promotions from data already available in EPAYS:

| LINE | COMPUTER PROGRAM TEXT |
|---|---|
| 1 | TABLE FILE NOAC |
| 2 | PRINT NAME |
| 3 | POS_TITLE AS 'TITLE' |
| 4 | SERIES AS 'SER' |
| 5 | GRLV AS 'GRADE' |
| 6 | POS_NUM AS 'PD #' |
| 7 | EFF_DT |
| 8 | BY ORGCD SKIP-LINE |
| 9 | IF NOAC_CD EQ 702 |
| 10 | IF AUTH1 EQ N7M |
| 11 | IF ORG14 EQ &ORG14 |
| 12 | HEADING CENTER |
| 13 | "Accretion-of-Duties Promotions During FY " |
| 14 | " " |
| 15 | END |

| Appendix #2: Running the Accretion Report | Here are the steps to follow to run the report on accretion-of-duties promotions, using the computer program provided in the Appendix #1. Follow these steps after you have logged into the IBM Mainframe and screen displays the "Personnel Management System" menu: |
|---|---|

| Step | Screen Will Display | Type In |
|---|---|---|
| 1 | 10 menu items to choose from | 10  [the "FOCNOAC" option, to access NOAC data] |
| 2 | different fiscal years to choose from | [the number that corresponds with the fiscal year for which you want data] |
| 3 | the year(s) you selected | [hit the enter or control key to move to the next prompt] |
| 4 | a > prompt | **OFFLINE** |
| 5 | a > > prompt | **EX ACCRETE** |
| 6 | an **ORG14 =** prompt | [Type in the 4 digit org code for the appropriate AAship or Region] |
| 7 | OFFLINE... and a > prompt | **FIN** |
| 8 | a **READY** prompt | **FOCOFF** |
| 9 | **ENTER REMOTE NUMBER** | [your remote number] |
| 10 | **ENTER YOUR BIN NUMBER** | [your bin number] |
| 11 | **ENTER SYSOUT CLASS** | [ignore this command. Continue to hit the enter or control key until **READY** prompt appears] |
| 12 | **READY** | **LOGOFF** |

The report can then be retrieved from your bin

Tab _F-b_ p. _8_

**Appendix 3:
Sample
Accretion Memo**

**MEMORANDUM**

**SUBJECT:** Accretion of Duties for Mr. John Q. Public to an Environmental Protection Specialist, GS-028-12

**FROM:** Joan Jones
Personnel Management Specialist

**TO:** Jane Doe
Human Resources Officer

This memorandum is in response to the attached "Request for Personnel Action" (SF-52) to promote Mr. John Q. Public from an Environmental Protection Specialist, GS-028-11 to an Environmental Protection Specialist, GS-028-12. The subject position is located in the Environmental Protection Division, Office of Environmental Analysis, Region 12.

Using information provided by the program and applying the appropriate position classification standards and guides, the position is classifiable as an Environmental Protection Specialist, GS-028-12. Documentation supporting this accretion is attached.

Mr. Public will continue to perform his current duties, will continue to be assigned to the same organization and will have the same supervisor. Therefore, in accordance with the criteria outlined HR Policy Bulletin 335-1 and the Merit Promotion Plan, this action should be processed as an accretion of duties. This promotion action for Mr. Public to an Environmental Protection Specialist, GS-028-12, will take place as an exception to the Merit Promotion Plan.

Approval:_____  _____
  Human Resources Officer                Date


Disapproval:_____  _____
  Human Resources Officer                Date

Attachments

Tab ___F-L___ p. 9