Woods v. Johnson,
Civil Action No. 06-1460(HHK)
Ex. 8

# United States Environmental Protection Agency
## POSITION DESCRIPTION COVERSHEET

| | | 1. DUTY LOCATION | 2. POSITION NUMBER |
|---|---|---|---|

| 3. CLASSIFICATION ACTION: | a. Reference of Series and Date of Standards Used in Classifying Position | | | | | |
|---|---|---|---|---|---|---|
| | b. Title | c. Service | d. Series | e. Grade | f. CLC |
| Official Allocation | | | | | |
| 4. SUPERVISOR'S RECOMMENDATION | Environmental Protection Specialist | GS | 0028 | 14 | |

| 5. ORGANIZATIONAL TITLE OF POSITION (if any) | 6. NAME OF EMPLOYEE   Brian Dyer |
|---|---|

**7. ORGANIZATION (give complete organizational breakdown)**

| a. U. S. ENVIRONMENTAL PROTECTION AGENCY | e. Case Development, Policy & Enf. Branch |
|---|---|
| b. Office of Enforcement & Compliance Assurance | f. Eastern Regions |
| c. Office of Regulatory Enforcement | g. |
| d. Water Enforcement Division | h. EPAYS Organization Code   22452000 |

**8. SUPERVISORY/MANAGERIAL DESIGNATION**

- [ ] [S] First or Second level supervisor: An individual who performs supervisory work and managerial responsibilities that require accomplishment of work through combined technical and administrative direction of others and meets the requirements for coverage as described in the General Schedule Supervisory Guide.
- [ ] [A] An individual (as defined in Section 7103(a)(10) of Title V of the U.S. Code) who is authorized to hire, direct, assign, promote, reward, transfer, lay off, suspend, discipline, or remove one or more employees, or effectively recommend such action. The exercise of this responsibility is not routine or clerical in nature, but requires the consistent exercise of independent judgment.
- [ ] [M] A manager who directs the work of an organization; is accountable for the success of line or staff programs; monitors, evaluates, and adjusts program activities; and performs the full range of duties outlined in the General Schedule Supervisory Guide. May also include deputies who fully share responsibility for managing the organization or who serve as an alter ego to the manager.
- [ ] [B] A management official (as defined in Section 7103(a)(11) of Title V of the U.S. Code) who formulates, determines or influences an organization's policies. This means creating, establishing, or prescribing general principles, plans, or courses of action for an organization; or bringing about a course of action for the organization. Management officials must actively participate in shaping the organization's policies not just interpret laws and regulations give resource information or recommendations or serve as experts or highly trained professionals who implement or interpret the organization's policies and plans.
- [ ] [T] "Team Leader" This position meets the requirements for coverage under Part II of the Work Leader Grade Evaluation Guide.
- [X] [N] None of the above applies. This is a non-supervisory/non-managerial position.

**9. SUPERVISORY CERTIFICATION** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships and that the position is necessary to carry out governmental functions for which I am responsible. The certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | d. Typed Name and Title of Second-Level Supervisor |
|---|---|
| Carl Eichenwald, Eastern Branch Chief | Ann Pontius, Director |
| b. Signature | c. Date  1/7/07 | e. Signature | f. Date  1/7/07 |

**10. OFFICIAL CLASSIFICATION CERTIFICATION**

| a. ☐ This position has no promotion potential. ☐ If position develops as planned and employee progresses satisfactorily, this position has known promotion potential to grade: ___ | b. Fair Labor Standards Act  ☐ Nonexempt  ☐ Exempt | c. Functional Code |
|---|---|---|
| d. Bargaining Unit Code | e. Check, if applicable:  ☐ Medical Monitoring Required  ☐ Extramural Resources Management Duties (___% of time)  ☐ This position is subject to random drug testing ( ) | f. Signature | g. Date |

**11. REMARKS**

Environmental Protection Specialist GS 028-14 (Nonsupervisory)
Eastern Enforcement Branch
Toxics and Pesticides Enforcement Division
Office of Regulatory Enforcement

I. Introduction

    The Eastern Enforcement Branch is located in the Toxics and Pesticides Enforcement Division, Office of Regulatory Enforcement. The major function of the Branch is case development and litigation in relation to the enforcement of the Emergency Planning and Community Right-To-Know Act (EPCRA), Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), and Toxic Substances Control Act (TSCA). The Branch functions include:

o   The establishment of national case development procedures involving cases originating at headquarters, the regions, and states.

o   The oversight of regional and state case development and litigation programs for legal sufficiency and effectiveness.

o   The provision of technical support to the states, regions, and Department of Justice in the development and prosecution of cases.

o   The development, issuance, and litigation of cases involving issues of first impression or national significance.

II. Supervisory Control

    Incumbent serves as the national expert for FIFRA, TSCA, and EPCRA enforcement program issues under the general direction of the Chief, Eastern Enforcement Branch. As national expert, incumbent advises the Branch Chief concerning complex problems impacting the efficiency of high visibility national enforcement programs under all environmental statutes and exercises' broad latitude in identifying solutions and implementing actions to resolve these problems. Work priorities are determined by the incumbent. Guidance is available from supervisors on request. Completed work is assessed in terms of meeting broad objectives in conformance with law and policy.

    This Branch has direct responsibility for providing assistance and coordination in all regional activities relating to enforcement case development and litigation under EPCRA, TSCA, and FIFRA. The Branch is also responsible for assisting other Agency offices to investigate violations of other environmental statutes through the use of TSCA subpoena authority and resolve enforcement problems impacting program, and regional offices. More specifically, the incumbent:

3

E. Incumbent screens files which contain information relating to the testing, manufacture, processing, distribution, sale, use and disposal of pesticides, devises, and chemical substances. Screening includes: evaluation of the adequacy of the evidence and whether or not all elements of nay violation have been established; assessment of any outstanding case issues in light of recent initial decisions and court rulings; determination of the type and level of enforcement action to be issued, if any; preparation of the written case review; establishment of case priorities and schedules; and issuance of the enforcement action.

F. Incumbent reviews' responses to enforcement actions, attends hearings, evaluates explanations for the violations, corrective actions taken and assurances that the violation will not recur, identifies unresolved problems and questions and prepares meaningful answers.

G. Coordinates enforcement actions with the regions/states in recall, seizure and stop sale, use or removal actions.

H. Reviews regional activities to determine adequacy of enforcement case development efforts. Resolves regional and interregional enforcement problems. Implements the coordination of enforcement case procedures. Prepares reports on current Regional enforcement activities.

I. Provides technical and administrative support to regional and state personnel regarding: case development and procedures under FIFRA, TSCA, and EPCRA regulations. Coordinates scientific evidence of the significance of the violations. Informs regions about interregional activities, congressional inquires and trade complaints.

J. Provides information and evidence to regional personnel regarding chemical substances that are subject to the provisions of TSCA and FIFRA. Advises the region on the feasibility of immediate enforcement actions without additional scientific evidence.

K. Reviews copies of regional pesticides and toxic substances enforcement cases and correspondences to maintain a consistent national enforcement case development policy. Assists in the development of national policies and procedures for enforcement case development litigation.

L. Makes periodic visits to the regions to discuss implementation of new programs and to discuss and solve regional enforcement problems, if any. Acts as or assists regional representative when industry conferences are held with the Office of Pesticides Programs or the Office of Pollution Prevention and Toxics in connection with enforcement activities.

M. Monitors chemical and biological laboratory tests and reviews made by the evaluation staffs to assure that uniform standards of enforcement are maintained for all classes of pesticides and toxic substances.

4

N. Cooperates with the Office of General Counsel and the Justice Department in the development of case files that are subsequently used for prosecution.

IV. Qualifications

A thorough knowledge of EPCRA, FIFRA, and TSCA (Title I and II), their related rules and regulations, pertinent court decisions and practices of the regulated community including the numerous types of chemical releases, pesticides, and chemical substances within the purview of these statutes.

A high degree of alertness and flexibility are required in order to cope with the changing technology of the regulated community and the unusual and complex problems that arise.

A thorough and complete knowledge of the procedures for initiating civil administrative and other legal actions against firms found to be in violation of EPCRA, FIFRA, and TSCA, is required.