Woods v. Johnson,
Civil Action No. 06-1460(HHK)
Ex. 9

# COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
## BECAUSE OF
## RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, OR RETALIATION
*(Please type or print)*

(FOR AGENCY USE)

**1. YOUR (COMPLAINANT'S) FULL NAME:** Rebecca Lynn Woods

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
HOME PHONE: [redacted]
WORK PHONE: (202) [redacted]

**STREET ADDRESS (OR POST OFFICE BOX NUMBER):** [redacted]
**CITY / STATE / ZIP CODE:** [redacted]

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☒ YES (ANSWER A, B, C AND D BELOW)
☐ NO (CONTINUE WITH QUESTION 5)

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?**
*(Prepare a separate complaint form for each office.)*
Toxics & Pesticides Enforcement Div

**A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:** Toxics & Pesticides Enforncement Div.

**B. STREET ADDRESS OF OFFICE:** 1200 Pennsylvania Avenue, N.W.

**C. CITY / STATE / ZIP CODE:** Washington, DC 20460

**A. NAME OF AGENCY WHERE YOU WORK:** Environmental Protection Agency

**B. STREET ADDRESS OF YOUR AGENCY:** 1200 Pensylvania Avenue, N.W.

**C. CITY / STATE / ZIP CODE:** Washington, DC 20460

**D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB?** Environmental Protection Spec. GS-0028-13 (step 10)

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
MONTH: 2   DAY: 12   YEAR: 2004

**6. NAME AND ADDRESS OF REPRESENTATIVE:** See attached Authorization

**7. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST. BECAUSE OF YOUR:**
☐ RACE, IF SO, STATE YOUR RACE ___
☐ COLOR, IF SO, STATE YOUR COLOR ___
☐ RELIGION, IF SO, STATE YOUR RELIGION ___
☒ SEX, IF SO, STATE YOUR SEX  female
☐ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN ___
☒ AGE, IF SO, STATE YOUR DATE OF BIRTH [redacted]-49
☐ DISABILITY, IF SO, STATE YOUR DISABILITY ___
☐ RETALIATION, IF SO, STATE YOUR CHARGE ___

*(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time of the alleged discriminatory actions.)*

**8. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, OR RETALIATION. *(For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)*

I have been discriminated against on account of my sex and my age in that I have been denied promotion to the GS-14 level in my career field. While this discriminatory situation has been going on for some time, on February 12, 2004 I first learned that two of my young male colleagues were recieving promotions to the GS-14 level without any competition or even a posted vacancy announcement.

**9(a). I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR:**
☒ YES   ☐ NO   on February 20, '04

**9(b). NAME OF COUNSELOR:** Gloria C. Wilson

**10. WHAT CORRECTIVE ACTION ARE YOU SEEKING?** *(If additional space is needed, use separate sheet.)* (1) Promotion to the GS-14 [re]troactive two years with full back pay; (2) damages; (3) att'ys' fees

**11. DATE OF THIS COMPLAINT**
MONTH: March   DAY: 30   YEAR: 2004

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:** *[signature: Rebecca Woods]*

Tab A  p. 1-2

## AUTHORIZATION OF REPRESENTATION

I, Rebecca Lynn Woods, of 1622 Mount Eagle Place, Alexandria, Virginia 22302 (Tel. (H) 703-998-4087; (W) 202-564-4179), hereby authorize the law firm of Swick & Shapiro, P.C., 1225 Eye Street, N.W., Suite 1290, Washington, D.C. 20005 (Tel. 202-842-0300; FAX 202-842-1418), and David H. Shapiro and Richard L. Swick and the other lawyers associated with that law firm, to represent me in connection with my administrative EEO complaints based on sex and age discrimination against the U.S. Environmental Protection Agency ("EPA"). Thus, I also hereby authorize Mr. Shapiro, Mr. Swick, and the other attorneys associated with the law firm of SWICK & SHAPIRO, P.C., to receive and review any and all records in the custody of the EPA and to take any action with regard to my EEO administrative complaint as fully as I myself may receive and review such records and/or take such actions.

3/26/04
Date

Rebecca Lynn Woods

Tab A p. 2