Woods v. Johnson,
Civil Action No. 06-1460(HHK),
Ex. 10



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

MAY 4 2004

OFFICE OF
CIVIL RIGHTS

**Return Receipt Requested**
7002 2410 0004 4323 7890

Mr. David H. Shapiro
SWICK & SHAPIRO, PC
1225 Eye Street, NW
Suite 1290
Washington, DC 20005

**In Reponse Refer To:**

Rebecca L. Woods
Discrimination Complaint Number:
2004-0042-HQ

Dear Mr. Shapiro:

On March 30, 2004, your client filed the above referenced discrimination complaint against the U.S. Environmental Protection Agency (Agency). In her discrimination complaint, she raised the following:

STATEMENT OF CLAIM

Whether she was discriminated against on the bases of sex (female) and age (DOB: ████ 949) when on February 12, 2004, she learned she would not be promoted to the GS-14 grade level.

ACCEPTANCE OF CLAIM

Your client's claim is accepted for investigation and will be assigned to an EEO Investigator. The EEO Investigator is authorized to contact all parties concerned; to review all situations precipitating the complaint; to require the cooperation of all employees; and to take testimony from your client and other witnesses in the form of affidavits or sworn statements.

To avoid possible dismissal of your client's entire discrimination complaint for failure to prosecute, your client should promptly acknowledge receipt of all certified mail; provide the Office of Civil Rights with any change of address; cooperate with the EEO Investigator in the conduct of the investigation; and, if a hearing is requested, proceed with the hearing without undue delay. Failure to cooperate may result in dismissal of your client's discrimination complaint, pursuant to 29 C.F.R. section 1614.107(a)(7).

Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable - Printed with Vegetable Oil Based Inks on Recycled Paper (Minimum 20% Postconsumer)

Tab C 2

If your client has questions concerning this matter, please contact Betty Harderman at (202) 564-7268.

Sincerely,

*Ronald B Ballard*

Ronald B. Ballard
Assistant Director

cc:   Rebecca L. Woods
      1622 Mount Eagle Place
      Alexandria, VA 22302