

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JAN - 8 2004

OFFICE OF
ENFORCEMENT AND
COMPLIANCE ASSURANCE

## MEMORANDUM

SUBJECT: Promotion of Tony Ellis to GS-14

FROM: Walker B. Smith, Director *WBS*
Office of Regulatory Enforcement

TO: John Peter Suarez, Assistant Administrator
Office of Enforcement & Compliance Assurance

I recommend that you promote Tony Ellis from GS-13 Environmental Protection Specialist to GS-14 EPS through accretion of duties. Tony has been involved with pesticides and toxic substances enforcement for nearly twenty years and is currently functioning at the GS-14 level. He is nationally recognized as one of the foremost experts in TSCA enforcement. Tony provides expert scientific and technical support for the TSCA enforcement programs to the Regional enforcement staff and managers. Tony has shown leadership abilities in handling critical issues, several of which are cited below.

Tony Ellis's technical expertise has been immensely valuable in developing cases involving "Core TSCA", in particular the TSCA § 8(e) Compliance Audit Program (CAP), the TSCA § 8(a) Inventory Update Rule, and the Agency's first corporate-wide Audit Policy cases. Tony developed EPA's first sector-wide enforcement agreement in 1995, in which 62 cases were filed involving over 200 natural gas processing facilities. In 1996 this initiative was cited as exemplary in the President's Reinventing Environmental Regulation Progress Report, as it was the first time that the Agency worked in concert with an industry association to develop a national, uniform agreement which successfully resolved multiple actions. Tony was instrumental to the success of the TSCA § 8(e) CAP in 1996, whereby the Toxics and Pesticides Enforcement Division (TPED) issued and settled over 120 cases, collecting over $22 million in penalties. This one-time voluntary compliance program resulted the Agency receiving over 11,000 reports on adverse chemical effects and provided incentives for companies to participate by substantially mitigating penalties. Over the past four years Tony has been instrumental in other enforcement initiatives involving TSCA § 12(b) reporting as well as the Inventory Update Rule. In FY02 - 03, Tony has been involved on two TSCA initiatives which resulted in improved compliance reporting rates for hundreds of asphalt manufacturers and chlorine manufacturers.

2

Tony has been a leader in the development and implementation of the Core TSCA Enforcement Center (CTEC) in Denver. He was the prime contributor to the Core TSCA Operations Manual, and he schedules, develops and leads the monthly TSCA conference call among the CTEC staff, OPPT, and the Regions. Regions frequently consult with Tony on technical case issues, and he is a technical expert on Core TSCA enforcement initiatives, such as the border initiative under TSCA §§ 12 and 13 which Tony is currently developing. Tony provides valuable enforcement case assistance to every Region and assists the Regions with specific targeting information, case referrals, technical program support, and policy interpretations. On several occasions Regions have requested that Tony testify as an expert witness on the TSCA Enforcement Response Policy.

For FY03, Tony has done more audit cases than any other TPED staffer. He is consistently one of TPED's top case producers. He is very proficient in drafting Part 22 settlements in Core TSCA, and has been a principal player and negotiator in settlement agreements. He also is proficient in drafting corporate-wide agreements, which typically involve a timely and thorough review of a company's audit report, assessing penalties associated with violations reported, and preparing a CAFO. In addition to Core TSCA work, Tony has also volunteered to work on pesticide e-commerce cases in order to broaden his horizons. He does an outstanding job on the cases assigned to him.

Tony is instrumental in helping TPED organize and track enforcement data, thus enabling TPED to use data to make better informed targeting and enforcement choices. He has served as TPED's Document Control Officer for several years, responsible for maintaining security for all TSCA CBI documents. This is a continuous task that requires organizational skills and a knack for details – something Tony exhibits in all of his work.

Over the years, Tony has gained extensive experience in the development, issuance, and settlement of a wide range of administrative enforcement actions including civil and criminal cases, stop sales, recalls, import detention, and subpoenas. His regulatory experience includes all of the toxic substance chemical regulations under TSCA, FIFRA, and EPCRA. Also, Tony has presented numerous briefings and made recommendations to TPED's Division Director, Office Director, and on occasion, the Assistant Administrator on significant TSCA issues.

Tony is often invited to speak at outside engagements on specific and general enforcement issues and has given numerous presentations at various annual conferences and case development training courses. Tony has been involved in various Agency workgroups, where he is valued for his knowledge of enforcement and regulatory programs. Tony has served as TPED's representative a number of times in reviewing Regional TSCA, FIFRA, and EPCRA enforcement programs. The Regional reviews typically involve evaluating the

3

strengths and weaknesses of the Regional enforcement programs and a detailed case review of several pending and completed enforcement actions, in addition to interviewing Regional staff and managers.

The Toxics and Pesticides Enforcement Division relies upon Tony's practical experience in the review and evaluation of chemical data. His advice, initiative and help has been invaluable to the Division. Tony's work has been outstanding in all respects and we are confident that this level of performance and commitment to professionalism will continue. His technical knowledge and experience is not only invaluable to his colleagues, but is used to mentor and teach law clerks and summer interns that participate in our summer internship program. <u>For the above reasons, TPED managers and I recommend that he be awarded a promotion to the GS-14 level as senior technical expert in toxics and pestcides enforcement, effective immediately.</u>



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

JAN - 8 2004

OFFICE OF
ENFORCEMENT AND
COMPLIANCE ASSURANCE

## MEMORANDUM

SUBJECT: Promotion of Brian T. Dyer

FROM: Walker B. Smith, Director [signature]
Office of Regulatory Enforcement

TO: John Peter Suarez, Assistant Administrator
Office of Enforcement & Compliance Assurance

I recommend that you promote Brian Dyer from GS-13 Environmental Protection Specialist to GS-14 Environmental Protection Specialist through accretion of duties. Brian has been involved with toxic substances and pesticide regulation, compliance and enforcement for over 13 years, and is currently functioning at a GS-14 level. He is nationally recognized as one of the foremost experts in FIFRA, particularly import and export, case development and enforcement. Brian provides expert technical support for the TSCA and FIFRA enforcement programs to the Regional enforcement staff and managers. He also works on special projects, including environmental justice, ecosystem protection, endangered and threatened species issues, and transboundary issues.

Brian has shown his leadership abilities in handling critical issues, several of which are cited below:

1. Brian has extensive and varied case development experience. While he continues to play a key role in the enforcement of the core requirements of FIFRA, his duties in the pesticides enforcement program have extended to implementation and enforcement of the antimicrobial enforcement testing program, EPA's FIFRA Good Laboratory Practice Standards (GLPS), EPA's pesticide import and export requirements, the FIFRA Worker Protection Standards (WPS) and adverse effects reporting requirements under FIFRA 6(a)(2). Brian's outstanding case development expertise is exemplified by his work concerning recent significant administrative actions involving corporations in violation of pesticide import and export requirements. These actions have drawn national attention to these important requirements, and we are currently witnessing a significant increase in self-disclosures and industry tips as a result. The speed and accuracy with which

2

    he has been able to review, issue, and settle these and other matters speaks to his exceptional case development capabilities and superior negotiating skills in this critical area of environmental protection. Brain has successfully taught several generations of new attorneys, law clerks and interns and taught them the ropes of working in administrative cases.

2. Brian stepped forward as case development officer for the AIMCO TSCA lead-based paint case as part of the EPA/HUD/DOJ negotiating team that secured a settlement guaranteeing that more that 100,000 housing units would be lead-safe. Despite having no prior experience in the TSCA lead-based paint program, Brian quickly developed substantive expertise in the program and consistently ensured that the AIMCO settlement was on the best terms for the Agency. AIMCO, with $15 billion in assets, is the industry leader in property ownership and management. The AIMCO settlement has set the bar for using TSCA lead-based paint administrative enforcement to actually reduce environmental risk and make meaningful differences in people's lives.

3. Brian has taken on the lead role in the FIFRA Import/Export practice group. This practice group has strengthened EPA's national infrastructure responsible for the oversight of the import and export of pesticides. The practice group has fostered better communication among members of EPA's transboundary practice group, comprised of EPA regional transboundary staff, our colleagues at the Bureau of Customs and Border Protection (formerly the U.S. Customs Service), and the various EPA HQ offices sharing responsibility for oversight of pesticide import and export requirements. The Transboundary practice group is developing incentives for self-policing, to encourage use of EPA's Audit Policy, and to provide for an effective deterrent to noncompliance through fair and effective enforcement actions where warranted.

4. Brian has served as TPED's web content master. In doing so, he has been at the forefront in creating quality web content. The information and organization of information he created for the AIMCO case resolution has created a template for an effective web page which is routinely used by others.

5. In connection with the enforcement of TSCA, Brian has participated in three national case initiatives involving companies that failed to provide the EPA with TSCA inventory update forms. Brian also has been involved in the issuance and settlement of several TSCA Section 5 cases that ultimately included Supplemental Environmental Projects. These projects involved environmental audits that brought about an increased level of compliance with Agency regulations and allowed the agency to conserve valuable enforcement resources. Brian's involvement in the 8(e) Compliance Audit Program initiative included the oversight of over twenty corporations with penalties totaling in excess of $4.5 million.

3

6. Brian developed the most recent version of the Enforcement Case Review (ECR) Data Base. The current version, which due to Brian's efforts, resides on a single compact disc, contains summaries of over 2,200 technical and regulatory evaluations submitted by EPA regional offices and completed by the Office of Pesticide Programs in conjunction with TPED. The data base provides EPA regional offices, TPED, and OPP with a convenient tool for determining the Agency's position on specific pesticides enforcement-related topics, thus promoting national consistency in FIFRA enforcement.

7. Brian gained valuable inter-agency experience during an investigation of a crisis involving dioxin in poultry. In the Agency's attempt to determine the source of the dioxin contamination, Brian assisted with the coordination of multi-agency inspections, the development of sampling protocol and the analysis of test results. His successful dealings with representatives of USDA and FDA resulted in identifying the sources of contamination and removing contaminated the products from the marketplace.

8. Brian has developed substantial expertise in data analysis and interpretation. With our increasing use of data to drive both broad-scope priority setting and specific targeting, his aptitude has been a valuable resource to TPED's management team and he has been a coach and consultant to the division staff as they better integrate data-driven decision making into their everyday activities.

Brian's work has been outstanding in all respects and we are confident that this level of performance and commitment to professionalism will continue. His technical knowledge and experience is not only invaluable to his colleagues, but is used to mentor and teach law clerks and summer interns that participate in our summer internship program. <u>For the above reasons, TPED managers and I recommend that he be awarded a promotion to the GS-14 level as senior technical expert in toxics and pestcides enforcement, effective immediately.</u>