REVISED 4/28/04

Woods v. Johnson,
Civil Action No. 04-1460(HHK)
Ex. 13

## AFGE/EPA FLEXIPLACE APPLICATION FORM

Employee Name _Rebecca L. Woods_ Telephone Ext. _4179_ Mailcode _2245-A_
Job Title/Series/Grade _Environmental Protection Specialist_
Division/Office _OPE/TPED_
___ New Request  _✓_ Change Request  ___ Annual Recertification

Home/Alternate Work Site Address _1622 Mount Eagle Pl, Alexandria, VA 22302_
Home/Alternate Work Site Telephone ▓▓▓▓▓▓▓▓▓▓▓ Fax _____
First Line Supervisor _Carl Eichenwald_ Telephone Ext. _5644036_
Type of Flexiplace _✓_ Regular  ___ Episodic  ___ Medical
Number of days/duration of Flexiplace requested _~~every other~~ one day per week / 9 hrs_

Description of work to be performed at Alternate Duty Station:

_Activities pertaining to enforcement in program area._

_✓_ I certify that I received at least a Fully Successful or Pass performance appraisal rating
_✓_ I certify that I have work space at the alternate work location suitable for performing work.
_✓_ I certify that I am willing to sign and abide by the Flexiplace Program Work Agreement.

___ If request is for medical flexiplace, medical documentation justifying the reason for the request and the projected duration that it will be needed is attached to the application.

Employee Signature _Rebecca L. Woods_ Date _4-28-04_

*********************************************************************

### ACTION ON APPLICATION

Approved _____    Disapproved _____

Specific Reason for Disapproval: _____
_____

Supervisor's Signature _____    Date _____

Approving Official's Signature _____    Date _____

NOTE: A copy of this form should be maintained by the employee, the supervisor and a copy sent to the appropriate Flexiplace Coordinators.

Appendix (1)

# EMPLOYEE SELF-CERTIFICATION SAFETY CHECKLIST

*The following checklist is designed to assess the overall safety of the AWL and must be completed, signed and given to your supervisor with your application for the Flexiplace program.*

| | Yes | No | WA | Comments |
|---|---|---|---|---|
| 1. Is the space free of asbestos material? | ✓ | | | |
| 2. If NO, is the asbestos undamaged and in good condition? | | | | |
| 3. Does the space appear to be free of indoor air quality problems? | ✓ | | | |
| 4. Is the work space free from excess now? | ✓ | | | |
| 5. Is water available and drinkable in the space? | ✓ | | | |
| 6. Is ventilation adequate? | ✓ | | | |
| 7. Is a bathroom available with hot and cold running water? | ✓ | | | |
| 8. Are there handrails for stairs with more than 3 steps? | ✓ | | | |
| 9. Are circuit breakers/fuses in the electrical panel labeled as to intended service? | ✓ | | | |
| 10. Do circuit breakers clearly indicate if they are opened or closed? | ✓ | | | |
| 11. Is electrical equipment free of recognized hazards that would cause physical harm (for example, frayed wires, bare conductors, loose wires, exposed wires fixed to the ceiling, a rat's nest of plugs in a single outlet and so on)? | ✓ | | | |
| 12. Will the building's electrical system permit the grounding of electrical equipment? | ✓ | | | |
| 13. Are aisles, doorways and corners free of obstructions to permit visibility and movement? | ✓ | | | |
| 14. Do file cabinets and storage closets open so they do not obstruct walkways? | ✓ | | | |
| 15. Do chairs have stable and secure wheels/casters? | ✓ | | | |
| 16. Are rungs and legs of chairs stable and sturdy? | ✓ | | | |
| 17. Are the phone lines, electrical cords and extension wires safely secured? | ✓ | | | |
| 18. Is the office free of combustible or materials? | ✓ | | | |
| 19. Is there adequate electrical lighting to accomplish the work assignments? | ✓ | | | |
| 20. Are floor surfaces clean, dry and level? | ✓ | | | |
| 21. Are carpets well secured to the floor and free of frayed or worn seams? | ✓ | | | |
| 22. Are there any other known safety issues that should be addressed for this work space? | | ✓ | | |

*Signing this form does not guarantee that the AWL is hazard free, but does verify that the employee has made a reasonably careful inspection for potential hazards. Employees are responsible for informing their supervisors of any changes to their AWL which could impact on health and safety of the employee and others.*

Employee's Signature _Rebecca Woods_ Date 4-28-04

Supervisor's Signature _____ Date _____

# AFGE/EPA FLEXIPLACE WORK AGREEMENT

All terms set forth in the AFGE/EPA Flexiplace Agreement ("Flexiplace Agreement") are hereby incorporated by reference in this work agreement.

Name _Rebecca L. Woods_    Mailcode _2245-A_

1. Employee agrees to adhere to the AFGE/EPA Flexiplace Agreement. EPA, hereinafter referred to as Agency, concurs with employee participation and agrees to adhere to the AFGE/EPA Flexiplace Agreement.

2. Duty Station. All pay, special salary rates, leave and travel entitlements will be based on the employee's official duty station.

Official duty station: _WASHINGTON, DC - 1200 PENNSYLVANIA AVE_
Alternate Work Location (the location in which the employee is designated to work while not at the official duty station): ███████

3. Please describe the designated work area in the alternative work location.

- H-P Computer w/ Windows + MS Works
- Desk, chair, approp. Lighting

4. Employee's timekeeper will have a copy of the employee's Flexiplace schedule. Employee's time and attendance will be recorded as Flexiplace Time using a special code established for this purpose. Employee's supervisor will certify bi-weekly time and attendance for hours worked. Employee must complete the "Employee Self-Certification Time and Attendance Report" (Attachment 1) and return it to his or her supervisor on a bi-weekly basis.

5. Employees performing work at the alternative work location will follow established procedures for requesting and obtaining approval of leave, consistent with Article 29 of the Master Collective Bargaining Agreement.

6. Employees performing work at the AWL are subject to the same maximum workday limits as they would be if they were performing work at the official duty station. Employees performing work at the AWL are not authorized to work overtime or official compensatory time, except in special circumstances (e.g., to meet priority needs of the Agency). In these situations, prior approval must be obtained from their supervisor.

Appendix (3)

7. An employee who is authorized to use Agency equipment will protect the Agency equipment in accordance with the procedures established in FIRMR Bulletin 30, dated October 15, 1985. An employee who provides his/her own equipment is responsible for installing, servicing, and maintaining it.

8. Provided the employee is given at least 24 hours advance notice, the employee agrees to permit periodic inspections of his/her AWL during the employee's normal working hours to ensure site conformance with safety standards and other specifications in these guidelines. Such inspections will occur only on days when the employee is working at the AWL.

9. Questions related to claims for personal property damage or loss or personal injury related to the employee's performance of official duties should be directed to the servicing Human Resources Office. The Agency will address issues of employee or Agency liability in accordance with the specific facts of each case and under the provisions of the Federal Employees Claims Act, the Federal Tort Claims Act, the Military Personnel and Civilian Employees Claims Act, and local law as appropriate.

10. The Agency will not be responsible for operating costs, home maintenance, homeowners or renters insurance, or other residential costs except the Agency will install and pay the cost for authorized telephone expenses (including toll calls) incurred for official Agency business.

11. The Agency will provide necessary office supplies that are regularly available at the Agency (such as paper, pens, printer ribbons, diskettes, envelopes, tape, staples, etc.).

12. EPA may provide telephone credit cards or may reimburse an employee working under an approved Flexiplace Agreement for business-related long-distance and toll calls on his/her personal phone. EPA may install telephone lines and other necessary equipment and pay monthly telephone charges in private residences under special circumstances. The Agency reserves the right to determine the most cost-effective manner of covering telecommunications costs.

13. Employees are expected to plan for and accomplish necessary photocopying, mail, and facsimile transmissions at the regular work site. In emergency situations, and with the prior approval of the supervisor, costs associated with the copying of work-related materials, facsimile charges, express mail, etc., may be reimbursed.

14. The employee is covered under the Federal Employee's Compensation Act (FECA) if injured in the course of performing official duties at the official or alternate duty location, in accordance with applicable Department of Labor regulations and standards governing FECA liability. (NOTE: Any accident or injury occurring at the alternate duty station must be brought to the immediate attention of the supervisor and the servicing Human Resources Office. Because an employment-related accident sustained by an employee participating in the Flexiplace Program could occur outside the premises of the official duty station, the supervisor must investigate all reports immediately following notification.)

15. The employee must complete the "Employee Self-Certification Safety Checklist," which identifies significant safety standards that should be met, and submit it to his/her supervisor prior to participating in the Flexiplace Program.

16. The employee will communicate as needed with his/her supervisor to receive assignments and have completed work reviewed in accordance with the supervisor's instructions.

17. The employee will complete all assigned work in accordance with his/her supervisor's instructions. Progress reviews under Article 34 as revised by the parties will be used by the supervisor in his/her assessment of the employee's job performance. The supervisor will evaluate employee's job performance against performance standards established in the employee's performance agreement.

18. To participate in the Flexiplace Program, an employee must have a performance rating of at least Fully Successful (level 3 or equivalent) in the rating of record.

19. The employee agrees to use approved safeguards to protect Agency records from unauthorized disclosure or damage and to comply with the requirements set forth in the Privacy Act of 1974, as amended, 5 U.S.C. 552a, and those concerning release of confidential business information (CBI) as set forth in 40 C.F.R. Part U, Subpart B and EPA's TSCA Confidential Business Information Security Manual.

20. An employee may terminate his/her Flexiplace arrangement at any time without prejudice and return to his/her official duty station. Employee notice to the supervisor should be in writing and acknowledged by the supervisor to prevent misunderstandings about the employee's work location.

21. The Agency may remove an employee from the Flexiplace Program based on the employee's failure to adhere to the requirements specified in the Flexiplace Program Agreement and/or any performance or conduct issues or concerns which adversely affect or alter the terms of this agreement. When a decision is made to remove an employee from the Flexiplace Program, the employee must be given written notice indicating the reason(s) for removal. The employee may reapply for Flexiplace Program participation one year after removal from the Program, provided that her/his performance and conduct are fully satisfactory, and meets all other eligibility requirements.

22. The employee agrees to perform his/her officially assigned duties at either the official duty station, the alternative work location or while on official travel. Failure to comply with this provision may result in administrative action, such as charge of leave, loss of pay, termination of participation in the program, or disciplinary action, as warranted, based on the situation.

23. The employee agrees not to conduct unauthorized personal business while in official duty status at the official or alternate work location (e.g., dependent care, home repairs, real estate transactions). The employee agrees to arrange for any dependent care and other personal responsibilities so as to insure that the employee can work without interruption. Flexiplace is not a substitute for dependent care.

24. This Agreement does not restrict the employee's right to change schedules in accordance with existing agreements. If a permanent change of schedule is approved, the schedule in the application package will be changed accordingly and initialed by both the employee and the supervisor.

25. The employee and the supervisor agree to attend the required training and orientation prior to participation in the Flexiplace Program.

26. An employee must be willing to report to the official work site without delay if unexpectedly needed.

**I have read and understood all the provisions of this work agreement and agree to abide by them.**

Employee's Signature _____    Date 4-28-04

EPA concurs with the participation of this employee and agrees to adhere to the provisions of this agreement.

Supervisor's Signature _____    Date _____

Approving Official's Signature _____    Date _____

Employee Name _Rebecca L. Woods_

## Official Tour of Duty:

| Pay Period Work Week | Day | Hours | | Duty Station | |
|---|---|---|---|---|---|
| | | From | To | Official | Alternate |
| Week 1 | Sunday | | | | |
| | Monday | 8:30 | 6:00 PM | ✓ | |
| | Tuesday | 8:30 | 6:00 PM | ✓ | |
| | Wednesday | 8:30 | 6:00 PM | ✓ | |
| | Thursday | 8:30 | 6:00 PM | | ✓ |
| | Friday | 8:30 | 5:00 PM | ✓ | |
| | Saturday | | | | |
| Week 2 | Sunday | | | | |
| | Monday | CWW | | ✓ | |
| | Tuesday | 8:30 | 6:00 PM | ✓ | |
| | Wednesday | 8:30 | 6:00 PM | ✓ | |
| | Thursday | 8:30 | 6:00 PM | | ✓ |
| | Friday | 8:30 | 6:00 PM | ✓ | |
| | Saturday | | | | |

Appendix (4)