**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

Woods v. Johnson,
Civil Action No. 06-1460(HHK)
Ex. 14

JUL 29 2004

OFFICE OF
CIVIL RIGHTS

**Return Receipt Requested**
7002 2410 0004 4323 8088

**In Reponse Refer To:**

Mr. David H. Shapiro
SWICK & SHAPIRO, PC
1225 Eye Street, NW
Suite 1290
Washington, DC 20005

Rebecca L. Woods
Discrimination Complaint Number:
2004-0042-HQ

Dear Mr. Shapiro:

On March 30, 2004, your client filed the above referenced discrimination complaint against the U.S. Environmental Protection Agency (Agency). On May 4, 2004, the following claim was accepted for investigation:

STATEMENT OF CLAIM

Whether she was discriminated against on the bases of sex (female) and age (DOB: ████ 1949) when on February 12, 2004, she learned she would not be promoted to the GS-14 grade level.

On July 20, 2004, your client requested the complaint be amended to include reprisal and an additional claim. This is to inform you that your client's complaint is **amended** as follows:

1. Whether she was discriminated against on the bases of sex (female) and age (DOB: ████ 1949) when on February 12, 2004, she learned she would not be promoted to the GS-14 grade level.

2. Whether she was discriminated against on the basis of reprisal (having filed an EEO complaint) when from April 28, 2004 to the present, her request for flexiplace has been denied.

RIGHTS AND RESPONSIBILITIES

The investigation will be factually thorough, impartial, and completed within 180 days from the date of the filing of your client's discrimination complaint. Following the investigation you will be provided with a copy of the report of investigation (ROI). Your client have the right, after 180 days from the filing of his discrimination compliant, to request a hearing before an Equal Employment Opportunity Commission administrative judge.

After your client receives the ROI, she has the right to a hearing on the merits of her discrimination complaint or to request an immediate Final Agency Decision. If your client decides to request a hearing, she must send the request, within 30 days, to the Equal Employment Opportunity Commission.

Your client's request for a hearing should be sent to:

Equal Employment Opportunity Commission
Washington Field Office - Suite 100
1801 L Street, NW
Washington, DC 20507

To avoid possible dismissal of your client's discrimination complaint for failure to prosecute, she should promptly acknowledge receipt of all certified mail; provide the Office of Civil Rights with any change of address; cooperate with the EEO Investigator in the conduct of the investigation; and, if a hearing is requested, proceed with the hearing without undue delay. Failure to cooperate may result in dismissal of your client's discrimination complaint, pursuant to 29 C. F. R. section 1614.107(a)(7).

Your client has the right to be advised by a representative of her choosing throughout the processing of this discrimination complaint. Should she retain an attorney, or any other representative, she must promptly provide the Office of Civil Rights, in writing, with the representative's name, telephone number, and address.

If your client has questions concerning this matter, please contact Betty Harderman at (202) 564-7268.

Sincerely,

*[signature]*

Ronald B. Ballard
Assistant Director

cc:  Rebecca L. Woods
     1622 Mount Eagle Place
     Alexandria, VA 22302