Woods v. Johnson,
Civil Action No. 06-1460(HHK)
Ex. 15



**Carl Eichenwald**
05/06/2003 10:30 AM

To: Beth Burchard/DC/USEPA/US@EPA, Brian Dyer/DC/USEPA/US@EPA, Claude Walker/DC/USEPA/US@EPA, Dean Ziegel/DC/USEPA/US@EPA, Ginny Phillips/DC/USEPA/US@EPA, Ilana Saltzbart/DC/USEPA/US@EPA, Mary McDonnell/DC/USEPA/US@EPA, Rebecca Woods/DC/USEPA/US@EPA, Shana Greenberg/DC/USEPA/US@EPA, Thomas-C Marvin/DC/USEPA/US@EPA, Ann Pontius/DC/USEPA/US@EPA, Stephanie Brown/DC/USEPA/US@EPA, Gerald Stubbs/DC/USEPA/US@EPA

cc:
Subject: Bring out your dead.

My branch collapses about me - Tom, Dean and Brian are all out today.

Carl Eichenwald, Chief
Eastern Branch
Toxics and Pesticides Enforcement Division
(202) 564-4036 (voice)
(202) 564-0020 (fax)

Tab 13 p. 22