UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1460(HHK) |
| | ) |
| STEPHEN L. JOHNSON, | ) |
| Administrator, | ) |
| U.S. Environmental Protection Agency, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of *Defendant's Motion for Summary Judgment*, the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this \_\_\_ day of _____, 200\_\_, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530