UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>  Administrator, Environmental<br>  Protection Agency,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1460 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR A ONE-DAY ENLARGEMENT OF TIME TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, through her undersigned counsel, respectfully moves for a one-day enlargement of time, to and including, Monday, January 7, 2008 to file her Opposition to Defendant's Motion for Summary Judgment. Plaintiff's Opposition is currently due on Friday, January 4, 2008. No previous extensions have been sought or granted to Plaintiff for this purpose.

The reason for this Motion is, although counsel for Plaintiff has completed a second draft of plaintiff's opposition, counsel has determined that additional research and analysis is necessary to finalize Plaintiff's Opposition. Counsel therefore needs an additional day to file Plaintiff's Opposition.

Counsel has attempted to contact Defendant's counsel, to determine if Defendant will consent to this Motion, but was unable to do so.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,

/s/ David H. Shapiro
DAVID H. SHAPIRO
D.C. BAR No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC 20005
Tel. 202-842-0300

Dated: January 4, 2008