UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1460 HHK |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, Environmental ) | |
| Protection Agency, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion for A One-Day Enlargement of Time to File Her Opposition to Defendant's Motion for Summary Judgment, it is by this Court this ____ day of January 2008;

ORDERED that Plaintiff's Motion for A One-Day Enlargement of Time to File Her Opposition to Defendant's Motion for Summary Judgment is hereby GRANTED.

ENTERED: January _____, 2008.

_____
United States District Judge

Send copies to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., #1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com

    and

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Rm. E-4915
Washington, DC 20530
email - Beverly.Russell@usdoj.gov