UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> STEPHEN L. JOHNSON, ) <br>   Administrator, Environmental ) <br>   Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1460 HHK |

## PLAINTIFF'S NOTICE OF FILING

Please take notice that attached herewith, on CD, is plaintiff's Exhibits to the Opposition to the Motion for Summary Judgment.

Respectfully submitted,

*/s/ Ellen K Renaud*

David H. Shapiro
Ellen Renaud
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2008, I caused a copy of the foregoing Plaintiff's Exhibits to the Opposition to Motion for Summary Judgment to be sent via email to the following:

>Beverly M. Russell
>U.S. Attorney's Office for the
>   District of Columbia
>555 Fourth Street, N.W.
>Rm. E-4915
>Washington, DC  20530
>email - Beverly.Russell@usdoj.gov

_____
Ellen Renaud