```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

REBECCA L. WOODS,                        )
                                         )
        Plaintiff                        )
                                         )
    v.                                   )  Civil Action No. 06-1460(HHK)
                                         )
STEPHEN L. JOHNSON,                      )
 Administrator,                          )
 U.S. Environmental Protection Agency,   )
                                         )
                                         )
        Defendant.                       )
_____)
```

**DEFNEDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS REPLY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, by and through his undersigned counsel, respectfully moves for an enlargement of time up to and including Wednesday, January 30, 2008 to file his reply. The current filing deadline is Tuesday, January 22, 2008. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel and was informed that plaintiff does not oppose the relief requested herein. Defendant's reasons for seeking the enlargement of time are set forth below.

Plaintiff filed her opposition memorandum on January 7, 2008, a copy of which was forwarded to the agency for purposes of receiving input and comments for defendant's reply. The agency representative, however, is scheduled to be out of the office from January 10, 2008 to January 15, 2008. Upon his return, he is scheduled to assist with a deposition set for later this week.

Accordingly, the agency will be unable to provide necessary input on plaintiff's opposition to allow a sufficient period for the drafting, and subsequent review and filing of the reply by the current deadline.  For this reason, defendant respectfully moves for an enlargement of time to January 30, 2008 to file his reply.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

                Respectfully Submitted,

                /s/ Jeffrey A. Taylor /bmr
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/ Rudolph Contreras/bmr
                _____
                RUDOLPH CONTRERAS, DC BAR #434122
                Assistant United States Attorney

                /s/ Beverly M. Russell
                _____
                BEVERLY M. RUSSELL, DC Bar #454257
                Assistant United States Attorney
                U.S. Attorney's Office for the
                  District of Columbia
                555 4th Street, N.W., Rm. E-4915
                Washington, D.C.  20530
                Ph:  (202) 307-0492
                E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on Monday, January 14, 2008, service of ***Defendant's Unopposed Motion for An Enlargement of Time to File His Reply*** was made by the Court's Electronic Case Filing System to:

David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005
dhshapiro@swickandshapiro.com
ekrenaud@swickandshapiro.com


/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney