UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS,<br><br>    Plaintiff<br><br>  v.<br><br>STEPHEN L. JOHNSON,<br> Administrator,<br> U.S. Environmental Protection Agency,<br><br>    Defendant. | Civil Action No. 06-1460(HHK) |

**DEFNEDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS REPLY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, by and through his undersigned counsel, respectfully moves for an enlargement of time up to and including Monday, February 4, 2008 to file his reply.  The current filing deadline is Wednesday, January 30, 2008.  This is defendant's second motion for an enlargement of time filed for this purpose. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel and was informed that plaintiff consents to the relief requested herein.  Defendant's reasons for seeking the enlargement of time are set forth below.

Defendant requests the enlargement due to the recent work-related demands on his counsel.  Specifically, defendant's counsel has recently been required to deal with litigative matters related to <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), a case brought by a transgendered individual and

involving issues of whether status as a transsexual is covered by Title VII.  Defendant's undersigned counsel has also been working on a pretrial statement and findings of fact/conclusions of law for <u>Arrington v. United States</u>, Civil Action No. 01-1391(CKK), a case  brought pursuant to the Federal Torts Claim Act and involving an allegation of excessive force during an arrest.  Because these, as well as other matters, have taken longer than anticipated, defendant does not believe that he will be able to file his reply by the current deadline and respectfully moves for a brief enlargement of time up to and including February 4, 2008 to do so.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on <u>Monday, January 28, 2008</u>, service of ***Defendant's Consent Motion for An Enlargement of Time to File His Reply*** was made by the Court's Electronic Case Filing System to:

David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005
dhshapiro@swickandshapiro.com
ekrenaud@swickandshapiro.com

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney