```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

REBECCA L. WOODS,                    )
                                     )
        Plaintiff                    )
                                     )
    v.                               ) Civil Action No. 06-1460(HHK)
                                     )
STEPHEN L. JOHNSON,                  )
 Administrator,                      )
 U.S. Environmental Protection Agency,)
                                     )
                                     )
        Defendant.                   )
_____)
```

                                    ORDER

UPON CONSIDERATION of the ***Defendant's Consent Motion for An Enlargement of Time to File His Reply***, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 4, 2008 to file his reply memorandum;

SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530