```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

REBECCA L. WOODS,                     )
                                      )
        Plaintiff                     )
                                      )
    v.                                )   Civil Action No. 06-1460(HHK)
                                      )
STEPHEN L. JOHNSON,                   )
 Administrator,                       )
 U.S. Environmental Protection Agency,)
                                      )
                                      )
        Defendant.                    )
_____)
```

### DEFNEDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
### TO FILE HIS REPLY
### AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, by and through his undersigned counsel, respectfully moves for an enlargement of time up to and including Thursday, February 7, 2008, to file his reply. The current filing deadline is today, February 4, 2008. This is Defendant's third motion for an enlargement of time filed for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff consents to the relief requested herein. Defendant's reasons for seeking the enlargement of time are set forth below.

Defendant requests the enlargement due to the recent work-related demands on his counsel. Over the past week, Defendant's undersigned counsel has devoted a significant period coordinating with the agency representatives and finalizing matters as related to the pretrial statement for <u>Arrington v. United States</u>, Civil

Action No. 01-1391(CKK), a case brought pursuant to the Federal Torts Claim Act and involving an allegation of excessive force during an arrest.  Indeed, a significant part of the day on January 30 was devoted to meeting with the agency representatives on the United States' portion of the pretrial statement, and after that, meeting with the attorneys for the plaintiff and the District of Columbia in discussing their respective client's input for the pretrial statement.  On Thursday, January 31, 2008, Defendant's counsel spent most of the day consolidating the positions of the three parties into a joint pretrial statement, and additionally, on Friday, February 1, 2008, filed a reply in the matter, <u>Sliney v. Federal Bureau of Prison</u>, Civil Action No. 07-1425(PLF), a case brought pursuant to the Freedom of Information Act.  During the latter part of last week, Defendant's counsel also had to address a matter in <u>Roane v. Mukasey</u>, Civil Action No. 05-2337(RWR), a case in which the plaintiffs are challenging the lethal injection protocol used in federal death penalty cases.  Accordingly, because of these and other work-related demands, Defendant's counsel has not been able to finalize the reply in this matter, and thus, Defendant respectfully moves for a brief three day enlargement of time to file the Reply. Absent unforeseen circumstances, Defendant does not anticipate that it will be necessary to seek additional enlargements for this purpose.

    A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney



/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on <u>Monday, February 4, 2008</u>, service of ***Defendant's Consent Motion for An Enlargement of Time to File His Reply*** was made by the Court's Electronic Case Filing System to:

David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005
dhshapiro@swickandshapiro.com
ekrenaud@swickandshapiro.com

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney