```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| REBECCA L. WOODS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|   v. | ) Civil Action No. 06-1460(HHK) |
| | ) |
| STEPHEN L. JOHNSON, | ) |
|  Administrator, | ) |
|  U.S. Environmental Protection Agency, | ) |
| | ) |
| | ) |
|     Defendant. | ) |

ORDER

UPON CONSIDERATION of the ***Defendant's Consent Motion for An Enlargement of Time to File His Reply***, it is by the Court this \_\_\_\_\_ day of _____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 7, 2008 to file his reply memorandum;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530