```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

REBECCA L. WOODS,                    )
                                     )
        Plaintiff                    )
                                     )
    v.                               )   Civil Action No. 06-1460(HHK)
                                     )
STEPHEN L. JOHNSON,                  )
 Administrator,                      )
 U.S. Environmental Protection Agency, )
                                     )
                                     )
        Defendant.                   )
_____)
```

**NOTICE OF FILING**
**EXCERPT FROM DEPOSITION OF GERALD STUBBS**

Consistent with the representation from Defendant's counsel made today, April 28, 2008, during the argument on Defendant's Motion for Summary Judgment, and there being no objection thereto, attached hereto is the portion of the deposition of Gerald Stubbs referenced on page 11 of Defendant's Reply but inadvertently omitted as an attachment at the time the Reply was filed.

Date: April 28, 2008

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney



/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on <u>Monday, April 28, 2008</u>, service of the ***Notice of Filing Excerpt from Deposition of Gerald Stubbs*** was made by the Court's Electronic Case Filing System to:

```
David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005

dhshapiro@swickandshapiro.com
```

                                        /s/ Beverly M. Russell
                                        _____
                                        Beverly M. Russell
                                        Assistant U.S. Attorney