UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - -X

REBECCA L. WOODS,                       :

      Plaintiff                         :

  v.                                    : Civil Action No.

                                              : 06-1460 (HHK)

STEPHEN L. JOHNSON, Administrator, :

Environmental Protection Agency,   :

      Defendant.                        :

- - - - - - - - - - - - - - - - - -X

                   Washington, D.C.

                   Thursday, August 30, 2007

Deposition of

                   GERALD STUBBS

a witness of lawful age, taken on behalf of the

Plaintiff, in the above-entitled action, before

KENYAN C. HOPCHAS, Notary Public in and for the

District of Columbia, in the offices of

Swick & Shapiro, 1225 Eye Street, N.W., Suite 1290,

Washington, D.C., commencing at 1:05 p.m.

             Diversified Reporting Services, Inc.

                   (202) 467-9200

1   A   Because --

2   Q   **That person --**

3   A   My understanding of the process --

4   MS. RUSSELL: Mr. Shapiro, let him answer

5   the question.

6   THE WITNESS: My understanding of the

7   process was this was not to be competitive.

8   BY MR. SHAPIRO:

9   Q   **Who told you that?**

10  A   Ann.

11  Q   **Ann Pontius told you this was not going to**

12  **be competitive, this was going to be an exception to**

13  **competitive?**

14  A   Just as we had done before.

15  MS. RUSSELL: Objection to the form of the

16  question.

17  BY MR. SHAPIRO:

18  Q   **"Just as we had done before." How many**

19  **times before had you done this?**

20  A   That I can recall, Yvette Hellier, Mary

21  McDonald, and Brenda Mosley.

22  Q   **You had done it each time?**