UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA L. WOODS,**<br><br>            **Plaintiff,**<br><br>       v.<br><br>**STEPHEN L. JOHNSON,**<br><br>            **Defendant.** | Civil Action 06-01460 (HHK) |

**ORDER**

Before the court is defendant's motion for summary judgment [#11].  Upon consideration of the motion, the opposition thereto, the record of this case, and oral argument, it is this 2nd day of May 2008, hereby

**ORDERED** that defendant's motion for summary judgment [#11] is **DENIED**.

Henry H. Kennedy, Jr.<br>
United States District Judge