UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REBECCA L. WOODS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1460(HHK) |
| | ) | |
| STEPHEN L. JOHNSON, | ) | |
| Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

Upon consideration of *Defendant's Motion for Reconsideration,* any opposition thereto,

and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion should be and hereby is granted, and it is further

ORDERED that this case is dismissed WITH PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530