```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

REBECCA L. WOODS,                      )
                                       )
        Plaintiff                      )
                                       )
    v.                                 )  Civil Action No. 06-1460(HHK)
                                       )
STEPHEN L. JOHNSON,                    )
 Administrator,                        )
 U.S. Environmental Protection Agency, )
                                       )
                                       )
        Defendant.                     )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE HIS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, by and through his undersigned counsel, respectfully moves for an enlargement of time up to and including Thursday, June 19, 2008, to file his reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment. The current filing deadline is tomorrow, June 12, 2008. This is Defendant's first motion for an enlargement of time filed for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. Defendant's reason for seeking the enlargement of time are set forth below.

Defendant requests the enlargement due to the recent work-related demands on his counsel over the past week. For example,

on Friday, June 6, 2008, Defendant's counsel spent a significant period of time addressing a matter which might impact the disposition of a pending, fully briefed motion for summary judgment in the Freedom of Information Act case, <u>Carter, Fullerton & Hayes v. Federal Trade Commission</u>, Civil Action No. 07-1041(RCL).  The matter involved coordinating with the Federal Trade Commission ("FTC") as well as the U.S. Attorney's Office for the Eastern District of Virginia where the plaintiff in the <u>Carter, Fullerton & Hayes</u> case had filed a similar suit.  Based on information provided on Friday, June 6, 2008 to the undersigned counsel, and also conveyed to the Assistant U.S. Attorney in the Eastern District of Virginia, both attorneys for the FTC agreed that action was required in their respective cases, and both filed documents in the appropriate Court on June 6, 2008.

Also, over the past week and particularly on Monday, June 9, 2008, Defendant's undersigned counsel devoted a significant period coordinating with the agency representatives and finalizing the administrative record in <u>Atlantic Sea Island Group v. Connaughton</u>, Civil Action No. 08-259(RWR), a case in which the plaintiff challenges the Maritime Administration's designation of New Jersey as an "adjacent coastal state" for purposes of allowing review of and approval authority over the plaintiff's proposed deepwater port application.

Also, this week, drafting the reply memorandum in the case <u>Olaniyi v. United States</u>, Civil Action 05-455(RBW) is taking far

more time than expected due to the need to address arguments in a very lengthy opposition memorandum and to coordinate with the agency on a declaration to respond to certain of the factual allegations raised in that memorandum.

Accordingly, because of these and other work-related demands on his counsel, Defendant will not be able to file the reply memorandum due in this case by the current deadline, and respectfully moves for an enlargement of time to Thursday, June 19, 2008 to do so.

A proposed Order consistent with the relief requested in this Motion is attached hereto.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on Wednesday, June 11, 2008, service of ***Defendant's Unopposed Motion for An Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment*** was made by the Court's Electronic Case Filing System to:

David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005
dhshapiro@swickandshapiro.com
ekrenaud@swickandshapiro.com

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney