```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

REBECCA L. WOODS,                        )
                                         )
        Plaintiff                        )
                                         )
    v.                                   )   Civil Action No. 06-1460(HHK)
                                         )
STEPHEN L. JOHNSON,                      )
 Administrator,                          )
 U.S. Environmental Protection Agency,   )
                                         )
                                         )
        Defendant.                       )
_____  )

ORDER

UPON CONSIDERATION of the ***Defendant's Unopposed Motion for An Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment***, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including June 19, 2008 to file his reply memorandum;

SO ORDERED.

```
                                  _____
                                  UNITED STATES DISTRICT JUDGE
```

Copies to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

```
Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530
```