UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
REBECCA L. WOODS,                        )
                                         )
       Plaintiff                         )
                                         )
   v.                                    )  Civil Action No. 06-1460(HHK)
                                         )
STEPHEN L. JOHNSON,                      )
 Administrator,                          )
 U.S. Environmental Protection Agency,   )
                                         )
                                         )
       Defendant.                        )
_____)
```

**DEFENDANT'S UNOPPOSED, SECOND MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, by and through his undersigned counsel, respectfully moves for an enlargement of time up to and including Monday, June 23, 2008, to file his reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment. The current filing deadline is today, June 19, 2008. This is Defendant's second motion for an enlargement of time filed for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. Defendant's reason for seeking the enlargement of time are set forth below.

Because of considerable other work-related demands on his counsel earlier this week taking more time than expected

(including, but not limited to, settlement in a Title VII case, and an appellate matter), Defendant's counsel will not be able to complete the reply memorandum in this case by the current deadline, i.e., today, June 19, 2008, in time for supervisory review and filing with the Court.  Accordingly, Defendant respectfully moves for a brief, second enlargement of time to file his reply memorandum.  Defendant does not anticipate that further enlargements will be required absent unforeseen circumstances.

    A proposed Order consistent with the relief requested in this Motion is attached hereto.

                                    Respectfully Submitted,

                                    /s/ Jeffrey A. Taylor /dch
                                    _____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    /s/ Rudolph Contreras /dch
                                    _____
                                    RUDOLPH CONTRERAS, DC BAR #434122
                                    Assistant United States Attorney


                                    /s/ Beverly M. Russell
                                    _____
                                    BEVERLY M. RUSSELL, DC Bar #454257
                                    Assistant United States Attorney
                                    U.S. Attorney's Office for the
                                      District of Columbia
                                    555 4th Street, N.W., Rm. E-4915
                                    Washington, D.C.  20530
                                    Ph:  (202) 307-0492
                                    E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on Thursday, June 19, 2008, service of ***Defendant's Second, Unopposed Motion for An Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment*** was made by the Court's Electronic Case Filing System to:

David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1090
Washington, D.C.  20005
dhshapiro@swickandshapiro.com
ekrenaud@swickandshapiro.com


/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney