```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| REBECCA L. WOODS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1460(HHK) |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, ) | |
| U.S. Environmental Protection Agency, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of the ***Defendant's Second, Unopposed Motion for An Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion for Reconsideration of Summary Judgment***, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including June 23, 2008 to file his reply memorandum;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530