**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REBECCA L. WOODS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEPHEN L. JOHNSON,<br><br>　　　　　　Defendant. | Civil Action 06-01460 (HHK) |

**ORDER**

Before the court is defendant's motion for reconsideration [#22].  Upon consideration of the motion and the opposition thereto,  it is this 26th day of June 2008, hereby

**ORDERED** that defendant's motion for reconsideration [#22] is **DENIED**.


Henry H. Kennedy, Jr.
United States District Judge