# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **REBECCA L. WOODS,**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**STEPHEN L. JOHNSON,**<br><br>                    **Defendant.** |

**Civil Action 06-01460 (HHK) (AK)**

## ORDER REFERRING CASE TO
## UNITED STATES MAGISTRATE JUDGE ALAN KAY FOR MEDIATION

It is this 30th day of July 2008, hereby

**ORDERED** that the above-captioned action is referred to United States Magistrate Judge Alan Kay for mediation proceedings which shall conclude by no later than September 8, 2008; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, shall attend the mediation sessions; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the court of the settlement by filing a stipulation.

Henry H. Kennedy, Jr.
United States District Judge