UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA L. WOODS,           )<br>                            )<br>    Plaintiff,              )<br>                            )<br>  v.                         )<br>                            )<br>STEPHEN L. JOHNSON,          )<br>Administrator,               )<br>U.S. Environmental Protection Agency, )<br>                            )<br>    Defendant.              )<br>                            )<br>                            ) | Civil Action No.: 06-1460 (HHK) |

**PRAECIPE**

**THE CLERK OF THIS COURT** will please **add** the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT